A CERTIFIED TRUE COPY

MAY - 7 2007

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDGE KAPLAN

**07 CIV 3790**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 19 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1653

DOC # _____

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PARMALAT SECURITIES LITIGATION

*John Hancock Life Insurance Co., et al. v. Bank of America Corp., et al.,*
D. Massachusetts, C.A. No. 1:07-10024

### CONDITIONAL TRANSFER ORDER (CTO-5)

On December 9, 2004, the Panel transferred one civil action to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 350 F.Supp.2d 1356 (J.P.M.L. 2004). Since that time, six additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Lewis A. Kaplan.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Kaplan.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of December 9, 2004, and, with the consent of that court, assigned to the Honorable Lewis A. Kaplan.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY - 7 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY [signature]
DEPUTY CLERK

INVOLVED COUNSEL LIST (CTO-5)
DOCKET NO. 1653
IN RE PARMALAT SECURITIES LITIGATION

Allison Chock
Hennigan, Bennett & Dorman, LLP
865 South Figueroa Street
Suite 2900
Los Angeles, CA 90017

Michael J. Liston
Carr & Liston
2 Park Plaza
Suite 610
Boston, MA 02116

Donn A. Randall
Bulkley, Richardson & Gelinas, LLP
One Post Office Square
Suite 3700
Boston, MA 02109