UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re PARMALAT SECURITIES LITIGATION,<br><br>This document relates to: 1:07cv03790<br>　　　　　　　　　　　　1:06cv01768<br>　　　　　　　　　　　　1:06cv01769<br>　　　　　　　　　　　　1:06cv04449<br>　　　　　　　　　　　　1:06cv04453<br>　　　　　　　　　　　　1:06cv03805 | MASTER DOCKET<br><br>04 MD 1653 (LAK) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that I, Angie H. Zimmern, hereby respectfully enter an appearance for defendants Bank of America Corporation, Banc of America Securites LLC, and Bank of America, N.A. I certify that I am admitted to practice in this court.

This, the 22nd day of May, 2007.

　　　　　　　　　　　　　　　　　　HELMS MULLISS & WICKER, PLLC


　　　　　　　　　　　　　　　　　　By:　　s/ Angie H. Zimmern
　　　　　　　　　　　　　　　　　　　　Angie H. Zimmern (AH-6953)
　　　　　　　　　　　　　　　　　　　　Peter J. Covington
　　　　　　　　　　　　　　　　　　　　John H. Cobb
　　　　　　　　　　　　　　　　　　　　Matthew J. Hoefling


　　　　　　　　　　　　　　　　　　HELMS MULLISS & WICKER, PLLC
　　　　　　　　　　　　　　　　　　201 North Tryon Street
　　　　　　　　　　　　　　　　　　Charlotte, NC 28202
　　　　　　　　　　　　　　　　　　Telephone: (704) 343-2000
　　　　　　　　　　　　　　　　　　Facsimile: (704) 343-2300

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Bank of America*
　　　　　　　　　　　　　　　　　　*Corporation, Banc of America Securities LLC, and*
　　　　　　　　　　　　　　　　　　*Bank of America, N.A.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true and correct copies of the foregoing **Notice of Appearance** to be served via the Court's CM/ECF system and electronic mail upon all counsel of record.


This, the 22nd day of May, 2007.

                                                                  s/ Angie H. Zimmern
                                                                     Angie H. Zimmern