UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re PARMALAT SECURITIES LITIGATION,<br><br>This document relates to: 07 Civ. 03790 | MASTER DOCKET<br><br>04 MD 1653 (LAK) |
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and JOHN HANCOCK INSURANCE COMPANY OF VERMONT,<br><br>      Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., and BANC OF AMERICA SECURITIES LLC,<br><br>      Defendants. | JOINT STIPULATION AS TO FACT DISCOVERY PERIOD |

      This Joint Stipulation applies only to the above-captioned action, which was consolidated in the *In Re Parmalat* MDL proceeding on May 17, 2007.

      1.    The purpose of this Stipulation is to establish a reasonable time period within which the parties may conduct fact discovery.

      2.    The parties request the Court's approval of a seventy-five (75) day fact discovery period commencing June 15, 2007. Within such time period, the parties shall exchange discovery requests and conduct all fact-witness depositions pursuant to the Federal Rules of Civil Procedure. This agreement does not restrict the parties from objecting to specific discovery requests.

3. Prior to the completion of the proposed 75-day fact discovery period, the parties shall consult with one another and make application to the Court, jointly or separately, to set reasonable deadlines for the exchange of expert reports, the completion of expert discovery, and the filing of dispositive motions, if any.

May 24, 2007

| By _____ | By _____ |
|---|---|
| HENNIGAN BENNETT & DORMAN LLP<br>Lauren Smith<br>Peter J. Most<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, California 90017<br>(213) 694-1200 | HELMS MULLISS & WICKER, PLLC<br>Peter Covington<br>John H. Cobb<br>201 North Tryon Street<br>Charlotte, North Carolina 28202<br>(704) 343-2196 |
| *Counsel for John Hancock Life Insurance Co., John Hancock Variable Life Insurance Co., and John Hancock Insurance Co. of Vermont.* | *Counsel for Bank of America Corp., Bank of America, N.A., and Banc of America Securities LLC.* |

_____
Lewis A. Kaplan
United States District Court Judge