MEMO ENDORSED

# HENNIGAN, BENNETT & DORMAN LLP
## LAWYERS
865 SOUTH FIGUEROA STREET
SUITE 2900
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 694-1200
FACSIMILE (213) 694-1234

DIRECT PHONE (213) 694-1159
CHOCKA@HBDLAWYERS.COM



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/07

May 22, 2007

**VIA HAND DELIVERY**

Honorable Lewis A. Kaplan
United States District Judge
United States District Court
   for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

RECEIVED
MAY 23 2007
JUDGE KAPLAN'S CHAMBERS

      Re:   *John Hancock Life Insurance Co., et al. v. Bank of America Corp., et al.*,
             Case No. 07-CV-03790 (*In re Parmalat Secs. Litigation*, 04-MD-1653 (LAK))

Dear Judge Kaplan:

      We represent plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and John Hancock Insurance Company of Vermont (together, "Hancock") in the above-referenced matter. On January 7, 2007, Hancock filed its complaint against certain Bank of America entities in the U.S District Court for the District of Massachusetts; on May 15, 2007, Your Honor accepted Hancock's action as a matter related to the *Parmalat* MDL proceeding.

      As we represent a number of other plaintiff groups in the consolidated action, we understand that the discovery period for the other cases in the MDL proceeding has already closed. In order to expedite the discovery process in the *Hancock* action, however, we have been working closely with defendants' counsel to expedite the process. Document production by Hancock and by the defendants is nearly complete, and defendants have already noticed the depositions of three Hancock employees who were involved with plaintiffs' Parmalat-related investments. Accordingly, we request that that Court add Hancock to the Stipulated Protective Order so that we may have immediate access to the documents, transcripts and other materials produced in the consolidated proceedings.

SO ORDERED  Granted

LEWIS A. KAPLAN, USDJ 5/24/07

HENNIGAN, BENNETT & DORMAN LLP

Honorable Lewis A. Kaplan
May 22, 2007
Page 2

We are available to discuss this matter at Your Honor's convenience.

Sincerely,

Allison Chock

AC/cy

cc:   All Counsel of Record (by email)

611356\v1