UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
:
In re PARMALAT SECURITIES LITIGATION   :   Master Docket
:   04-MDL-1653 (LAK)
:
This document relates to ALL CASES   :   Electronically Filed
:
---------------------------------------- x

## DECLARATION OF J. BENJAMIN KING

1. I am a member of the Texas Bar Association and a partner at the law firm of Diamond, McCarthy, Taylor, Finley & Lee, L.L.P., counsel for plaintiff Parmalat Capital Finance Limited. I have been admitted *pro hac vice* into the above-captioned case.

2. I make this declaration in support of Parmalat Capital Finance Limited's Motion for Protection from Depositions Scheduled After the Close of Discovery.

3. Attached hereto are true and correct copies of the following documents:

   A.  Exhibit 1: May 30, 2007 Email from B. Dennis, Sidley Austin, LLP, to all MDL counsel re the depositions of Alberto Nagel and Andrea Petrucci;

   B.  Exhibit 2: February 26, 2007 Letter from J. Tompkins (Bank of America counsel) to Hon. Magistrate Judge H. Pitman;

   C.  Exhibit 3: Multiple documents from Bank of America's own production noting Mr. Petruci's role as a director of PCFL (produced as BOFA-0011520-11521; BOFA-0011669-11672; BOFA-0011665-11666; and, BOFA-1967233-1967234);

   D.  Exhibit 4: PCFL's Complaint at pp. 1-5, 36-38;

   E.  Exhibit 5: February 13, 2006 Email from T. Wit (counsel for Dr. Bondi) to all MDL counsel, attaching Proposed List of Deponents;

   F.  Exhibit 6: Second Joint Motion for Order of Commission and Issuance of Letters of Request;

    G.    <u>Exhibit 7</u>: March 29, 2006 Order Granting Second Joint Motion for Order of Commission and Issuance of letters of Request;

    H.    <u>Exhibit 8</u>: Transcript of January 25, 2007 Deposition of Francesco Gianni at pp. 259-262, 499-510;

    I.    <u>Exhibit 9</u>: Bank of America's First Set of Interrogatories;

    J.    <u>Exhibit 10</u>: Plaintiff's Objections and Responses to Grant Thornton International's Interrogatories;

    K.    <u>Exhibit 11</u>: January 18, 2007 Letter from B. Vann (counsel for Bank of America) to G. Taylor (counsel for PCFL) re: schedule for PCFL's 30(b)(6) Deposition;

    L.    <u>Exhibit 12</u>: May 25, 2007 Email from G. Taylor to MDL counsel (attaching prior communications with counsel for Bank of America regarding late attempts to depose Mr. Petrucci).

4.     I declare under penalty of perjury, pusuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on June 5, 2007.

                                                        _/s/ J. Benjamin King_
                                                        J. Benjamin King (JK0705)