**CERTIFICATE OF SERVICE**

    I hereby certify that on June 5, 2007, I, J. Benjamin King, caused true and correct copies of the foregoing PARMALAT CAPITAL FINANCE LIMITED'S MOTION FOR AN ORDER BARRING DEPOSITIONS SCHEDULED AFTER THE CLOSE OF DISCOVERY and supporting DECLARATION OF J. BENJAMIN KING, with attached exhibits, to be served via the Court's CM/ECF system and by email upon all parties.

                                                   J. Benjamin King