# EXHIBIT 1

**King, Ben**

| | |
|---|---|
| **From:** | Dennis, Beryl [bdennis@sidley.com] |
| **Sent:** | Wednesday, May 30, 2007 3:04 PM |
| **To:** | Beus Gilbert Parmalat Counsel; Clifford Chance Parmalat Counsel; Cohen Milstein Parmalat Counsel; Davis Polk Parmalat Counsel; DiamondParmalat Counsel; Heller Parmalat Counsel; Helms Mulliss Parmalat Counsel; HBD Parmalat Counsel; Kramer Parmalat Counsel; Quinn Emanuel Parmalat Counsel; Sidley Parmalat Counsel; Stroock Parmalat Counsel; Lanier.Saperstein@NewYork.AllenOvery.com; laura.martin@newyork.allenovery.com; michael.feldberg@newyork.allenovery.com; todd.fishman@newyork.allenovery.com; meweinhardt@belinlaw.com; rwlozier@belinlaw.com; bnl.attorneys@dpw.com; nancy.ludmerer@dpw.com; John F. Kinney; mclambert@lawpost-nyc.com; dzilka@gelaw.com; jkairis@gelaw.com; Sabella@gelaw.com; sgrant@gelaw.com; hminkel@nyc.rr.com; hamza@hugheshubbard.com; khemani@hugheshubbard.com; rjanvey@janveygordon.com; jhartmann@kirkland.com; maduffy@kirkland.com; spatton@kirkland.com; cbrubaker@kdefe.com; jdonley@kdefe.com; thuynh@kdefe.com; janet.link@lw.com; john.casey@lw.com; miles.ruthberg@lw.com; peter.devereaux@lw.com; asalpeter@mayerbrown.com; bhudak@mayerbrownrowe.com; D Ring; Modorizzi@mayerbrown.com; jbove@mintz.com; kbasabe@mintz.com; rbodian@mintz.com; jbaughman@paulweiss.com; aabramowitz@srk-law.com; dmirarchi@srk-law.com; rkopp@srk-law.com; RKraemer@srk-law.com; rroseman@srk-law.com; adevooght@winston.com; bbraun@winston.com; cweller@winston.com; kdejong@winston.com; lcoberly@winston.com; mmace@winston.com |
| **Cc:** | Daniel Luke (Merrill Legal Solutions); Justin Listwan (Merrill Legal Solutions); Marta Perez (Merrill Legal Solutions); Merrill Legal Solutions (Parmalat); Phyliss Salimbene (Merrill Legal Solutions); Susan Kotraba (Merrill Legal Solutions); Tina Lippolis (Merrill Legal Solutions) |
| **Subject:** | In re Parmalat - Alberto Nagel and Andrea Petrucci Depositions in Milan |

Counsel:

As you know, the Milan court ordered the deposition of Alberto Nagel to take place on June 5, 2007. Mr. Nagel's counsel has now confirmed that Mr. Nagel will appear on that date. We will circulate a start time once that is confirmed. The deposition will conclude at 1 p.m. The deposition will take place at Studio Vassalli, Via Visconti Di Modrone, 21 20122 Milano, Italy. Call-in information is provided below:

Dial In Numbers & Participant Code:

Toll Free Dial In Number – 877.322.9648
International Access/Caller Paid Dial In Number – 954.797.0718
Participant Code – 718837

As noted in my email of May 25, 2007, we have scheduled the deposition of Andrea Petrucci for June 7, 2007. Although we have not yet received confirmation from Mr. Petrucci's counsel, for your planning purposes we are providing here our current scheduling information. The deposition will begin at 9 a.m. on June 7th at the offices of Chiomenti Studio Legale, Via Verdi, 2 20121 Milano, Italy. Call-in information is the same as provided above for the deposition of Mr. Nagel. We will, of course, update you as appropriate when we hear from Mr. Petrucci's counsel.

Thank you,

Beryl Dennis, Legal Assistant
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

✉ e-mail: bdennis@sidley.com
☎ phone: 202.736.8651
① direct: 48651

Sidley Austin LLP mail server made the following annotations on 05/30/07, 15:02:51:
------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we in
that, unless expressly stated otherwise, any U.S. federal tax advice contained in th
communication, including attachments, was not intended or written to be used, and ca
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed
taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is us
to by other parties in promoting, marketing or recommending any partnership or other
investment plan or arrangement, then (i) the advice should be construed as written i
with the promotion or marketing by others of the transaction(s) or matter(s) address
communication and (ii) the taxpayer should seek advice based on the taxpayer's parti
circumstances from an independent tax advisor.

****************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or
If you are not the intended recipient, please delete the e-mail and any attachments
immediately.

****************************************************************************

6/1/2007