# EXHIBIT 5

```
From: Terry Wit [mailto:terrywit@quinnemanuel.com]
Sent: Monday, February 13, 2006 5:35 PM
To: Patrick.Parker@CliffordChance.com; DFrankel@KRAMERLEVIN.com;
mdell@KRAMERLEVIN.com; THarkness@KRAMERLEVIN.com; JANET.LINK@lw.com;
John.Casey@lw.com; peter.devereaux@lw.com; asalpeter@mayerbrown.com;
Modorizzi@mayerbrown.com; bhudak@mayerbrownrowe.com;
dring@mayerbrownrowe.com; BCOGAN@stroock.com; JBERNARD@stroock.com;
nancy.ludmerer@dpw.com; mclambert@lawpost-nyc.com; QMURPHY@stroock.com;
bbraun@winston.com; HPearl@winston.com; lcoberly@winston.com;
lradin@winston.com; tpolley@winston.com; sharon.katz@dpw.com;
jdonley@kdefe.com; Lanier.Saperstein@newyork.allenovery.com;
Joel.Cohen@CliffordChance.com; jtompkins@Sidley.com; burrowsm@gtlaw.com;
Michael.Feldberg@newyork.allenovery.com; antoinette.ellison@dpw.com;
christine.murtha@dpw.com; gina.caruso@dpw.com; daniel.kolb@dpw.com;
ENadler@KRAMERLEVIN.com; cbrubaker@kdefe.com; mguerrera@sidley.com; Brian
Timmons; Peter Calamari; Marc Greenwald; Nathaniel Read; Jeremy Andersen;
Johanna Ong; jkairis@gelaw.com; JSabella@gelaw.com; dzilka@gelaw.com;
jreiser@cmht.com; MWillis@CMHT.com; stoll@cmht.com; jdevore@cmht.com;
lmezzetti@cmht.com; ctorell@cmht.com; rroseman@srk-law.com; aabramowitz@srk-
law.com; Jon Steiger; rkopp@srk-law.com; macleodb@hbdlawyers.com;
sgrant@gelaw.com; Jennifer Maybee; Loren Kieve; Taylor, Greg; Diamond,
Allan; rjanvey@janveygordon.com; richard.martin@hellerehrman.com;
CharlesR.Jeager@hellerehrman.com; deborah.kravitz@hellerehrman.com;
erik.groothuis@hellerehrman.com; mark.picard@hellerehrman.com;
patryk.chudy@hellerehrman.com
Cc: Mark.Kirsch@CliffordChance.com; Joel.Cohen@CliffordChance.com;
George.Schieren@CliffordChance.com
Subject: RE: Parmalat: deponents lists
```

Counsel,

Attached is the draft proposed deponent list on behalf of Dr. Bondi's counsel, class counsel, and counsel for Food & Dairy/Parmalat Capital Finance. I apologize for the short delay due to data problems. We look forward to reviewing defendants' list and discussing with you on tomorrow's 5:00 p.m. EST call.

Regards,

Terry L. Wit
Quinn Emanuel Urquhart Oliver & Hedges, LLP 50 California Street, 22nd Floor
San Francisco, CA 94111
415.875.6331
415.875.6700 (fax)
www.quinnemanuel.com

In re Parmalat Securities Litigation, 04 MD 1653 (LAK)
Proposed List of Deponents

