# EXHIBIT 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re PARMALAT SECURITIES LITIGATION

This document relates to:   All Cases
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MASTER DOCKET
04 MD 1653 (LAK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/06

## ORDER

LEWIS A. KAPLAN, *District Judge.*

The joint motion for order of commission and issuance of letters of request is withdrawn. The second joint motion for order of commission and issuance of letters of request is granted.

The parties shall submit execution copies of the requisite documents to chambers. The Clerk shall ensure that these motions are terminated on all relevant docket sheets.

SO ORDERED.

Dated: March 29, 2006

_____
Lewis A. Kaplan
United States District Judge