# EXHIBIT 8

# In The Matter Of:

*IN RE: PARMALAT SECURITIES LITIGATION*

FRANCESCO GIANNI
*January 25, 2007*

## CONFIDENTIAL
## MERRILL LEGAL SOLUTIONS

*420 Lexington Avenue - Suite 2108*
*New York, NY 10170*
PH: 212-557-7400 / FAX: 212-692-9171

GIANNI, FRANCESCO - Vol. 2

Page 259

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
In re PARMALAT SECURITIES
LITIGATION
                        MASTER DOCKET
This document           04 MDL 1653
relates to:                 (LAK)
    All Actions
----------------------------------x
                January 25, 2007
                9:10 a.m.

C O N F I D E N T I A L

    Continued Videotaped Deposition of
FRANCESCO GIANNI, taken by Defendants,
pursuant to Notice, at the offices of
Sidley Austin, 787 Seventh Avenue, New
York, New York, before ERIC J. FINZ, a
Shorthand Reporter and Notary Public
within and for the State of New York.

Page 260

APPEARANCES:
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
    Attorneys for Plaintiff, Dr. Enrico
    Bondi, as Extraordinary Commissioner
    of Parmalat Finanziaria S.p.A.,
    Parmalat S.p.A., and other
    Affiliated entities in Extraordinary
    Administration under the laws of
    Italy
        51 Madison Avenue
        New York, New York 10010
BY: MARC L. GREENWALD, ESQ.
    -AND-
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
        865 S. Figueroa Street
        Los Angeles, CA 90017

BY: MELISSA DALZIEL, ESQ.

WINSTON & STRAWN, LLP
    Attorneys for Defendant Grant
    Thornton LLP
        35 West Wacker Drive
        Chicago, Illinois 60601
BY: ANDREW R. DEVOOGHT, ESQ.

CLIFFORD CHANCE US LLP
    Attorneys for Citigroup Inc.,
    Citibank, N.A., and Eureka
    Securitization PLC
        31 West 52nd Street
        New York, NY 10019

BY: ADAM P. WOLF, ESQ.

Page 261

APPEARANCES (Continued):
DIAMOND McCARTHY TAYLOR FINLEY & LEE LLP
    Attorneys for Food Holdings Limited,
    Dairy Holdings Limited and Parmalat
    Capital Finance Limited
        6504 Bridgepoint Parkway
        Austin, TX 78730

BY: P. JASON COLLINS, ESQ.

SIDLEY AUSTIN LLP
    Attorneys for Bank of America Defendants
        787 Seventh Avenue
        New York, New York 10019

BY: REBECCA F. EBERT, ESQ.

    -AND-

SIDLEY AUSTIN LLP
        1501 K Street, N.W.
        Washington, D.C. 20005

BY: ROBERT D. KEELING, ESQ.
    -and-
    ROBERT J. CONLAN, JR.

ALSO PRESENT:

NICOLA WALTER PALMIERI, ESQ.

JONATHAN POPHAM, Video Operator
LegaLink Action Video, Inc.

Page 262

                FRANCESCO GIANNI - CONFIDENTIAL
09:09:02        THE VIDEOGRAPHER: Here
09:09:03    begins volume 2, videotape No. 4 in the
09:09:06    continuing 30(b)(6) deposition of
09:09:07    Francesco Gianni. Today's date is
09:09:11    January 25, 2007, and the time on the
09:09:13    record is 9:10 a.m.
                FRANCESCO GIANNI,
            resumed, having been previously duly
            sworn, was examined and testified
            further as follows:
09:09:17        EXAMINATION BY
09:09:17        MR. CONLAN:
09:09:19    Q.  Good morning, Mr. Gianni,
09:09:20    welcome back.
09:09:21    A.  Thank you. Good morning.
09:09:22    Q.  If you recall from
09:09:25    yesterday, my name is Robert Conlan,
09:09:27    I'm with Sidley Austin, representing
09:09:29    the Bank of America defendants in this
09:09:29    litigation.
09:09:30        MR. CONLAN: I notice there
09:09:32    are some new faces around the table.
09:09:34    Why don't we for the record go around
            the table and all state our names and

1 (Pages 259 to 262)

