

SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | GENEVA | SAN FRANCISCO |
| BRUSSELS | HONG KONG | SHANGHAI |
| CHICAGO | LONDON | SINGAPORE |
| DALLAS | LOS ANGELES | TOKYO |
| FRANKFURT | NEW YORK | WASHINGTON, D.C. |

FOUNDED 1866

## FACSIMILE TRANSMISSION FORM

| Date: February 26, 2007 | No. of pages including cover sheet: 3 |
|---|---|
| To: The Honorable Henry B. Pitman<br>United States Magistrrate Judge<br><br>cc: All Counsel (by E-mail) | Company: **Daniel Patrick Moynihan**<br>**United States Courthouse** |
| Telephone #: | Fax #: **212-805-6111** |
| SPECIAL INSTRUCTIONS: IF <u>NOT USA PLEASE</u> INDICATE COUNTRY & CITY CODE NUMBER | | |
| From: **Joseph B. Tompkins, Jr.** | Ext. **48213** | Floor: **9th** |

**COMMENTS:**   In re Parmalat Securities Litigation 04 MD 1653 (LAK)


\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

***Problems with this transmission should be reported to:***
THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) OR ENTITY(IES) TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT

GENEVA
HONG KONG
LONDON
LOS ANGELES
NEW YORK

SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

jtompkins@sidley.com
(202) 736-8213

FOUNDED 1866

February 26, 2007

**By Facsimile**

Honorable Henry B. Pitman
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007-1312

   Re: In re Parmalat Securities Litigation, 04 MD 1653 (LAK) (S.D.N.Y.)

Dear Judge Pitman:

  I write to respond on behalf of Bank of America to letters from a number of parties concerning the enforcement of the March 5, 2007 deadline for fact discovery in this multidistrict litigation.

  Bank of America supports the positions of Deloitte and Grant Thornton with respect to the enforcement of the March 5, 2007 discovery deadline, subject to the limited exceptions noted herein.

  In some limited circumstances, Bank of America has, by stipulation with other parties, agreed that certain depositions would occur after March 5, 2007. Specifically, Bank of America and Bondi have agreed that the depositions of Ms. Yoko Katagishi, Mr. Bruce McCormick (the Bank's 30(b)(6) representative on certain topics), Dr. Bala Dharan (Bondi's 30(b)(6) representative on certain topics), and Mr. Giovanni Ghiradelli and Mr. Carlos Siguin, both Parmalat Venezuela employees, will be scheduled by mid-March. See Feb. 22, 2007 letter from P. Calamari to J. Pitman. In addition, Bank of America has agreed with class counsel that the deposition of Mr. Trevor Kelly will be scheduled for March 9, 2007 in Australia. See Feb. 21, 2007 letter from D. Zilka to J. Pitman. These are limited exceptions, required by the exigencies of the schedules of the witnesses and, in the case of Mr. Kelly, a non-party witness, the required travel to Australia. Except with respect to these depositions, no other fact or 30(b)(6) depositions should occur after March 5, 2007 absent agreement among the parties.

  We are available for a conference on this issue at Your Honor's convenience, if requested.



Honorable Henry B. Pitman
February 26, 2007
Page 2

Sincerely,

*Joseph B. Tompkins / EJF*

Joseph B. Tompkins, Jr.