A. Robert Pietrzak (AP-6711)
Thomas McC. Souther (TS-6615)
Daniel A. McLaughlin (DM-2688)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY  10019
(212) 839-5300
(212) 839-5599 (fax)

MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/07

JUN - 6 2007

*Attorneys for Bank of America Corporation, Bank of America NT & SA, Bank of America, N.A., Banc of America Securities LLC, Banc of America Securities Limited and Bank of America International Limited.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

In re PARMALAT SECURITIES LITIGATION

MASTER DOCKET
04 MD 1653 (LAK) ECF Case

This Document Relates To:  1:06-cv-01768
                          1:06-cv-01769
                          1:06-cv-04449
                          1:06-cv-04453
                          1:06-cv-03805
                          1:07-cv-03790

**NOTICE OF MOTION
TO ADMIT COUNSEL PRO HAC VICE**

PLEASE TAKE NOTICE that, upon the annexed affidavit of William C. Mayberry and the exhibits thereto, the undersigned will move this Court before the Honorable Lewis A. Kaplan, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York, William C. Mayberry, admission *pro hac vice* to the bar of this Court on behalf of defendants Bank of America Corporation; Bank of America National Trust & Savings Association, Banc of America

SO ORDERED
LEWIS A. KAPLAN, USDJ

Securities LLC, Bank of America Securities Limited, Bank of America International, Ltd. and Bank of America, N.A.

Dated: June 4, 2007.

|  |  |
|---|---|
|  | SIDLEY AUSTIN LLP |
|  | By: _/s/ Rebecca F. Ebert_ |
|  | Rebecca F. Ebert (RE-9633) |

Of Counsel:

Peter J. Covington
John H. Cobb
Matthew J Hoefling
Mark W. Kinghorn
Grant D. Goldenberg

HELMS MULLISS & WICKER, PLLC
201 North Tryon Street
Charlotte, NC 28202
Telephone: (704) 343-2052
Facsimile: (704) 343-2300

A. Robert Pietrzak (AP-6711)
Thomas McC. Souther (TS-6615)
Daniel A. McLaughlin (DM-2688)
Rebecca F. Ebert (RE-9633)

SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
(212) 839-5599 (fax)

*Attorneys for Bank of America Corporation, Bank of America NT & SA, Bank of America, N.A., Banc of America Securities LLC, Banc of America Securities Limited and Bank of America International Limited*