UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re PARMALAT SECURITIES LITIGATION : | 04 MD 1653 (LAK) |
| : | |
| : | DECLARATION IN SUPPORT OF |
| : | BANK OF AMERICA'S |
| This document relates to:   ALL CASES   : | OPPOSITION |

## DECLARATION OF BRIAN D. VANN

1.   I am an attorney at Sidley Austin LLP, practicing in Washington, D.C. I am one of the attorneys representing Bank of America in connection with the Parmalat matter. I have been admitted *pro hac vice* in the above captioned case. I am submitting this declaration in support of Bank of America's Opposition to Motions for a Protective Order filed by various plaintiffs.

2.   Attached to this Declaration are true and correct copies of the following documents:

- Exhibit A:  Pages 34-45 of the transcript of the March 1, 2007 deposition of Gordon I. Macrae.
- Exhibit B:  Nov. 2, 2006 Order Granting Bank of America's Motion to Compel
- Exhibit C:  Jan. 4-16 email exchange between B. Vann and G. Taylor
- Exhibit D:  Jan. 18, 2007 letter from B. Vann to G. Taylor
- Exhibit E:  Mar. 5, 2007 letter from B. Vann to A. Diamond
- Exhibit F:  Feb. 26, 2007 letter from L. D'Auria (counsel for Mr. Petrucci) to A. Vicoli (counsel for GTI)
- Exhibit G:  Mar. 7, 2007 letter from G. Taylor to B. Vann
- Exhibit H:  Apr. 9, 2007 letter from M. Guerrera to L. Kieve, copied to all counsel via email
- Exhibit I:  Apr. 10, 2007 email from L. D'Auria to G. Valenti (counsel for BoA)
- Exhibit J:  Apr. 16, 2007 email from B. Vann to all counsel
- Exhibit K:  Apr. 18, 2007 email from B. Vann to all counsel
- Exhibit L:  Jan. 23, 2007 letter from N. Edelman to P. Chudy, copied to all counsel
- Exhibit M:  Mar. 12, 2007 email from P. Chudy to all counsel, attaching translation of Feb. 26, 2007 Notice of Hearing

- Exhibit N: Mar. 14-28 email exchange containing Mar. 14 email from D. Zilka to all counsel and Mar. 28 email from L. Kieve to all counsel
- Exhibit O: Apr. 10, 2007 email exchange containing email from L. Kieve to counsel and email from J. Sabella to counsel
- Exhibit P: Apr. 10, 2007 email from L. Kieve to counsel
- Exhibit Q: Apr. 25, 2007 email from B. Dennis to all counsel

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 7, 2007

*[signature]*

Brian D. Vann
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8107 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2007, I, Rebecca F. Ebert, caused true and correct copies of the foregoing Declaration of Brian D. Vann (and Exhibits) in support of Defendants Bank of America Corp., Bank of America NT&SA, Banc of America Securities LLC, Banc of America Securities Limited, Bank of America International Limited, and Bank of America, N.A.'s Opposition to Plaintiffs' Motions for an Order Barring Depositions of Andrea Petrucci and Alberto Nagel to be served via the Court's CM/ECF system and email upon all parties.

                                                  s/Rebecca F. Ebert
                                                  Rebecca F. Ebert