# EXHIBIT C

## Vann, Brian D.

**From:** Vann, Brian D.
**Sent:** Tuesday, January 16, 2007 2:23 PM
**To:** 'Taylor, Greg'; Diamond, Allan
**Cc:** Richardson, P. David; Carino, Michele S.; MOberman@KRAMERLEVIN.com; Wiltenburg, David; Jeremy Andersen
**Subject:** RE: FHL/DHL/PCFL 30(b)(6) depositions

Greg -

As I stated previously, the week of Feb. 22 does not work for us. We would be willing to schedule the depositions for the Thursday and Friday of the following week (March 1st and 2nd), provided that you agree that the Court-imposed close of deposition discovery will not serve as a bar to any discovery-related inquiries resulting from the depositions. If you agree to these terms, I will circulate an amended 30(b)(6) notice as well as a letter memorializing this agreement.

Thanks,

Brian

---

**From:** Taylor, Greg [mailto:gtaylor@diamondmccarthy.com]
**Sent:** Friday, January 12, 2007 5:52 PM
**To:** Vann, Brian D.; Diamond, Allan
**Cc:** Richardson, P. David; Carino, Michele S.; MOberman@KRAMERLEVIN.com; Wiltenburg, David; Jeremy Andersen
**Subject:** RE: FHL/DHL/PCFL 30(b)(6) depositions

I have checked on this, but neither our client nor the counsel that will be defending the deposition is available that week. The best dates for us are the ones I gave you earlier (February 22-23). Alternatively, we could schedule something the following week. Let me know.

Regards,
Greg

-----Original Message-----
From: Vann, Brian D. [mailto:BVann@Sidley.com]
Sent: Thu 1/11/2007 5:23 PM
To: Taylor, Greg; Diamond, Allan
Cc: Richardson, P. David; Carino, Michele S.; MOberman@KRAMERLEVIN.com; Wiltenburg, David; Jeremy Andersen
Subject: RE: FHL/DHL/PCFL 30(b)(6) depositions

Greg -

Thank you for getting back to me. Unfortunately, the dates you have proposed will not work for us. I have spoken with defense counsel and we are all available the week of Feb. 12. Can you find two days that week that will work on your end.

Thanks,
Brian

From: Taylor, Greg [mailto:gtaylor@diamondmccarthy.com]
Sent: Wednesday, January 10, 2007 10:18 PM
To: Vann, Brian D.; Diamond, Allan
Cc: Richardson, P. David; Carino, Michele S.; MOberman@KRAMERLEVIN.com; Wiltenburg, David; Jeremy Andersen
Subject: RE: FHL/DHL/PCFL 30(b)(6) depositions

Sorry for the delay in responding, Brian. Between our client's travel schedule and ours, we have only just reached him on this issue. Based on his schedule and ours, we can produce the FHL, DHL and PCFL 30(b)(6) witnesses in New York on February 22 and 23. Please confirm that these dates will work for your side.

Regards,
Greg

-----Original Message-----
From: Vann, Brian D. [mailto:BVann@Sidley.com]
Sent: Thu 1/4/2007 7:45 PM
To: Diamond, Allan; Taylor, Greg
Cc: Richardson, P. David; Carino, Michele S.; MOberman@KRAMERLEVIN.com; Wiltenburg, David; Jeremy Andersen
Subject: FHL/DHL/PCFL 30(b)(6) depositions

Allan and Greg -

I hope you both had a happy new years. I'm writing to request dates for the FHL/DHL and PCFL 30(b)(6) depositions. As I'm sure you remember, pre-stay we had agreed that these depositions would occur at our New York office over two days. We would like to move forward with these depositions by the end of January. Please provide us with two days that will work for you and your client.

Regards,
Brian

This message and all attachments are confidential and may be protected by the attorney-client or other privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you believe this message has been sent to you in error, please notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.

Pursuant to recently-enacted US Treasury Department Regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purposes of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

Sidley Austin LLP mail server made the following annotations on 01/11/07, 17:21:56:
------------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this

communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

********************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

********************************************************************************

This message and all attachments are confidential and may be protected by the attorney-client or other privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you believe this message has been sent to you in error, please notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.

Pursuant to recently-enacted US Treasury Department Regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purposes of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.