# EXHIBIT E



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

bvann@sidley.com
(202) 736-8196

BEIJING        GENEVA         SAN FRANCISCO
BRUSSELS       HONG KONG      SHANGHAI
CHICAGO        LONDON         SINGAPORE
DALLAS         LOS ANGELES    TOKYO
FRANKFURT      NEW YORK       WASHINGTON, D.C.

FOUNDED 1866

March 5, 2007

**By Email**

Allan Diamond
Diamond McCarthy Taylor Finley & Lee, LLP
Two Houston Center
909 Fannin Street, Suite 1500
Houston, Texas 77010

Re:   In re Parmalat: PCFL vs. Bank of America

Dear Allan:

      I am writing to request the deposition of Andrea Petrucci, a former director of Parmalat Capital Finance Limited. The testimony for PCFL's 30(b)(6) witness on Friday, March 2, suggested that you intend to rely on Mr. Petrucci as an "innocent insider" who was allegedly unaware of, and would have acted to prevent, the fraud being perpetrated by PCFL. The witness also made it clear that you have been in touch with Petrucci within the last two months. Given the prior agreement between our firms that the March 5 discovery cut-off date would not apply to any discovery requests stemming from the testimony of PCFL's 30(b)(6) witness, please provide us with a date for Mr. Petrucci's deposition as soon as possible.

      Kind regards,

      Brian D. Vann / ESI

      Brian D. Vann

cc:   Kathy Puzone