# EXHIBIT F

# Luca D'Auria
avvocato

Milano, 26 febbraio 2007

Egregio Signore
AVV. ANTONIO LUIGI VICOLI
Fax 02.76231623

**Audizione rag. Andrea Petrucci / Processo obbligazioni Parmalat**

Caro collega,

ho conferito con il rag. Petrucci di cui sono il difensore nei procedimenti penali; Ti posso anticipare che costui intenderà avvalersi della facoltà di non rispondere.

Quanto all'incontro debbo, purtroppo, informarTi che è, sia per Petrucci che per me, impossibile fissare una data prima di metà marzo.

Con i migliori saluti,

All.to

**Luca D'Auria**
Attorney at Law

Milan, February 26, 2007

Mr.
ANTONIO LUIGI VICOLI, Atty.
Fax 02.76231623

**Accountant Andrea Petrucci  Hearing/ Parmalat Bonds  Proceeding**

Dear Colleague,

I conferred with Accountant Petrucci who I represent as defense counsel in the criminal proceedings; I can anticipate to you that he intends to exercise his right not to respond. Regarding the meeting, unfortunately, I must inform you that it is impossible, both for Petrucci and for me, to schedule a date before the middle of March.

Best regards,

/s/ *Luca D'Auria*

Attachment


**TRANSPERFECT**
TRANSLATIONS

AFFIDAVIT OF ACCURACY

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
TOKYO
TORONTO
WASHINGTON, DC

I, Tyler Mickelson, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [Feb. 26, 2007 D'Auria letter] from Italian into English.

Tyler Mickelson
TransPerfect Translations, Inc.
601 Thirteenth Street, NW
Suite 320 North
Washington, DC 20005

Sworn to before me this
4th day of June 2007

Signature, Notary Public

Lisa Sherfinski
Notary Public, District of Columbia
My Commission Expires 01-01-2008

_____
Stamp, Notary Public
Washington, DC

601 THIRTEENTH STREET, NW, SUITE 320 NORTH, WASHINGTON, DC 20005   T 202.347.2300   F 202.347.6861   WWW.TRANSPERFECT.COM