# EXHIBIT H



| | | |
|---|---|---|
| SIDLEY AUSTIN LLP<br>1501 K STREET, N.W.<br>WASHINGTON, D.C. 20005<br>(202) 736 8000<br>(202) 736 8711 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT | GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES<br>NEW YORK | SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>TOKYO<br>WASHINGTON, D.C. |
| mguerrera@sidley.com<br>(202) 736-8580 | FOUNDED 1866 | | |

April 9, 2007

**By Email**

Loren Kieve
Quinn Emanuel Urquhart Oliver & Hedges
50 California Street, 22nd Floor
San Francisco, CA 94111

   Re:   <u>Bondi v. Bank of America, 04 MD 1653 (LAK) (S.D.N.Y.)</u>

Dear Loren:

   As a follow up to my letter dated April 6, 2007, and in response to your email of the same date, I write to inform you that Bank of America is continuing to pursue the following depositions:

- Parmalat Venezuela employees Giovanni Ghiradelli and Carlo Siguin, whom your firm has already agreed to make available April 18-20 in New York;

- Alleged "innocent insiders" Alberto Grignaffini and Manfredi Ciaburri, whose depositions were approved by Judge Kaplan on Jan. 30 and by the Italian Court of Appeals on March 6. We have been working diligently to reach these individuals and schedule their depositions, an effort made more difficult by your firm's refusal to provide us with their phone numbers;

- Alberto Nagel, whose deposition has been set, after a hearing in front of Judge Kluzer on March 30, for May 3 in Milan; and

- Andrea Petrucci, a former Parmalat insider and PCFL Board Member who was initially contacted months ago, but was not available for a deposition until after March 5. Additionally, our need to depose Mr. Petrucci only became clear after the Rule 30(b)(6) deposition of PCFL on March 2.

   In addition, we share the interest of other parties in taking part in the depositions of Roberto Robotti, Marilena Cederna and Roberto Pirola. These depositions are scheduled to take place in accordance with the order of Judge Kluzer.



Loren Kieve
April 9, 2007
Page 2

       We thus object to you taking any action to vacate the presently scheduled depositions or to frustrate the Bank's efforts to schedule the depositions listed above.

       Sincerely,

       Mark Guerrera /BV

       Mark P. Guerrera

## Vann, Brian D.

| | |
|---|---|
| **From:** | Vann, Brian D. |
| **Sent:** | Monday, April 09, 2007 5:51 PM |
| **To:** | 'Loren Kieve'; 'Dell, Michael J.' |
| **Cc:** | 'Quinn Emanuel Parmalat Counsel'; 'aabramowitz@srk-law.com'; 'aglenn@kasowitz.com'; 'CMHTParmalat@cmht.com'; 'DiamondParmalatCounsel@diamondmccarthy.com'; 'dzilka@gelaw.com'; 'HBDParmalatCounsel@hbdlawyers.com'; 'hminkel@nyc.rr.com'; 'jbauchner@kasowitz.com'; 'jkairis@gelaw.com'; 'jsabella@gelaw.com'; 'lbeus@beusgilbert.com'; 'mbowen@kasowitz.com'; 'mfay@kasowitz.com'; 'rjanvey@janveygordon.com'; 'rkopp@srk-law.com'; 'RKraemer@srk-law.com'; 'rmills@beusgilbert.com'; 'rroseman@srk-law.com'; 'rwilliams@beusgilbert.com'; 'sgrant@gelaw.com'; 'sstirling@beusgilbert.com'; 'tparis@beusgilbert.com'; '#NYCCliffordChanceParmalatCounsel@CliffordChance.com'; 'scraig@beusgilbert.com'; 'adevooght@winston.com'; 'asalpeter@mayerbrown.com'; 'bbraun@winston.com'; 'bhudak@mayerbrownrowe.com'; 'bnl.attorneys@dpw.com'; 'cbrubaker@kdefe.com'; 'Siegel, Craig'; 'cweller@winston.com'; 'deloitte.us.parmalat.counsel@dpw.com'; 'dring@mayerbrownrowe.com'; 'hamza@hugheshubbard.com'; 'HellerParmalatCounsel@hellerehrman.com'; 'HMWParmalatCounsel@hmw.com'; 'JANET.LINK@lw.com'; 'jbaughman@paulweiss.com'; 'jbove@mintz.com'; 'Davis, Jeffrey W.'; 'jdonley@kdefe.com'; 'jkinney@ffspc.com'; 'John.Casey@lw.com'; 'Popolow, Jonathan'; 'kbasabe@mintz.com'; 'kdejong@winston.com'; 'Khemani@hugheshubbard.com'; 'Lanier.saperstein@newyork.allenovery.com'; 'laura.martin@allenovery.com'; 'lcoberly@winston.com'; 'mclambert@lawpost-nyc.com'; 'meweinhardt@belinlaw.com'; 'Michael.feldberg@newyork.allenovery.com'; 'miles.ruthberg@lw.com'; 'mmace@winston.com'; 'Oberman, Michael S.'; 'modorizzi@mayerbrown.com'; 'Pakrashi, Neil'; 'peter.devereaux@lw.com'; 'Rbodian@mintz.com'; 'rwlozier@belinlaw.com'; Sidley Parmalat Counsel; 'Ruskay-Kidd, Scott'; 'Stroock Parmalat Counsel'; 'Harkness, Timothy P.'; 'thuynh@kdefe.com'; 'Todd.fishman@newyork.allenovery.com'; Flagg, Ronald S.; Griffin, Sean C. |
| **Subject:** | RE: Parmalat - Termination of Fact Discovery |
| **Attachments:** | Untitled.pdf |

