# EXHIBIT I

**Vann, Brian D.**

| | |
|---|---|
| **From:** | STUDIO D'AURIA [studio.dauria@tin.it] |
| **Sent:** | Tuesday, April 10, 2007 4:12 AM |
| **To:** | Ernesto Gregorio Valenti |
| **Cc:** | Vann, Brian D. |
| **Subject:** | Re: Petrucci |

Vi confermo che il rag. Andrea Petrucci intenderà avvalersi della facoltà di non rispondere; purtroppo non sono invece in grado di confermarVi la sua presenza il 19 aprile a Milano. Stiamo infatti trattando i patteggiamenti e posso preannunziarVi che, se raggiungeremo l'accordo, partirà per qualche tempo (almeno un paio di mesi). Vi farò sapere a giorni.
Un caro saluto.
Luca D'Auria
----- Original Message -----
From: "Ernesto Gregorio Valenti" <egv@studiovassalli.it>
To: <studio.dauria@tin.it>
Cc: "Vann, Brian D." <BVann@Sidley.com>
Sent: Thursday, April 05, 2007 5:31 PM
Subject: Petrucci


> Caro Luca,
> come anticipato telefonicamente, gli avvocati che seguono la causa
> americana per conto di Bank of America chiedono se il Tuo assistito sia
> disponibile il 19 aprile per rendere la sua "deposition" a Milano.
> Inoltre, per fini organizzativi, chiedono se il Dott. Petrucci intende
> avvalersi della facoltà di non rispondere. Ho messo in copia l'Avv. Vann
> dello Studio Sidley di Washington, responsabile per l'organizzazione della
> deposition.
> Grazie per il Tuo aiuto.
> A presto.
> Greg
>
> _____ Informazione NOD32 2171 (20070406) _____
>
> Questo messaggio è stato controllato dal Sistema Antivirus NOD32
> http://www.nod32.it
>
>

--- Original Message ---
From: D'AURIA LAW OFFICE [mailto:studio.dauria@tin.it]
Sent: Tuesday, April 10, 2007 4:12 AM
To: Ernesto Gregorio Valenti
Cc: Vann, Brian D.
Subject: Re: Petrucci

I confirm to you that Accountant Andrea Petrucci intends to exercise his right not to respond; on the other hand, I am unfortunately not in a position to confirm to you his presence on April 19 in Milan. We are indeed negotiating plea bargains and I can tell you in advance that, if we reach an agreement, he will go away for some time (at least a couple of months). I will let you know in a couple of days.
Warn Regards.
Luca D'Auria

--- Original Message ---
From: "Ernesto Gregorio Valenti" <egv@studiovassalli.it>
To: <studio.dauria@tin.it>
Cc: "Vann, Brian D." <BVann@Sidley.com>
Sent: Thursday, April 5, 2007 5:31 PM
Subject: Pertrucci

Dear Luca,
As I anticipated to you by telephone, the lawyers who are handling the American case on behalf of Bank of America are asking whether your client will be available on April 19 to give his "deposition" in Milan. Furthermore, for organizational purposes, they are asking whether Mr. Petrucci intends to exercise his right not to respond. I have copied Atty. Vann of the Sidley Law Office in Washington, who is responsible for the organization of the deposition.
Thanks for your help.
Talk to you soon.
Greg

_____ Information NOD32 2171 (20070406) _____

This message was checked by the NOD32 Antivirus System
http://www.nod32.it



**TRANSPERFECT**
TRANSLATIONS

### AFFIDAVIT OF ACCURACY

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
TOKYO
TORONTO
WASHINGTON, DC

I, Tyler Mickelson, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [April 10, 2007 D'Auria email] from Italian into English.

_(signature)_
Tyler Mickelson
TransPerfect Translations, Inc.
601 Thirteenth Street, NW
Suite 320 North
Washington, DC 20005

Sworn to before me this
4th day of June 2007

_(signature)_
Signature, Notary Public

Lisa Sherfinski
Notary Public, District of Columbia
My Commission Expires 01-01-2008

_____
Stamp, Notary Public
Washington, DC

601 THIRTEENTH STREET, NW, SUITE 320 NORTH, WASHINGTON, DC 20005   T 202.347.2300   F 202.347.6861   WWW.TRANSPERFECT.COM