# EXHIBIT J

# Vann, Brian D.

**From:** Vann, Brian D.

**Sent:** Monday, April 16, 2007 10:04 AM

**To:** Jeremy Andersen; aabramowitz@srk-law.com; aglenn@kasowitz.com; CMHTParmalat@cmht.com; DiamondParmalatCounsel@diamondmccarthy.com; dzilka@gelaw.com; HBDParmalatCounsel @ hbdlawyers; Herbert P. Minkel, Jr.; jbauchner@kasowitz.com; jkairis@gelaw.com; jsabella@gelaw.com; lbeus@beusgilbert.com; mbowen@kasowitz.com; mfay@kasowitz.com; Quinn Emanuel Parmalat Counsel; rjanvey@janveygordon.com; rkopp@srk-law.com; rkraemer@srk-law.com; rmills@beusgilbert.com; rroseman@srk-law.com; rwilliams@beusgilbert.com; scraig@beusgilbert.com; sgrant@gelaw.com; sstirling@beusgilbert.com; tparis@beusgilbert.com; #NYccliffordchanceParmalatCounsel@Cliffordchance.com; adevooght@winston.com; asalpeter@mayerbrown.com; bbraun@winston.com; bhudak@mayerbrownrowe.com; bnl.attorneys@dpw.com; cbrubaker@kdefe.com; csiegel@kramerlevin.com; cweller@winston.com; deloitte.us.parmalat.counsel @ dpw; dring@mayerbrownrowe.com; hamza@hugheshubbard.com; HellerParmalatCounsel @ hellerehrman; HMWParmalatCounsel@hmw.com; janet.link@lw.com; jbaughman@paulweiss.com; jbove@mintz.com; jdavis@kramerlevin.com; jdonley@kdefe.com; jkinney@ffspc.com; john.casey@lw.com; jpopolow@kramerlevin.com; kbasabe@mintz.com; kdejong@winston.com; Khemani@hugheshubbard.com; lanier.saperstein@newyork.allenovery.com; laura.martin@allenovery.com; lcoberly@winston.com; mclambert@lawpost-nyc.com; mdell@kramerlevin.com; meweinhardt@belinlaw.com; michael.feldberg@newyork.allenovery.com; miles.ruthberg@lw.com; mmace@winston.com; moberman@kramerlevin.com; Modorizzi@mayerbrown.com; npakrashi@kramerlevin.com; peter.devereaux@lw.com; rbodian@mintz.com; rwlozier@belinlaw.com; Sidley Parmalat Counsel; sruskaykidd@kramerlevin.com; stroockparmalatcounsel @ stroock.com; tharkness@kramerlevin.com; thuynh@kdefe.com; todd.fishman@newyork.allenovery.com

**Subject:** Parmalat: Petrucci information

Counsel:

I am writing to inform you about a development in our effort to schedule the deposition of Andrea Petrucci. As noted in our correspondence last week, communications with Mr. Petrucci's counsel have been ongoing for a number of months. Just recently, Mr. Petrucci's counsel informed us that his client would not be available for a deposition any time during the next few months, and that when he is eventually deposed he plans to invoke his right not to testify. However, he has indicated a willingness to review written questions submitted by counsel, and to sign an affidavit stating that he is invoking his right not to answer these questions. Accordingly, if you are interested in submitting questions to Mr. Petrucci, please provide us with any such questions by the close of business on Wednesday, April 18. We will collect the questions and provide them to Mr. Petrucci for his review.

Regards,

Brian

Brian Vann
Sidley Austin LLP
1501 K St. NW
Washington, D.C.  20005
(202) 736-8196