# EXHIBIT K

Case 1:07-cv-03790-LAK    Document 12-12    Filed 06/07/2007    Page 1 of 2

## Vann, Brian D.

**From:** Vann, Brian D.
**Sent:** Wednesday, April 18, 2007 3:01 PM
**To:** Taylor, Greg; Jeremy Andersen; aabramowitz@srk-law.com; aglenn@kasowitz.com; CMHTParmalat@cmht.com; DiamondParmalat Counsel; dzilka@gelaw.com; HBDParmalatCounsel @ hbdlawyers; Herbert P. Minkel, Jr.; jbauchner@kasowitz.com; jkairis@gelaw.com; jsabella@gelaw.com; lbeus@beusgilbert.com; mbowen@kasowitz.com; mfay@kasowitz.com; Quinn Emanuel Parmalat Counsel; rjanvey@janveygordon.com; rkopp@srk-law.com; rkraemer@srk-law.com; rmills@beusgilbert.com; rroseman@srk-law.com; rwilliams@beusgilbert.com; scraig@beusgilbert.com; sgrant@gelaw.com; sstirling@beusgilbert.com; tparis@beusgilbert.com; #NYccliffordchanceParmalatCounsel@Cliffordchance.com; adevooght@winston.com; asalpeter@mayerbrown.com; bbraun@winston.com; bhudak@mayerbrownrowe.com; bnl.attorneys@dpw.com; cbrubaker@kdefe.com; csiegel@kramerlevin.com; cweller@winston.com; deloitte.us.parmalat.counsel @ dpw; dring@mayerbrownrowe.com; hamza@hugheshubbard.com; HellerParmalatCounsel @ hellerehrman; HMWParmalatCounsel@hmw.com; janet.link@lw.com; jbaughman@paulweiss.com; jbove@mintz.com; jdavis@kramerlevin.com; jdonley@kdefe.com; jkinney@ffspc.com; john.casey@lw.com; jpopolow@kramerlevin.com; kbasabe@mintz.com; kdejong@winston.com; Khemani@hugheshubbard.com; lanier.saperstein@newyork.allenovery.com; laura.martin@allenovery.com; lcoberly@winston.com; mclambert@lawpost-nyc.com; mdell@kramerlevin.com; meweinhardt@belinlaw.com; michael.feldberg@newyork.allenovery.com; miles.ruthberg@lw.com; mmace@winston.com; moberman@kramerlevin.com; Modorizzi@mayerbrown.com; npakrashi@kramerlevin.com; peter.devereaux@lw.com; rbodian@mintz.com; rwlozier@belinlaw.com; Sidley Parmalat Counsel; sruskaykidd@kramerlevin.com; stroockparmalatcounsel @ stroock.com; tharkness@kramerlevin.com; thuynh@kdefe.com; todd.fishman@newyork.allenovery.com
**Subject:** RE: Parmalat: Petrucci information

Counsel:

Please be advised that we are discussing with Mr. Petrucci's counsel the possibility of Mr. Petrucci answering (or invoking his right to not answer) questions from all parties pursuant to FRCP 31. If he agrees to such an arrangement we will proceed under that Rule, which will obviate the need for you to send us questions at this time. We will keep everyone informed of any developments. In the meantime, please feel free to contact me if you have any questions.

Regards,

Brian

Brian Vann
Sidley Austin LLP
1501 K St. NW
Washington, D.C. 20005
(202) 736-8196