# EXHIBIT L



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

nedelman@sidley.com
(202) 736-8739

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT

GENEVA
HONG KONG
LONDON
LOS ANGELES
NEW YORK

SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, DC

FOUNDED 1866



January 23, 2007

**By Email**

Patryk J. Chudy
Heller Ehrman LLP
7 Times Square
New York, NY 101036-6524

Re:   In re Parmalat: Deposition Scheduling

Dear Patryk:

    I write in response to your letter of January 18, 2007, regarding our intention to pursue depositions of certain individuals. We plan to pursue the deposition of Alberto Nagel and will contact you regarding the current status of this request. Further, we understand that class plaintiffs intend to pursue the deposition of Roberto Polegri, and we would like to participate in that deposition and be involved in its scheduling.

    Please let me know if you have any questions.

Kind regards,

Norina I. Edelman

cc:   All Counsel