# EXHIBIT N

## Vann, Brian D.

**From:**    Loren Kieve [lorenkieve@quinnemanuel.com]

**Sent:**    Wednesday, March 28, 2007 4:22 PM

**To:**    Diane Zilka; Chudy, Patryk; Abramowitz, A.; Basabe, K.; Bauchner, Joshua; Baughman, John;
Beus, Leo; Bivens, Frances ; Bodian, Robert; Bove, J.; Bowe, Michael; Braun, Bruce ; Brubaker,
Christopher ; Casey, John; Coberly, Linda ; Cohen, Joel; CohenMilsteinParmalatCounsel; Craig, S.;
D'Angelo, Jason; DavisPolkParmalatCounsel; De Jong, Kyle; Devereaux, Peter; DeVooght,
Andrew; DiamondMcCarthyParmalatCounsel; Donley, Joseph; Duffy, M.; Fay, Michael; Feldberg,
Michael; Fishman, Todd; Glenn, Andrew; Stuart Grant; Hamza, Beatrice; Hartmann, John;
HBDParmalatCounsel; HellerParmalatCounsel; HelmsMullissParmalatCounsel; Holland, Michael;
Hudak, Brian; Janvey, Richard; Joralemon, Christopher; John Kairis; Khemani, Sharad; Kinney,
John; Kirsch, Mark; Kopp, Rachel; Kraemer, Richard; KramerLevinParmalatCounsel; Lambert,
Michael; Link, Janet; Lozier, Richard; Lanzdorf, Theresa Huynh; Mace, Kristin; Martin, Laura;
McLaren, Laura; Mills, R.; Minkel, Herbert; Odorizzi, Michele; Paris, T.; Patton, Stephen; Quinn
Emanuel Parmalat Counsel; Ring, Daniel ; Lydia Ferrarese; Roby, Patrick; Roseman, Robert ;
Ruthberg, Miles; Jim Sabella; Salpeter, Alan; Saperstein, Lanier; Schieren, George; Shingler,
Angelique; Sidley Parmalat Counsel; Stirling, S.; StroockParmalatCounsel; Weinhardt, Mark;
Weller, Christopher; Williams, Richard

**Subject:** RE: Parmalat Letters Rogatory - translated

I recall that Patryk circulated proposed dates for these depositions and I responded that I was not available for
them, but suggested ones that I am available for.

I have heard nothing more on this.

Would it make sense to have a telephone call tomorrow, March 29, to discuss available dates?   I would propose
10:00 a.m. pacific time.

To allso get the ball rolling, I would be available the week of April 30 and, if absolutely necessary, the week of
April 7.

This, of course, is without prejudice to any party's views on whether these depositions are or are not appropriate
given the current state of scheduling orders in the MDL proceedings.

---

**From:** Diane Zilka [mailto:dzilka@gelaw.com]
**Sent:** Wednesday, March 14, 2007 11:49 AM
**To:** Chudy, Patryk; Abramowitz, A.; Basabe, K.; Bauchner, Joshua; Baughman, John; Beus, Leo; Bivens,
Frances ; Bodian, Robert; Bove, J.; Bowe, Michael; Braun, Bruce ; Brubaker, Christopher ; Casey, John; Coberly,
Linda ; Cohen, Joel; CohenMilsteinParmalatCounsel; Craig, S.; D'Angelo, Jason; DavisPolkParmalatCounsel; De
Jong, Kyle; Devereaux, Peter; DeVooght, Andrew; DiamondMcCarthyParmalatCounsel; Donley, Joseph; Duffy, M.;
Fay, Michael; Feldberg, Michael; Fishman, Todd; Glenn, Andrew; Stuart Grant; Hamza, Beatrice; Hartmann, John;
HBDParmalatCounsel; HellerParmalatCounsel; HelmsMullissParmalatCounsel; Holland, Michael; Hudak, Brian;
Janvey, Richard; Joralemon, Christopher; John Kairis; Khemani, Sharad; Kinney, John; Kirsch, Mark; Kopp,
Rachel; Kraemer, Richard; KramerLevinParmalatCounsel; Lambert, Michael; Link, Janet; Lozier, Richard; Lanzdorf,
Theresa Huynh; Mace, Kristin; Martin, Laura; McLaren, Laura; Mills, R.; Minkel, Herbert; Odorizzi, Michele; Paris,
T.; Patton, Stephen; Quinn Emanuel Parmalat Counsel; Ring, Daniel ; Lydia Ferrarese; Roby, Patrick; Roseman,
Robert ; Ruthberg, Miles; Jim Sabella; Salpeter, Alan; Saperstein, Lanier; Schieren, George; Shingler, Angelique;
SidleyParmalatCounsel; Stirling, S.; StroockParmalatCounsel; Weinhardt, Mark; Weller, Christopher; Williams,
Richard
**Subject:** RE: Parmalat Letters Rogatory - translated

Patryk, we intend to appear at the hearing and advise Judge Kluzer ourselves as to our intentions, which are that if these deps go forward, we want equal time with the witnesses.

