# EXHIBIT O

# Vann, Brian D.

**From:** Loren Kieve [lorenkieve@quinnemanuel.com]
**Sent:** Tuesday, April 10, 2007 8:56 PM
**To:** Jim Sabella; Guerrera, Mark P.; mdell@kramerlevin.com
**Cc:** jbernard@stroock.com; rwilliams@beusgilbert.com; kmace@winston.com; Geolot, Alan C.; Peter Calamari; Terry Wit; Johanna Ong; Marc Greenwald
**Subject:** RE: Depositions

I believe this was the last element in our agreement, which I trust is now final.

The three PwC Italy depositions (Robotti, Cederna and Pirola) are cancelled.

Any remaining requests to take depositions of Deloitte or former Deloitte people are also cancelled.

The depositions in Ireland of Adrian Wrafter and Ambrose Loughlin are cancelled.

Rosicki's deposition will depend on whether his counsel moves to quash the summons and if that is successful. If it is not, his deposition will go forward. If his counsel otherwise agrees to the deposition, it will go forward.

Please let me know promptly if I have omitted anything. I am about to cancel airline, etc., reservations.

Regards,

Loren Kieve


-----Original Message-----
From: Jim Sabella [mailto:JSabella@gelaw.com]
Sent: Tuesday, April 10, 2007 5:47 PM
To: Guerrera, Mark P.; mdell@kramerlevin.com
Cc: Loren Kieve; jbernard@stroock.com; rwilliams@beusgilbert.com; kmace@winston.com; Geolot, Alan C.
Subject: RE: Depositions

Yes, I can confirm our willingness to forego those depositions on the condition that the PwC depositions are cancelled.

James J. Sabella
Grant & EIsenhofer, P.A.
45 Rockefeller Center
New York, NY  10111
646-722-8520
jsabella@gelaw.com

---

From: Guerrera, Mark P. [mailto:mguerrera@sidley.com]
Sent: Tue 4/10/2007 6:05 PM
To: Jim Sabella; mdell@kramerlevin.com
Cc: lorenkieve@quinnemanuel.com; jbernard@stroock.com; rwilliams@beusgilbert.com; kmace@winston.com; Geolot, Alan C.
Subject: RE: Depositions

    Jim --

1

   Please confirm, as agreed on our call, that Lead Plaintiffs also are willing to forego the proposed depositions in Ireland of Adrian Wrafter and Ambrose Loughlin in exchange for cancellation of the PWC depositions scheduled in Italy.

   Mark

---

      From: Jim Sabella [mailto:JSabella@gelaw.com]
      Sent: Tuesday, April 10, 2007 5:47 PM
      To: mdell@kramerlevin.com
      Cc: lorenkieve@quinnemanuel.com; jbernard@stroock.com; rwilliams@beusgilbert.com; Guerrera, Mark P.; kmace@winston.com
      Subject: Depositions


      This will confirm that Lead Plaintiffs will forego any further depositions of partners or employees of DTT or its member firms on the condition that the PwC depositions scheduled for Italy are cancelled.

      James J. Sabella
      Grant & Eisenhofer P.A.
      45 Rockefeller Center
      New York, NY  10111
      646-722-8520
      jsabella@gelaw.com

Sidley Austin LLP mail server made the following annotations on 04/10/07, 17:05:28:
--------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

******************************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

******************************************************************************************************