# EXHIBIT Q

# Vann, Brian D.

| | |
|---|---|
| From: | Dennis, Beryl |
| Sent: | Wednesday, April 25, 2007 1:11 PM |
| To: | Beus Gilbert Parmalat Counsel; Clifford Chance Parmalat Counsel; Cohen Milstein Parmalat Counsel; Davis Polk Parmalat Counsel; Diamond McCarthy Parmalat Counsel; HBD Parmalat Counsel; Heller Parmalat Counsel; Helms Mulliss Parmalat Counsel; Kramer Parmalat Counsel; Quinn Emanuel Parmalat Counsel; Sidley Parmalat Counsel; Stroock Parmalat Counsel; 'Lanier.Saperstein@NewYork.AllenOvery.com'; 'Laura Martin (laura.martin@newyork.allenovery.com)'; 'Michael Feldberg (michael.feldberg@newyork.allenovery.com)'; 'Todd Fishman (todd.fishman@newyork.allenovery.com)'; 'M Eweinhardt (meweinhardt@belinlaw.com)'; 'R Wlozier (rwlozier@belinlaw.com)'; 'Bnl Attorneys (bnl.attorneys@dpw.com)'; 'Nancy Ludmerer (nancy.ludmerer@dpw.com)'; John F. Kinney; 'MC Lambert (mclambert@lawpost-nyc.com)'; 'D Zilka (dzilka@gelaw.com)'; 'J Kairis (jkairis@gelaw.com)'; 'Jsabella@Gelaw. Com (Sabella@gelaw.com)'; 'S Grant (sgrant@gelaw.com)'; 'H Minkel (hminkel@nyc.rr.com)'; 'H Amza (hamza@hugheshubbard.com)'; 'K Hemani (khemani@hugheshubbard.com)'; 'R Janvey (rjanvey@janveygordon.com)'; 'J Hartmann (jhartmann@kirkland.com)'; 'M Aduffy (maduffy@kirkland.com)'; 'S Patton (spatton@kirkland.com)'; 'C Brubaker (cbrubaker@kdefe.com)'; 'J Donley (jdonley@kdefe.com)'; 'T Huynh (thuynh@kdefe.com)'; 'Janet Link (janet.link@lw.com)'; 'John Casey (john.casey@lw.com)'; 'Miles Ruthberg (miles.ruthberg@lw.com)'; 'Peter Devereaux (peter.devereaux@lw.com)'; 'A Salpeter (asalpeter@mayerbrown.com)'; 'B Hudak (bhudak@mayerbrownrowe.com)'; 'D Ring'; 'M Odorizzi (Modorizzi@mayerbrown.com)'; 'J Bove (jbove@mintz.com)'; 'K Basabe (kbasabe@mintz.com)'; 'R Bodian (rbodian@mintz.com)'; J Baughman (jbaughman@paulweiss.com); 'A Abramowitz (aabramowitz@srk-law.com)'; 'D Mirarchi (dmirarchi@srk-law.com)'; 'R Kopp (rkopp@srk-law.com)'; 'R Kraemer (RKraemer@srk-law.com) '; 'R Roseman (rroseman@srk-law.com)'; 'A Devooght (adevooght@winston.com)'; 'B Braun (bbraun@winston.com)'; 'C Weller (cweller@winston.com)'; 'K DeJong (kdejong@winston.com)'; 'L Coberly (lcoberly@winston.com)'; 'M Mace (mmace@winston.com)' |
| Cc: | Vann, Brian D. |
| Subject: | In re Parmalat |

Counsel:

We have been advised by Mr. Nagel's counsel that Mr. Nagel will not be available for his deposition on May 3, 2007. We are currently engaged in discussions about when Mr. Nagel will be deposed, and it appears that the earliest he will be available is the first week in June. We will advise all parties of the date and location of the deposition as soon as we receive a confirmation from Mr. Nagel's counsel.

Beryl Dennis, Legal Assistant
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
✉ e-mail: bdennis@sidley.com
☎ phone: 202.736.8651
☎ direct: 48651

1