# EXHIBIT D

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700

DIRECT NUMBER: **415/875-6320**
E-MAIL: **lorenkieve@quinnemanuel.com**

May 25, 2007

*By e-mail*

Mark P. Guerrera
Sidley Austin LLP
1501 K St. NW
Washington, D.C. 20005
mguerrera@sidley.com

James L. Bernard
Stroock, Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
jbernard@stroock.com

Bruce R. Braun
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
bbraun@winston.com

*In re Parmalat Securities Litigation, 04 md 1653 (LAK)*

Dear Mark, Jamie and Bruce:

Would you please let us know by next Tuesday whether you would like to take expert depositions under Fed. R. Civ. P. 26(b)(4)(A) and (C) of Messrs. Lagro, Galea and Megna. If you do, we would like to lock in June 26 and 27 for Mr. Lagro's deposition. We will give you available dates for Messrs. Megna and Galea as soon as we have them, but expect they will be in mid- to late July. As before, the depositions will be in Italian.

Because they have already been extensively deposed, we would expect that they would not be asked the same questions they previously answered.

Our understanding is that a witness's travel to the U.S. for the sole purpose of testifying in a U.S. court proceeding does not subject the witness to jurisdiction there. *See, e.g., American Centennial Ins. Co. v. Handal*, 901 F. Supp. 892, 894 (D. N.J. 1995). We would therefore ask you to confirm that their attendance at expert depositions in New York does not subject them or PricewaterhouseCoopers S.p.A. to personal jurisdiction here. If you are not prepared to do so, we will obtain Judge Kaplan's guidance on the issue.

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

03679/2127027.1

By the same token (and for the same reason), we would ask that you confirm that their signing the protective order is a consent to the jurisdiction of the court solely for purposes of enforcing the terms of the protective order, and does not otherwise subject them to jurisdiction.

Although your clients are the only parties that would have any right to take these depositions, we would also ask that, if any other party to the MDL proceedings disagrees with these propositions, it let us know by Tuesday as well.

Sincerely,

*Loren Kieve* /TLW

Loren Kieve

cc: all counsel (by e-mail)

03679/2127027.1