# EXHIBIT E

Case 1:07-cv-03790-LAK    Document 14-6    Filed 06/11/2007    Page 1 of 3

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700

DIRECT NUMBER: 415/875-6320
E-MAIL: lorenkieve@quinnemanuel.com

June 4, 2007

*By e-mail*

Mark P. Guerrera
Sidley Austin LLP
1501 K St. NW
Washington, D.C. 20005
mguerrera@sidley.com

James L. Bernard
Stroock, Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
jbernard@stroock.com

Bruce R. Braun
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
bbraun@winston.com

*In re Parmalat Securities Litigation, 04 md 1653 (LAK)*

Dear Mark, Jamie and Bruce:

    Would you please let us know by Thursday whether you would like to take the expert deposition under Fed. R. Civ. P. 26(b)(4)(A) and (C) of Dr. Chiaruttini. If you do, we would like to schedule her deposition for two days during the week of July 23. As before, the deposition will be in Italian.

    Because Dr. Chiaruttini has already been extensively deposed, we would expect that she will not be asked the same questions previously answered.

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

03679/2133491.1

Messrs. Guerrera, Bernard and Braun     2     June 4, 2007

       Finally, we ask that you confirm that Dr. Chiaruttini's signing the protective order is a consent to the jurisdiction of the court solely for purpose of enforcing the terms of the protective order and does not otherwise subject her to jurisdiction. Although your clients are the only parties that would have any right to take her deposition, we would also ask that, if any other party to the MDL proceedings disagrees with these propositions, it let us know by Thursday as well.

                                               Sincerely,

                                               Loren Kieve

cc: all counsel (by e-mail)