UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
In re PARMALAT SECURITIES LITIGATION

This document relates to:   All Cases

------------------------------------------------x

MASTER DOCKET
04 MD 1653 (LAK)

# ORDER

LEWIS A. KAPLAN, *District Judge.*

      The motions of Lead Plaintiffs and Parmalat Capital Finance Limited for an order barring the depositions of Alberto Nagel and Andrea Petrucci (04 MD 1653, docket items 1321, 1323) are granted. The Clerk is directed to terminate these motions in each of the consolidated docket numbers.

      In the future, it would be helpful if parties that have electronically filed redacted papers would provide the Court with unredacted rather than redacted courtesy copies.

      SO ORDERED.

Dated:    June 13, 2007

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/07