UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re PARMALAT SECURITIES LITIGATION

This document relates to: 04 Civ. 0030 (LAK)

MASTER DOCKET

04 MD 1653 (LAK) ECF Case

ELECTRONICALLY FILED

**DECLARATION OF CATHERINE A. TORELL IN SUPPORT OF LEAD PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DR. BONDI'S MOTION FOR A PROTECTIVE ORDER REGARDING EXPERT WITNESSES**

I, Catherine A. Torell, under penalty of perjury, hereby declare as follows:

1. I am an attorney at the firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., one of the co-lead counsel for Lead Plaintiffs. I submit this declaration in support of Lead Plaintiffs' Memorandum In Opposition To Dr. Bondi's Motion For A Protective Order Regarding Expert Witnesses.

2. Attached hereto as Exhibit A is a true and correct copy of Lead Plaintiffs' Amended Disclosure of Expert Witnesses, dated May 21, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the February 26, 2007 deposition transcript of Mr. Franco Lagro.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the February 28, 2007 deposition transcript of Mr. Roberto Megna.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the October 12, 2006 deposition transcript of Dr. Stefania Chiaruttini.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is correct, and that this Declaration was executed on June 13, 2007.

*Catherine Torell*
Catherine A. Torell