| Other Deponents[8] | Entity: | Bondi[1] | Class Counsel | F&D/ Capital Finance Plaintiffs[9] | Total Plaintiffs* | Defendants | Total All Parties |
|---|---|---|---|---|---|---|---|
| *Aranca Company* | | | | | | | |
| Calogero, Lucio | Aranca Company | | 7 | | 7 | | |
| *Banca San Marino* | | | | | | | |
| Colnago, Luigi Enrico | Partner of Banca San Marino; International Food | | 4 | 4 | 4 | | |
| *Banco Totta* | | | | | | | |
| Leite, Jose Noguelra | Banco Totta | | 4 | | 4 | | |
| *Blue Ridge Investments* | | | | | | | |
| Rule 30(b)(6) witness(es) regarding Bank of America's role in the purchase of certain FHL Notes by Blue Ridge Investments, LLC. | Blue Ridge Investments, LLC | | | 3 | 3 | | |
| *Bonlat* | | | | | | | |
| Brattvet, Thomas Michael | Bonlat | 4 | 4 | 7 | 12 | | |
| *Capital Finance* | | | | | | | |
| Auda, Sonia | Capital Finance | 2 | | 2 | 3 | | |
| Falomo, Luca Maria | Capital Finance | 2 | | 2 | 3 | | |
| Manduca, Martin | Capital Finance | 4 | | 4 | 6 | | |
| Ngalikpima, Jean-Michel | Capital Finance | 2 | | 2 | 3 | | |
| Petrucci, Andrea | Capital Finance | 4 | | 4 | 6 | | |
| Staface, Ian | Capital Finance | 4 | | 4 | 6 | | |
| Zammit, Claire Staface | Capital Finance | 4 | | 4 | 6 | | |
| *CUR Holdings* | | | | | | | |

| Other Deponents[8] | Entity: | Bondi[1] | Class Counsel | F&D/ Capital Finance Plaintiffs[9] | Total Plaintiffs* | Defendants | Total All Parties |
|---|---|---|---|---|---|---|---|
| Rule 30(b)(6) witnesses from CUR Holdings Ltd. re loans to Capital Finance. | CUR Holdings Ltd. | 4 | | 14 | 14 | | |
| Merre, Suzan | CUR Holdings | | | 4 | 4 | | |
| **Deutsche Bank** | | | | | | | |
| Armanini, Massimo | Deutsche Bank | | 14 | | 14 | | |
| Pracca, Marco | Deutsche Bank | | 7 | | 7 | | |
| **Empresa Cubana Emportadora** | | | | | | | |
| Alvarez, Pedro Borrego | Empresa Cubana Emportadora | 4 | 4 | | 6 | | |
| **Epicurum** | | | | | | | |
| Garrido-Sutil, Victor | Epicurum | 4 | 4 | | 6 | | |
| **Eurofood IFSC** | | | | | | | |
| Rule 30(b)(6) witnesses from Eurofood IFSC Limited re loans funded by Capital Finance | Eurofood IFSC Limited | 7 | | 7 | 11 | | |
| Laughlin, Ambrose | Director of Eurofood IFSC Limited | 4 | | 7 | 9 | | |
| **F&D** | | | | | | | |
| Additional F&D directors (as necessary) | F&D | 4 | | 7 | 9 | | |
| Baker, Anthony | F&D | 4 | | 7 | 9 | | |
| Couch, Martin | F&D | 4 | | 7 | 9 | | |
| Hinds, Phillip | F&D | 4 | | 7 | 9 | | |
| Thompson, Hugh | F&D | 4 | | 7 | 9 | | |
| **GKB** | | | | | | | |
| Rule 30(b)(6) witness(es) from GKB regarding political risk contracts and Luca Sala's accounts | GKB | 7 | | | 7 | | |