Page 499

FRANCESCO GIANNI - CONFIDENTIAL

14:54:03  1   documents of the company.
14:54:08  2   
14:54:09  3       Q.  You mentioned some of these
14:54:11  4   individuals were auditors, ex-auditors
14:54:12  5   of the company; is that right?
14:54:14  6       A.  Yes.  But I don't know which
14:54:15  7   one they are.
14:54:20  8       Q.  Okay.  I take it while they
14:54:22  9   were auditors of the company, though,
14:54:23 10   they had access to the books and
14:54:24 11   records of the company; correct?
14:54:34 12       A.  Yes, absolutely.
14:54:35 13       MR. KEELING:  Again, if you
14:54:37 14   can give me five minutes and go off the
14:54:37 15   record.
14:54:38 16       MR. GREENWALD:  Okay.
14:54:38 17       THE VIDEOGRAPHER:  Going off
14:54:41 18   the record at 2:54 p.m.
15:01:46 19       (A recess was taken.)
15:01:48 20       THE VIDEOGRAPHER:  We are
15:01:52 21   back on the record at 3:01 p.m.
15:01:53 22       MR. KEELING:  For the
15:01:55 23   record, this is Robert Keeling, and I
15:01:58 24   have no further questions for this
         25   witness.  And I would like to pass the

Page 500

FRANCESCO GIANNI - CONFIDENTIAL

15:02:00  1   witness at this time.
15:02:01  2   
15:02:02  3       EXAMINATION BY
15:02:02  4       MR. COLLINS:
15:02:05  5       Q.  Mr. Gianni, my name is
15:02:08  6   Jason Collins, I'm with the law firm of
15:02:10  7   Diamond McCarthy, we represent Food
15:02:12  8   Holdings Limited, Dairy Holdings
15:02:14  9   Limited and Parmalat Capital Finance
15:02:14 10   Limited.  Do you understand that?
15:02:15 11       A.  Yes.
15:02:17 12       Q.  I wanted to ask you a few
15:02:19 13   questions.  Just turning back to the
15:02:20 14   exhibit that you were just looking at,
15:02:22 15   which is Exhibit No. 4161.
15:02:22 16       A.  Yes.
15:02:23 17       Q.  If you could turn, please,
15:02:26 18   to the second page of that exhibit.
15:02:26 19   The one entitled "corrupt insiders."
15:02:31 20   Do you see that?
15:02:31 21       A.  Yes.
15:02:33 22       Q.  I believe you testified
15:02:36 23   just a few moments ago that by listing
15:02:37 24   these people, these individuals on this
         25   document, that Parmalat is not saying

Page 501

FRANCESCO GIANNI - CONFIDENTIAL

15:02:39  1   that these people are corrupt
15:02:41  2   individuals; is that right?
15:02:44  3       A.  Parmalat is not saying that
15:02:45  4   they are guilty of the matters for
15:02:48  5   which they were indicted.  Parmalat is
15:02:50  6   saying that they are indicted of
15:02:53  7   certain -- regarding certain matters.
15:02:55  8   And for this reason they would,
15:02:56  9   Parmalat would consider them corrupt
15:02:58 10   insiders.
15:02:58 11       Q.  Understood.  And you would
15:03:04 12   agree then that if someone were to
15:03:06 13   utilize this document for the purposes
15:03:08 14   of trying to say that Bondi's official
15:03:11 15   position is that one or more of these
15:03:13 16   individuals is a corrupt individual or
15:03:16 17   was a bad actor and committed certain
15:03:19 18   wrongful acts in connection with the
15:03:21 19   Parmalat fraud, that that would be
15:03:24 20   inappropriate and a misrepresentation
15:03:25 21   of your official position; is that
15:03:26 22   right?
15:03:26 23       MR. GREENWALD:  Objection to
15:03:27 24   the form of the question.
         25

Page 502

FRANCESCO GIANNI - CONFIDENTIAL

15:03:29  1   You can answer.
15:03:30  2       A.  No, I think that what this
15:03:36  3   document says, the position of Parmalat
15:03:38  4   is that the official investigation that
15:03:41  5   have been conducted until now have
15:03:42  6   identified a certain numbers of
15:03:45  7   people -- certain number of people who
15:03:46  8   are supposed to be involved in the
15:03:49  9   fraud regarding Parmalat.  These
15:03:53 10   identification made by the public
15:03:55 11   prosecutor, so by the official
15:03:56 12   authorities, is sufficient for Parmalat
15:03:58 13   to consider these 55 individuals as
15:04:04 14   part of this list of corrupt insiders.
15:04:07 15   Parmalat is not saying, however, they
15:04:10 16   were guilty of the accusation that were
15:04:12 17   made against them, because this will be
15:04:14 18   decided by a court of justice at
15:04:17 19   appropriate time.
15:04:17 20       Q.  You simply put them on this
15:04:19 21   list because of the fact that they were
15:04:22 22   indicted; is that right?
15:04:23 23       A.  Correct.
15:04:32 24       Q.  You also testified earlier
         25

61 (Pages 499 to 502)