Please see attached.

Regards,
Brian

---

**From:** Loren Kieve [mailto:lorenkieve@quinnemanuel.com]
**Sent:** Friday, April 06, 2007 6:43 PM
**To:** Vann, Brian D.; Dell, Michael J.
**Cc:** Quinn Emanuel Parmalat Counsel; aabramowitz@srk-law.com; aglenn@kasowitz.com; CMHTParmalat@cmht.com; DiamondParmalatCounsel@diamondmccarthy.com; dzilka@gelaw.com; HBDParmalatCounsel@hbdlawyers.com; hminkel@nyc.rr.com; jbauchner@kasowitz.com; jkairis@gelaw.com; jsabella@gelaw.com; lbeus@beusgilbert.com; mbowen@kasowitz.com; mfay@kasowitz.com; rjanvey@janveygordon.com; rkopp@srk-law.com; RKraemer@srk-law.com; rmills@beusgilbert.com; rroseman@srk-law.com; rwilliams@beusgilbert.com; sgrant@gelaw.com; sstirling@beusgilbert.com; tparis@beusgilbert.com; #NYCCliffordChanceParmalatCounsel@CliffordChance.com; scraig@beusgilbert.com; adevooght@winston.com; asalpeter@mayerbrown.com; bbraun@winston.com; bhudak@mayerbrownrowe.com; bnl.attorneys@dpw.com; cbrubaker@kdefe.com; Siegel, Craig;

cweller@winston.com; deloitte.us.parmalat.counsel@dpw.com; dring@mayerbrownrowe.com;
hamza@hugheshubbard.com; HellerParmalatCounsel@hellerehrman.com;
HMWParmalatCounsel@hmw.com; JANET.LINK@lw.com; jbaughman@paulweiss.com; jbove@mintz.com;
Davis, Jeffrey W.; jdonley@kdefe.com; jkinney@ffspc.com; John.Casey@lw.com; Popolow, Jonathan;
kbasabe@mintz.com; kdejong@winston.com; Khemani@hugheshubbard.com;
Lanier.saperstein@newyork.allenovery.com; laura.martin@allenovery.com; lcoberly@winston.com;
mclambert@lawpost-nyc.com; meweinhardt@belinlaw.com; Michael.feldberg@newyork.allenovery.com;
miles.ruthberg@lw.com; mmace@winston.com; Oberman, Michael S.; modorizzi@mayerbrown.com;
Pakrashi, Neil; peter.devereaux@lw.com; Rbodian@mintz.com; rwlozier@belinlaw.com; Sidley Parmalat
Counsel; Ruskay-Kidd, Scott; Stroock Parmalat Counsel; Harkness, Timothy P.; thuynh@kdefe.com;
Todd.fishman@newyork.allenovery.com; Flagg, Ronald S.; Griffin, Sean C.
**Subject:** RE: Parmalat - Termination of Fact Discovery

Dear Mark:

For the sake of good order and clarity, could you please let us know which "certain depositions" you have in mind?