---

**From:** Chudy, Patryk [mailto:Patryk.Chudy@hellerehrman.com]
**Sent:** Tuesday, March 13, 2007 4:45 PM
**To:** Abramowitz, A.; Basabe, K.; Bauchner, Joshua; Baughman, John; Beus, Leo; Bivens, Frances ; Bodian, Robert; Bove, J.; Bowe, Michael; Braun, Bruce ; Brubaker, Christopher ; Casey, John; Coberly, Linda ; Cohen, Joel; CohenMilsteinParmalatCounsel; Craig, S.; D'Angelo, Jason; DavisPolkParmalatCounsel; De Jong, Kyle; Devereaux, Peter; DeVooght, Andrew; DiamondMcCarthyParmalatCounsel; Donley, Joseph; Duffy, M.; Fay, Michael; Feldberg, Michael; Fishman, Todd; Glenn, Andrew; Stuart Grant; Hamza, Beatrice; Hartmann, John; HBDParmalatCounsel; HellerParmalatCounsel; HelmsMullissParmalatCounsel; Holland, Michael; Hudak, Brian; Janvey, Richard; Joralemon, Christopher; John Kairis; Khemani, Sharad; Kinney, John; Kirsch, Mark; Kopp, Rachel; Kraemer, Richard; KramerLevinParmalatCounsel; Lambert, Michael; Link, Janet; Lozier, Richard; Lanzdorf, Theresa Huynh; Mace, Kristin; Martin, Laura; McLaren, Laura; Mills, R.; Minkel, Herbert; Odorizzi, Michele; Paris, T.; Patton, Stephen; QuinnEmanuelParmalatCounsel; Ring, Daniel ; Roby, Patrick; Roseman, Robert ; Ruthberg, Miles; Jim Sabella; Salpeter, Alan; Saperstein, Lanier; Schieren, George; Shingler, Angelique; SidleyParmalatCounsel; Stirling, S.; StroockParmalatCounsel; Weinhardt, Mark; Weller, Christopher; Williams, Richard; Diane Zilka
**Subject:** FW: Parmalat Letters Rogatory - translated

Dear Counsel,

We write to follow up on the email below regarding one of our Hague Requests.

Without waiving any objections to the enforcement of the discovery cutoff, please advise us of how much time you will need for the depositions of the witnesses identified in the attached subpoena (Pirola, Cederna, Robotti and Nagel), so that we may advise Judge Kluzer. If we do not hear from you by the close of business on Wednesday, March 14, we will assume you are not reserving time for these witnesses.

Please copy Zach Taylor on any responses.
Regards.

**Patryk J. Chudy** | Attorney | **HellerEhrmanLLP** | Times Square Tower, 7 Times Square | New York, NY 10036
tel: +1.212.847.8659 | fax: +1.212.763.7600 | email: patryk.chudy@hellerehrman.com | web: www.hellerehrman.com

---

**From:** Chudy, Patryk
**Sent:** Monday, March 12, 2007 11:50 AM
**To:** 'Abramowitz, A.'; 'Basabe, K.'; 'Bauchner, Joshua'; 'Baughman, John'; 'Beus, Leo'; 'Bivens, Frances '; 'Bodian, Robert'; 'Bove, J.'; 'Bowe, Michael'; 'Braun, Bruce '; 'Brubaker, Christopher '; 'Casey, John'; 'Coberly, Linda '; 'Cohen, Joel'; 'CohenMilsteinParmalatCounsel'; 'Craig, S.'; 'D'Angelo, Jason'; 'DavisPolkParmalatCounsel'; 'De Jong, Kyle'; 'Devereaux, Peter'; 'DeVooght, Andrew'; 'DiamondMcCarthyParmalatCounsel'; 'Donley, Joseph'; 'Duffy, M.'; 'Fay, Michael'; 'Feldberg, Michael'; 'Fishman, Todd'; 'Glenn, Andrew'; 'Grant, Stuart '; 'Hamza, Beatrice'; 'Hartmann, John'; 'HBDParmalatCounsel'; 'HellerParmalatCounsel'; 'HelmsMullissParmalatCounsel'; 'Holland, Michael'; 'Hudak, Brian'; 'Janvey, Richard'; 'Joralemon, Christopher'; 'Kairis, John'; 'Khemani, Sharad';

'Kinney, John'; 'Kirsch, Mark'; 'Kopp, Rachel'; 'Kraemer, Richard'; 'KramerLevinParmalatCounsel'; 'Lambert, Michael'; 'Link, Janet'; 'Lozier, Richard'; 'Lanzdorf, Theresa Huynh'; 'Mace, Kristin'; 'Martin, Laura'; 'McLaren, Laura'; 'Mills, R.'; 'Minkel, Herbert'; 'Odorizzi, Michele'; 'Paris, T.'; 'Patton, Stephen'; 'QuinnEmanuelParmalatCounsel'; 'Ring, Daniel '; 'Roby, Patrick'; 'Roseman, Robert '; 'Ruthberg, Miles'; 'Sabella, James'; 'Salpeter, Alan'; 'Saperstein, Lanier'; 'Schieren, George'; 'Shingler, Angelique'; 'SidleyParmalatCounsel'; 'Stirling, S.'; 'StroockParmalatCounsel'; 'Weinhardt, Mark'; 'Weller, Christopher'; 'Williams, Richard'; 'Zilka, Diane'
**Subject:** FW: Parmalat Letters Rogatory - translated

Dear Counsel,

Judge Kaplan's chambers asked for a translation of certain documents that it received from Italy in connection with one of our Hague requests.  We have submitted the attached translation to chambers.

Regards.


**Patryk J. Chudy** | Attorney | **HellerEhrmanLLP** | Times Square Tower, 7 Times Square | New York, NY 10036
tel: +1.212.847.8659 | fax: +1.212.763.7600 | email: patryk.chudy@hellerehrman.com | web: www.hellerehrman.com


===============================================

This email is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the email and notify us immediately.

===============================================