| Other Deponents[8] | Entity: | Bondi[1] | Class Counsel | F&D/ Capital Finance Plaintiffs[9] | Total Plaintiffs* | Defendants | Total All Parties |
|---|---|---|---|---|---|---|---|
| Giuralarocca, Nino | GKB | 14 | 7 | 4 | 20 | | |
| Gudemann, Noelle | GKB | | 7 | | 7 | | |
| *HIT* | | | | | | | |
| Branchi, Fabio | HIT | | 7 | | 7 | | |
| *Independent Investigator* | | | | | | | |
| Chiaruttini, Stefania | Independent Investigator | | 14 | 7 | 17 | | |
| *Interregional Reinsurance* | | | | | | | |
| Rule 30(b)(6) witness from Interregional Reinsurance / regarding transaction in Class Action Complaint | Interregional Reinsurance | | 7 | | 7 | | |
| *Italaudit* | | | | | | | |
| Amendola, Sergio | Italaudit | 4 | 4 | | 6 | | |
| Bertolli, Francesco | Italaudit | 7 | 7 | | 11 | | |
| *Maduro & Curiel's Bank* | | | | | | | |
| Boyko, William | Maduro & Curiel's Bank | 4 | | | 4 | | |
| Cox, Pieter | Maduro & Curiel's Bank | 4 | | | 4 | | |
| *Maples & Calder* | | | | | | | |
| Pope, Adrian | Maples & Calder | | 7 | 4 | 9 | | |
| Rule 30(b)(6) witness(es) from Maples & Calder / Maples Finance regarding transactions in Dr. Bondi's First Amended Complaint | Maples & Calder | 14 | | 4 | 14 | | |
| *Mayer Brown* | | | | | | | |
| Wright, Nigel | Mayer Brown | | | 7 | 7 | | |
| *Morgan Stanley* | | | | | | | |

| Other Deponents[8] | Entity: | Bondi[1] | Class Counsel | F&D/ Capital Finance Plaintiffs[9] | Total Plaintiffs* | Defendants | Total All Parties |
|---|---|---|---|---|---|---|---|
| Heaney, Michael | Morgan Stanley | | 7 | | 7 | | |
| Pagliani, Carlo | Morgan Stanley Italy | | 4 | | 4 | | |
| Basso, Paolo | Morgan Stanley London | | 7 | | 7 | | |
| Basso, Luigi | Morgan Stanley London | | 7 | | 7 | | |
| *New Zealand Dairy Board* | | | | | | | |
| Rule 30(b)(6) witnesses from New Zealand Dairy Board re notes purchased by Capital Finance | New Zealand Dairy Board | | | 14 | 14 | | |
| *Nextra* | | | | | | | |
| Canizzaro, Antonio | Nextra | | 7 | | 7 | | |
| Landi, Giovanni | Nextra | | 4 | | 4 | | |
| Ratti, Marco | Nextra | | 4 | | 4 | | |
| Valsecchi, Marco | Nextra | | 4 | | 4 | | |
| *Parmalat Group* | | | | | | | |
| Barili, Domenico | Parmalat | 4 | 7 | 4 | 12 | | |
| Bocchi, Gianfranco | Parmalat | 14 | 4 | 4 | 18 | | |
| Borrá, Narciso | Parmalat | 4 | 7 | | 9 | | |
| Brughera, Mario | Parmalat | 4 | 7 | 4 | 12 | | |
| Cochelin, Patrice | Parmalat | | 4 | | 4 | | |
| del Soldato, Luciano | Parmalat | 7 | 14 | 7 | 22 | | |
| Ferraris, Alberto | Parmalat | 7 | 14 | 4 | 20 | | |
| Ferretti, Oreste | Parmalat | 7 | 7 | 4 | 14 | | |
| Nuti, Massimo | Parmalat | 7 | 7 | 4 | 14 | | |
| Pedraneschi, Giorgio | Parmalat | | 7 | | 7 | | |