Page 503

FRANCESCO GIANNI - CONFIDENTIAL

15:04:33  1   today that Parmalat could have and in
15:04:39  2   fact did with a number of individuals
15:04:41  3   suspend them from active service for
15:04:43  4   Parmalat to the extent that it felt as
15:04:46  5   though or was suspicious as though they
15:04:50  6   were involved in the fraud?
15:04:51  7       A.  Right.
15:04:51  8       Q.  Could you turn to page
15:04:53  9   number 3 of the exhibit, and I want to
15:04:55 10   focus in on number 38, which is a
15:04:57 11   gentleman named Andrea Petrucci.
15:04:57 12       Do you see that?
15:05:01 13       A.  Yes.
15:05:01 14       Q.  Did Parmalat actually
15:05:03 15   undertake to suspend Mr. Petrucci at
15:05:09 16   any point in time?
15:05:11 17       A.  I don't know who
15:05:12 18   Mr. Petrucci was, so I cannot be
15:05:14 19   precise. It is not in the list of
15:05:16 20   those who were fired or suspended in
15:05:18 21   the period up to March 31st. This list
15:05:23 22   that you are pointing out, under number
15:05:25 23   38, indicates that the relationship
15:05:26 24   ended on June 30. So it was after the
         25

Page 504

FRANCESCO GIANNI - CONFIDENTIAL

15:05:32  1   March 31st suspension and dismissal
15:05:37  2   that was in the other list. So they
15:05:40  3   could have done it in the meantime, but
15:05:42  4   I don't know. I don't know.
15:05:42  5       Q.  Let's turn to that other
15:05:43  6   list now, it's page 7 of the exhibit,
15:05:46  7   entitled "individuals' resignation or
15:05:49  8   termination for cause from Parmalat
15:05:50  9   between November 1, 2003 to March 31,
15:05:52 10   2004."
15:05:52 11       Do you see that?
15:05:54 12       A.  Yes.
15:05:54 13       Q.  Mr. Petrucci is not listed
15:05:56 14   on this list; is that right?
15:05:57 15       A.  Exactly.
15:05:58 16       Q.  And turning back to page 3,
15:06:00 17   which is the list with the heading
15:06:02 18   "corrupt insiders," it indicates that
15:06:05 19   the relationship, as you put it, ended
15:06:06 20   with Mr. Petrucci on June 30 of 2004;
15:06:09 21   correct?
15:06:09 22       A.  Correct.
15:06:10 23       Q.  So you have no information
15:06:14 24   to share with us today about any
         25

Page 505

FRANCESCO GIANNI - CONFIDENTIAL

15:06:16  1   investigation by Parmalat or suspension
15:06:18  2   by Parmalat of Mr. Petrucci at any
15:06:22  3   point in time; is that right?
15:06:23  4       A.  It is right.
15:06:36  5       Q.  Do you know the
15:06:37  6   circumstances surrounding
15:06:39  7   Mr. Petrucci's departure from Parmalat
15:06:41  8   on June 30, 2004?
15:06:42  9       MR. GREENWALD:  Objection;
15:06:43 10   beyond the scope.
15:06:44 11       A.  No.
15:06:45 12       Q.  So you don't know if he
15:06:46 13   left voluntarily or if he was forced
15:06:48 14   out?
15:06:48 15       A.  I don't know.
15:06:49 16       Q.  Do you have any evidence
15:06:55 17   that Petrucci structured or
15:06:58 18   participated in the design or execution
15:07:00 19   of transactions that caused Parmalat to
15:07:03 20   incur damages?
15:07:04 21       A.  Other than the indictment,
15:07:06 22   no.
15:07:07 23       Q.  Other than the indictment,
15:07:08 24   do you have any evidence that Petrucci
         25

Page 506

FRANCESCO GIANNI - CONFIDENTIAL

15:07:10  1   designed or structured or participated
15:07:13  2   in transactions that caused harm or
15:07:16  3   damages to Parmalat Capital Finance
15:07:18  4   Limited?
15:07:18  5       A.  No.
15:07:19  6       Q.  Have you undertaken any
15:07:22  7   investigation of Mr. Petrucci to
15:07:25  8   determine whether or not he committed
15:07:27  9   any wrongful acts with respect to
15:07:29 10   Parmalat Capital Finance Limited?
15:07:31 11       A.  No.
15:07:31 12       Q.  Or with respect to Parmalat
15:07:32 13   S.p.A.?
15:07:33 14       A.  No.
15:07:34 15       Q.  What about Parmalat
15:07:37 16   Finanziaria S.p.A.?
15:07:38 17       A.  No, not that I'm aware at
15:07:41 18   least.
15:07:41 19       Q.  Do you have any evidence or
15:07:42 20   are you aware of any facts that lead
15:07:44 21   you to believe that Mr. Petrucci
15:07:46 22   attempted to conceal false information
15:07:50 23   in Parmalat's financial statements?
15:07:51 24       MR. GREENWALD:  Objection.
         25