Regards,
Loren Kieve

---

**From:** Vann, Brian D. [mailto:BVann@Sidley.com]
**Sent:** Friday, April 06, 2007 2:09 PM
**To:** Loren Kieve; Dell, Michael J.
**Cc:** Quinn Emanuel Parmalat Counsel; aabramowitz@srk-law.com; aglenn@kasowitz.com;
CMHTParmalat@cmht.com; DiamondParmalatCounsel@diamondmccarthy.com; dzilka@gelaw.com;
HBDParmalatCounsel@hbdlawyers.com; hminkel@nyc.rr.com; jbauchner@kasowitz.com;
jkairis@gelaw.com; jsabella@gelaw.com; lbeus@beusgilbert.com; mbowen@kasowitz.com;
mfay@kasowitz.com; rjanvey@janveygordon.com; rkopp@srk-law.com; RKraemer@srk-law.com;
rmills@beusgilbert.com; rroseman@srk-law.com; rwilliams@beusgilbert.com; sgrant@gelaw.com;
sstirling@beusgilbert.com; tparis@beusgilbert.com;
#NYCCliffordChanceParmalatCounsel@CliffordChance.com; scraig@beusgilbert.com;
adevooght@winston.com; asalpeter@mayerbrown.com; bbraun@winston.com;
bhudak@mayerbrownrowe.com; bni.attorneys@dpw.com; cbrubaker@kdefe.com; Siegel, Craig;
cweller@winston.com; deloitte.us.parmalat.counsel@dpw.com; dring@mayerbrownrowe.com;
hamza@hugheshubbard.com; HellerParmalatCounsel@hellerehrman.com;
HMWParmalatCounsel@hmw.com; JANET.LINK@lw.com; jbaughman@paulweiss.com; jbove@mintz.com;
Davis, Jeffrey W.; jdonley@kdefe.com; jkinney@ffspc.com; John.Casey@lw.com; Popolow, Jonathan;
kbasabe@mintz.com; kdejong@winston.com; Khemani@hugheshubbard.com;
Lanier.saperstein@newyork.allenovery.com; laura.martin@allenovery.com; lcoberly@winston.com;
mclambert@lawpost-nyc.com; meweinhardt@belinlaw.com; Michael.feldberg@newyork.allenovery.com;
miles.ruthberg@lw.com; mmace@winston.com; Oberman, Michael S.; modorizzi@mayerbrown.com;
Pakrashi, Neil; peter.devereaux@lw.com; Rbodian@mintz.com; rwlozier@belinlaw.com; Sidley Parmalat
Counsel; Ruskay-Kidd, Scott; Stroock Parmalat Counsel; Harkness, Timothy P.; thuynh@kdefe.com;
Todd.fishman@newyork.allenovery.com; Flagg, Ronald S.; Griffin, Sean C.
**Subject:** RE: Parmalat - Termination of Fact Discovery

Counsel -

Please see attached.