| Other Deponents[8] | Entity: | Bondi[1] | Class Counsel | F&D/ Capital Finance Plaintiffs[9] | Total Plaintiffs* | Defendants | Total All Parties |
|---|---|---|---|---|---|---|---|
| Pessina, Claudio | Parmalat | 14 | 14 | 4 | 26 | | |
| Tanzi, Calisto | Parmalat | 7 | 14 | 7 | 22 | | |
| Tonna, Fausto | Parmalat | 7 | 14 | 7 | 22 | | |
| Viotto, Francesco | Parmalat | 7 | 4 | | 9 | | |
| Borzone, Miguel Angel Reyes | Parmalat Admin | 4 | | 7 | 9 | | |
| Imanichi, Marilza | Parmalat Admin | 4 | | 7 | 9 | | |
| Medugno, Fabio Conti | Parmalat Admin | | | 7 | 7 | | |
| Rodrigues, Ariovaldo Green | Parmalat Admin | | | 7 | 7 | | |
| White, Stephen Alan | Parmalat Affiliated Companies | 7 | 7 | | 11 | | |
| Rule 30(b)(6) witnesses from Parmalat Argentina re loans funded by Capital Finance | Parmalat Argentina SA | | | 14 | 14 | | |
| Baranchalo, Marcho | Parmalat Brazil | 4 | | 7 | 9 | | |
| Conti, Fabio | Parmalat Brazil | 7 | 7 | 4 | 11 | | |
| da Silva, Cleber Valeriano | Parmalat Brazil | | | 4 | 4 | | |
| Grisendi, Gianni | Parmalat Brazil | 7 | 14 | 4 | 20 | | |
| Marzili, Pier Giovanni | Parmalat Finanziaria SpA | 4 | 4 | | 6 | | |
| Cortopassi, Giancarlo | Parmalat Participaçoes | 4 | 7 | 7 | 9 | | |
| Monteiro, Carlos | Parmalat Participaçoes | 4 | 7 | 7 | 14 | | |
| Bondi, Dr. Enrico | Parmalat S.p.A. | | | 7 | 7 | | |
| Giuffredi, Francesco | Parmalat S.p.A. | 4 | | 4 | 6 | | |
| Gorreri, Franco | Parmalat S.p.A. | 4 | | 7 | 9 | | |
| Martellini, Maria | Parmalat S.p.A. | 7 | | 7 | 11 | | |
| Poma, Alessandra | Parmalat S.p.A. | | | 7 | 7 | | |

| Other Deponents[8] | Entity: | Bondi[1] | Class Counsel | F&D/ Capital Finance Plaintiffs[9] | Total Plaintiffs* | Defendants | Total All Parties |
|---|---|---|---|---|---|---|---|
| Silingardi, Luciano | Parmalat S.p.A. | 4 |  | 4 | 6 |  |  |
| Spadafora, Nicola | Parmalat S.p.A. |  |  | 4 | 4 |  |  |
| Tanzi, Giovanni | Parmalat S.p.A. | 7 |  | 7 | 11 |  |  |
| Tanzi, Stefano | Parmalat S.p.A. | 7 |  | 7 | 11 |  |  |
| Sweeny, Nancy | Parmalat USA | 4 |  | 4 | 6 |  |  |
| Uva, Aldo | Parmalat USA | 4 |  | 4 | 6 |  |  |
| Rule 30(b)(6) witnesses from Parmalat de Venezuela CA re loans funded by Capital Finance. | Parmalat de Venezuela CA |  |  |  |  |  |  |
| Bonici, Giovanni | Parmalat Venezuela | 4 | 7 | 14 | 12 |  |  |
| *PFC BV* |  |  |  |  |  |  |  |
| Muus, Hermanus | PFC BV | 4 | 7 |  | 9 |  |  |
| *Private Broker* |  |  |  |  |  |  |  |
| Malerba, Fabio | Private Broker | 7 | 4 |  | 9 |  |  |
| *PwC* |  |  |  |  |  |  |  |
| Lagro, Franco | PwC |  | 7 |  | 7 |  |  |
| Ghiringhelli, Marco | PwC |  | 7 | 4 | 9 |  |  |
| Abriel, Keith | PwC Cayman |  |  | 4 | 4 |  |  |
| Keny, Andrea | PwC Cayman |  |  | 4 | 4 |  |  |
| Sunley, Graeme | PwC Cayman |  |  | 4 | 4 |  |  |
| *Sumitomo Bank Financial Services* |  |  |  |  |  |  |  |
| Kato, Y. | Sumitomo Bank Financial Services | 4 |  |  | 4 |  |  |
| *Tetra Pak Ltda.* |  |  |  |  |  |  |  |
| Willet, A. | Sumitomo Bank Financial Services | 4 |  |  | 4 |  |  |