62 (Pages 503 to 506)

Page 507

```
15:07:53  1         FRANCESCO GIANNI - CONFIDENTIAL
15:07:54  2       A.  No.
15:07:56  3       Q.  Are you aware of any
15:07:58  4   information that leads you to believe
15:08:01  5   that Mr. Petrucci concealed false
15:08:05  6   information on Parmalat Capital Finance
15:08:06  7   Limited's financial statements?
15:08:07  8         MR. GREENWALD:  Objection.
15:08:18  9       A.  No.
15:08:20 10       Q.  Do you have any evidence
15:08:23 11   that Mr. Petrucci was aware of the true
15:08:25 12   nature of Parmalat's financial
15:08:29 13   condition prior to 2003?
15:08:32 14       A.  As I said, other than in the
15:08:35 15   indictment, the only element that I
15:08:37 16   have is the indictment.  Other than the
15:08:38 17   indictment, I don't have any other
15:08:39 18   evidence.
15:08:41 19       Q.  I would just like to
15:08:43 20   specify with respect to Parmalat
15:08:43 21   Capital Finance Limited, the same
15:08:45 22   question, and that is, do you have any
15:08:48 23   evidence that Petrucci was aware of the
15:08:50 24   true nature of Parmalat Capital Finance
         25   Limited's financial condition?
```

Page 508

```
15:08:52  1         FRANCESCO GIANNI - CONFIDENTIAL
15:08:53  2       A.  No.
15:08:56  3       Q.  So Mr. Petrucci is on this
15:08:58  4   list because he was indicted?
15:08:59  5       A.  Correct.
15:09:01  6       Q.  Have you ever talked with
15:09:02  7   Mr. Petrucci?
15:09:02  8       A.  No.
15:09:04  9       Q.  Did you work with
15:09:05 10   Mr. Petrucci at the time when he was
15:09:06 11   employed by Parmalat?
15:09:07 12       A.  Not that I recall.
15:09:09 13       Q.  Did you ever observe
15:09:11 14   Mr. Petrucci engage in his activities
15:09:15 15   on behalf of Parmalat Finanziaria or
15:09:15 16   S.p.A.?
15:09:15 17       A.  No.
15:09:16 18       Q.  What about his activities
15:09:19 19   on behalf of Parmalat Capital Finance
15:09:24 20   Limited?
15:09:30 21       A.  No.
15:09:32 22         MR. COLLINS:  I'm going to
15:09:33 23   pass the witness.
15:09:37 24         MR. GREENWALD:  Anyone else?
         25         MR. DeVOOGHT:  I have no
```

Page 509

```
15:09:39  1         FRANCESCO GIANNI - CONFIDENTIAL
15:09:40  2   questions.
15:09:41  3         MR. GREENWALD:  Thank you.
15:09:42  4         THE VIDEOGRAPHER:  This
15:09:43  5   concludes today's 30(b)(6) deposition
15:09:49  6   of Enrico Bondi with witness Francesco
15:09:53  7   Gianni.  The time on the record is 3:06
15:09:56  8   p.m., this also concludes tape No. 6.
          9         (Time noted:  3:06 p.m.)
         10
         11
         12
         13         _____
                        FRANCESCO GIANNI
         14
         15   Subscribed and sworn to before me
         16   this _____ day of _____, 2007.
         17
         18   _____
         19
         20
         21
         22
         23
         24
         25
```

Page 510

```
 1         FRANCESCO GIANNI - CONFIDENTIAL
 2   STATE OF NEW YORK )
                       : ss:
 3   COUNTY OF NEW YORK )
 4     I wish to make the following
     changes, for the following reasons:
 5
     PAGE LINE
 6   _____ CHANGE _____
            REASON:_____
 7
     _____ CHANGE _____
 8          REASON:_____
 9   _____ CHANGE _____
            REASON:_____
10
     _____ CHANGE _____
11          REASON:_____
12   _____ CHANGE _____
            REASON:_____
13
     _____ CHANGE _____
14          REASON:_____
15   _____ CHANGE _____
            REASON:_____
16
     _____ CHANGE _____
17          REASON:_____
18   _____ CHANGE _____
            REASON:_____
19
     _____ CHANGE _____
20          REASON:_____
21
         _____
22           FRANCESCO GIANNI
     Subscribed and sworn to before me
23   this _____ day of _____, 2007.
24
25
```

63 (Pages 507 to 510)