Regards,
Brian

**From:** Carino, Michele S. [mailto:mcarino@stroock.com]
**Sent:** Friday, April 06, 2007 3:30 PM
**To:** Loren Kieve; Dell, Michael J.
**Cc:** Quinn Emanuel Parmalat Counsel; aabramowitz@srk-law.com; aglenn@kasowitz.com; CMHTParmalat@cmht.com; DiamondParmalatCounsel@diamondmccarthy.com; dzilka@gelaw.com; HBDParmalatCounsel@hbdlawyers.com; hminkel@nyc.rr.com; jbauchner@kasowitz.com; jkairis@gelaw.com; jsabella@gelaw.com; lbeus@beusgilbert.com; mbowen@kasowitz.com; mfay@kasowitz.com; rjanvey@janveygordon.com; rkopp@srk-law.com; RKraemer@srk-law.com; rmills@beusgilbert.com; rroseman@srk-law.com; rwilliams@beusgilbert.com; sgrant@gelaw.com; sstirling@beusgilbert.com; tparis@beusgilbert.com; #NYCCliffordChanceParmalatCounsel@CliffordChance.com; scraig@beusgilbert.com; adevooght@winston.com; asalpeter@mayerbrown.com; bbraun@winston.com; bhudak@mayerbrownrowe.com; bnl.attorneys@dpw.com; cbrubaker@kdefe.com; Siegel, Craig; cweller@winston.com; deloitte.us.parmalat.counsel@dpw.com; dring@mayerbrownrowe.com; hamza@hugheshubbard.com; HellerParmalatCounsel@hellerehrman.com; HMWParmalatCounsel@hmw.com; JANET.LINK@lw.com; jbaughman@paulweiss.com; jbove@mintz.com; Davis, Jeffrey W.; jdonley@kdefe.com; jkinney@ffspc.com; John.Casey@lw.com; Popolow, Jonathan; kbasabe@mintz.com; kdejong@winston.com; Khemani@hugheshubbard.com; Lanier.saperstein@newyork.allenovery.com; laura.martin@allenovery.com; lcoberly@winston.com; mclambert@lawpost-nyc.com; meweinhardt@belinlaw.com; Michael.feldberg@newyork.allenovery.com; miles.ruthberg@lw.com; mmace@winston.com; Oberman, Michael S.; modorizzi@mayerbrown.com; Pakrashi, Neil; peter.devereaux@lw.com; Rbodian@mintz.com; rwlozier@belinlaw.com; Sidley Parmalat Counsel; Ruskay-Kidd, Scott; Stroock Parmalat Counsel; Harkness, Timothy P.; thuynh@kdefe.com; Todd.fishman@newyork.allenovery.com; Flagg, Ronald S.; Griffin, Sean C.
**Subject:** RE: Parmalat - Termination of Fact Discovery

Please see the attached.


Michele S. Carino
Stroock & Stroock & Lavan
(212) 806-5949

---

**From:** Loren Kieve [mailto:lorenkieve@quinnemanuel.com]
**Sent:** Thursday, April 05, 2007 5:44 PM
**To:** Dell, Michael J.
**Cc:** Quinn Emanuel Parmalat Counsel; aabramowitz@srk-law.com; aglenn@kasowitz.com; CMHTParmalat@cmht.com; DiamondParmalatCounsel@diamondmccarthy.com; dzilka@gelaw.com; HBDParmalatCounsel@hbdlawyers.com; hminkel@nyc.rr.com; jbauchner@kasowitz.com; jkairis@gelaw.com; jsabella@gelaw.com; lbeus@beusgilbert.com; mbowen@kasowitz.com; mfay@kasowitz.com; rjanvey@janveygordon.com; rkopp@srk-law.com; RKraemer@srk-law.com; rmills@beusgilbert.com; rroseman@srk-law.com; rwilliams@beusgilbert.com; sgrant@gelaw.com; sstirling@beusgilbert.com; tparis@beusgilbert.com; #NYCCliffordChanceParmalatCounsel@CliffordChance.com; scraig@beusgilbert.com; adevooght@winston.com; asalpeter@mayerbrown.com; bbraun@winston.com; bhudak@mayerbrownrowe.com; bnl.attorneys@dpw.com; cbrubaker@kdefe.com; Siegel, Craig; cweller@winston.com; deloitte.us.parmalat.counsel@dpw.com; dring@mayerbrownrowe.com; hamza@hugheshubbard.com; HellerParmalatCounsel@hellerehrman.com; HMWParmalatCounsel@hmw.com; JANET.LINK@lw.com; jbaughman@paulweiss.com; jbove@mintz.com; Davis, Jeffrey W.; jdonley@kdefe.com; jkinney@ffspc.com; John.Casey@lw.com; Popolow, Jonathan; kbasabe@mintz.com; kdejong@winston.com; Khemani@hugheshubbard.com;