| Other Deponents[8] | Entity: | Bondi[1] | Class Counsel | F&D/ Capital Finance Plaintiffs[9] | Total Plaintiffs* | Defendants | Total All Parties |
|---|---|---|---|---|---|---|---|
| Rule 30(b)(6) witnesses from Tetra Pak Ltda re notes purchased by Capital Finance | Tetra Pak Ltda | 4 | | 14 | 14 | | |
| *QSPV* | | | | | | | |
| Hopkins, Matthew | QSPV | 4 | | 7 | 9 | | |
| *UBS* | | | | | | | |
| Cozzoli, Patrizia | UBS | | 7 | | 7 | | |
| Foti, Alessandro | UBS | | 7 | | 7 | | |
| Garner, David | UBS London | | 7 | | 7 | | |
| Lisanti, Fabio | UBS London | | 7 | | 7 | | |
| *Web Holdings* | | | | | | | |
| Brennan, Thomas C. | Web Holdings | 4 | 7 | 4 | 12 | | |
| Williams, Angela | Web Holdings | 7 | 7 | | 11 | | |
| *Wells Fargo* | | | | | | | |
| Rule 30(b)(6) witness(es) from Wells Fargo regarding transactions in Dr. Bondi's First Amended Complaint | Wells Fargo | 10 | | 4 | 11 | | |
| *Willis Corroon Group* | | | | | | | |
| Gray, Stephen | Willis Corroon Group | | 7 | | 7 | | |
| *Wishaw Trading* | | | | | | | |
| Ventura, Andrea | Wishaw Trading | 7 | 14 | 4 | 20 | | |
| *Zini & Associates* | | | | | | | |
| Sbarbo, Gina | Z&A New York Office | 4 | 7 | | 9 | | |
| Andrioli, Simonetta | Zini & Assoc. | 4 | 7 | | 9 | | |
| Anticoli, Alomi | Zini & Assoc. | 4 | 4 | 4 | 10 | | |
| Zini, GianPaolo | Zini & Assoc. | 4 | 14 | 4 | 18 | | |

| | Entity: | Bondi[1] | Class Counsel | F&D/ Capital Finance Plaintiffs[9] | Total Plaintiffs* | Defendants | Total All Parties |
|---|---|---|---|---|---|---|---|
| Other Deponents[8] | | | | | | | |
| *Other* | | | | | | | |
| Melford, Vaughn Neto | | 7 | 7 | | 11 | | |
| Potential Depositions of Italian Authorities or Their Experts | | 21 | | 4 | 20 | | |
| Rule 30(b)(6) witnesses from Food and Dairy Noteholders and holders of Capital Finance debt | Various | | | 14 | 14 | | |
| Rule 30(b)(6) witness(es) from other miscellaneous third parties regarding Dr. Bondi's First Amended Complaint | | 14 | | 7 | 17 | | |
| | | 415 | 456 | 414 | 1087 | | |

[1] Dr. Bondi's time also includes anticipated time for plaintiffs in the actions recently transferred (or being transferred) by the MDL Panel.

[8] As with the witnesses in note 7, Dr. Bondi may wish to examine some of these witnesses who are not parties to his actions, but asks that he be able to reserve a block of 35 hours for those witnesses for whom he has not specifically requested time.

[9] Where counsel for Food & Dairy and Parmalat Capital Finance believe that additional time will be needed for a witness beyond the amount allotted by counsel for Dr. Bondi and class counsel, additional hours are added. Where no time is added, counsel for Food & Dairy and Parmalat Capital Finance believe that counsel for all plaintiffs can complete their questioning within the time allotted by counsel for Dr. Bondi and class counsel, but they specifically reserve at least one hour for questioning these witnesses. Counsel for Food & Dairy and Parmalat Capital Finance do not waive their right to ask questions during the time allotted by Dr. Bondi and class counsel.

*Counsel for the plaintiffs in the consolidated cases estimate that where more than one plaintiff has requested time to examine a given witness, that time will overlap with the other plaintiff(s). Accordingly, plaintiffs have discounted the total expected time for these witnesses by 20%.