Lanier.saperstein@newyork.allenovery.com; laura.martin@allenovery.com; lcoberly@winston.com; mclambert@lawpost-nyc.com; meweinhardt@belinlaw.com; Michael.feldberg@newyork.allenovery.com; miles.ruthberg@lw.com; mmace@winston.com; Oberman, Michael S.; modorizzi@mayerbrown.com; Pakrashi, Neil; peter.devereaux@lw.com; Rbodian@mintz.com; rwlozier@belinlaw.com; SidleyParmalatCounsel@sidley.com; Ruskay-Kidd, Scott; Stroock Parmalat Counsel; Harkness, Timothy P.; thuynh@kdefe.com; Todd.fishman@newyork.allenovery.com
**Subject:** RE: Parmalat - Termination of Fact Discovery

Dear Michael:

We do not see that there is anything to consider. You have repeatedly taken the position that, apart from pending disputes and agreed depositions, depositions are over. We are agreeing with you.

As you probably know, the week of April 16 is smack in the middle of the Milan furniture fair and it is very difficult to arrange transportation, etc.

We look forward to your prompt response to our letter. Your assumption is correct that we will not send anything to Judge Kluzer (or anyone else) until we have your confirmation of your position that these depositions should be cancelled.

Regards,

Loren Kieve

---

**From:** Dell, Michael J. [mailto:mdell@KRAMERLEVIN.com]
**Sent:** Thursday, April 05, 2007 2:39 PM
**To:** Loren Kieve
**Cc:** Quinn Emanuel Parmalat Counsel; aabramowitz@srk-law.com; aglenn@kasowitz.com; CMHTParmalat@cmht.com; DiamondParmalatCounsel@diamondmccarthy.com; dzilka@gelaw.com; HBDParmalatCounsel@hbdlawyers.com; hminkel@nyc.rr.com; jbauchner@kasowitz.com; jkairis@gelaw.com; jsabella@gelaw.com; lbeus@beusgilbert.com; mbowen@kasowitz.com; mfay@kasowitz.com; rjanvey@janveygordon.com; rkopp@srk-law.com; RKraemer@srk-law.com; rmills@beusgilbert.com; rroseman@srk-law.com; rwilliams@beusgilbert.com; sgrant@gelaw.com; sstirling@beusgilbert.com; tparis@beusgilbert.com; #NYCCliffordChanceParmalatCounsel@CliffordChance.com; scraig@beusgilbert.com; adevooght@winston.com; asalpeter@mayerbrown.com; bbraun@winston.com; bhudak@mayerbrownrowe.com; bnl.attorneys@dpw.com; cbrubaker@kdefe.com; Siegel, Craig; cweller@winston.com; deloitte.us.parmalat.counsel@dpw.com; dring@mayerbrownrowe.com; hamza@hugheshubbard.com; HellerParmalatCounsel@hellerehrman.com; HMWParmalatCounsel@hmw.com; JANET.LINK@lw.com; jbaughman@paulweiss.com; jbove@mintz.com; Davis, Jeffrey W.; jdonley@kdefe.com; jkinney@ffspc.com; John.Casey@lw.com; Popolow, Jonathan; kbasabe@mintz.com; kdejong@winston.com; Khemani@hugheshubbard.com; Lanier.saperstein@newyork.allenovery.com; laura.martin@allenovery.com; lcoberly@winston.com; mclambert@lawpost-nyc.com; meweinhardt@belinlaw.com; Michael.feldberg@newyork.allenovery.com; miles.ruthberg@lw.com; mmace@winston.com; Oberman, Michael S.; modorizzi@mayerbrown.com; Pakrashi, Neil; peter.devereaux@lw.com; Rbodian@mintz.com; rwlozier@belinlaw.com; SidleyParmalatCounsel@sidley.com; Ruskay-Kidd, Scott; stroockparmalatcounsel@stroock.com; Harkness, Timothy P.; thuynh@kdefe.com; Todd.fishman@newyork.allenovery.com
**Subject:** RE: Parmalat - Termination of Fact Discovery

Dear Loren:

Thank you for your email. We are considering it, have scheduled a call with counsel for other

defendants tomorrow to discuss it, and will get back to you about it. In the meantime, we assume that you will not send your proposed letter to Judge Kluzer.

Sincerely,

Michael Dell

> -----Original Message-----
> **From:** lorenkieve@quinnemanuel.com
> **Sent:** Wednesday, April 04, 2007 7:22 PM
> **To:** Dell, Michael J.
> **Cc:** quinnemanuelparmalatcounsel@quinnemanuel.com; aabramowitz@srk-law.com; aglenn@kasowitz.com; CMHTParmalat@cmht.com; DiamondParmalatCounsel@diamondmccarthy.com; dzilka@gelaw.com; HBDParmalatCounsel@hbdlawyers.com; hminkel@nyc.rr.com; jbauchner@kasowitz.com; jkairis@gelaw.com; jsabella@gelaw.com; lbeus@beusgilbert.com; mbowen@kasowitz.com; mfay@kasowitz.com; rjanvey@janveygordon.com; rkopp@srk-law.com; RKraemer@srk-law.com; rmills@beusgilbert.com; rroseman@srk-law.com; rwilliams@beusgilbert.com; sgrant@gelaw.com; sstirling@beusgilbert.com; tparis@beusgilbert.com; #NYCCliffordChanceParmalatCounsel@CliffordChance.com; scraig@beusgilbert.com; adevooght@winston.com; asalpeter@mayerbrown.com; bbraun@winston.com; bhudak@mayerbrownrowe.com; bnl.attorneys@dpw.com; cbrubaker@kdefe.com; Siegel, Craig; cweller@winston.com; deloitte.us.parmalat.counsel@dpw.com; dring@mayerbrownrowe.com; hamza@hugheshubbard.com; HellerParmalatCounsel@hellerehrman.com; HMWParmalatCounsel@hmw.com; JANET.LINK@lw.com; jbaughman@paulweiss.com; jbove@mintz.com; Davis, Jeffrey W.; jdonley@kdefe.com; jkinney@ffspc.com; John.Casey@lw.com; Popolow, Jonathan; kbasabe@mintz.com; kdejong@winston.com; Khemani@hugheshubbard.com; Lanier.saperstein@newyork.allenovery.com; laura.martin@allenovery.com; lcoberly@winston.com; mclambert@lawpost-nyc.com; meweinhardt@belinlaw.com; Michael.feldberg@newyork.allenovery.com; miles.ruthberg@lw.com; mmace@winston.com; Oberman, Michael S.; modorizzi@mayerbrown.com; Pakrashi, Neil; peter.devereaux@lw.com; Rbodian@mintz.com; rwlozier@belinlaw.com; SidleyParmalatCounsel@sidley.com; Ruskay-Kidd, Scott; stroockparmalatcounsel@stroock.com; Harkness, Timothy P.; thuynh@kdefe.com; Todd.fishman@newyork.allenovery.com
> **Subject:** Parmalat - Termination of Fact Discovery
>
> Dear Michael,
>
> Please see the enclosed letter.
>
> Regards,
>
> Loren Kieve

Michael J. Dell

Partner
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: 212-715-9129
Fax: 212-715-8000

6/4/2007

Email: mdell@KRAMERLEVIN.com
http://www.kramerlevin.com

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

===========================================================================

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS in Circular 230, we inform you that any tax advice contained in this communication (including any attachment that does not explicitly state otherwise) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

===========================================================================

Sidley Austin LLP mail server made the following annotations on 04/06/07, 16:08
--------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, that, unless expressly stated otherwise, any U.S. federal tax advice contained communication, including attachments, was not intended or written to be used, a used, by any taxpayer for the purpose of avoiding any penalties that may be imp taxpayer by the Internal Revenue Service. In addition, if any such tax advice to by other parties in promoting, marketing or recommending any partnership or investment plan or arrangement, then (i) the advice should be construed as writ with the promotion or marketing by others of the transaction(s) or matter(s) ad communication and (ii) the taxpayer should seek advice based on the taxpayer's circumstances from an independent tax advisor.

******************************************************************
This e-mail is sent by a law firm and may contain information that is privilege If you are not the intended recipient, please delete the e-mail and any attachm immediately.


******************************************************************