UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | |
| In re PARMALAT SECURITIES LITIGATION | ) | Master Docket No. |
| | ) | 04 MD 1653 (LAK) |
| This Document relates to: | ) | |
| | ) | ECF Case |
|     No. 04 Civ. 0030 (LAK) | ) | |
| | ) | |

## LEAD PLAINTIFFS' AMENDED DISCLOSURE OF EXPERT WITNESSES

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and the Court's

directions as stated on the record at the conference herein on May 10, 2007, Lead Plaintiffs give

notice that the following persons may be used at trial to present evidence under Rules 702, 703

or 705 of the Federal Rules of Evidence.

1.    Douglas R. Carmichael

2.    Scott D. Hakala

3.    R. Alan Miller

4.    Ann Elaine Rutledge

Pursuant to Rule 26(a)(2)(B) and the schedule so ordered by the Court on March 30, 2007,

written reports prepared and signed by these persons were served on all parties on May 1, 2007.

Amended reports for Mr. Carmichael and Mr. Hakala are being served today.

In addition, Lead Plaintiffs may use testimony by the following experts that have been

designated by other parties to the MDL:

1.    Stefano Aldovisi

2.    Patricia Caldwell

3.    Stefania Chiaruttini

4.    Bala Dharan

5.      Barry J. Epstein

6.      Oliver Galea

7.      Richard George

8.      Franco Lagro

9.      Carey Leonard

10.     Jonathan R. Macey

11.     Nicoletta Marrione

12.     Roberto Megna

13.     Bradley D. Sharp

14.     Saul Solomon

15.     David J. Teece

16.     Alessandro Trivoli

Written reports prepared and signed by these persons have been served on all parties by the parties that retained these experts.  Lead Plaintiffs do not intend to offer any testimony from these other experts beyond what is set forth in such experts' reports or that is otherwise part of such experts' deposition testimony adduced in the Parmalat MDL proceedings.

Pursuant to Rule 26(a)(2)(C), Lead Plaintiffs reserve the right to supplement this expert

disclosure to identify at the appropriate time any expert rebuttal witness(es) in response to any

expert disclosure made by another party to this action.

Dated:  New York, New York
         May 21, 2007

                                        **GRANT & EISENHOFER, P.A.**


                                        By___/s/ James J. Sabella_____
                                        Stuart M. Grant (SG-8157)
                                        James J. Sabella (JS-5454)
                                        John C. Kairis (JK-2240)
                                        Diane Zilka (DZ-9452)
                                        485 Lexington Avenue
                                        New York, NY  10017
                                        646-722-8500

                                        **COHEN, MILSTEIN, HAUSFELD &**
                                           **TOLL, P.L.L.C.**
                                        Steven J. Toll
*Of Counsel*:                            Lisa M. Mezzetti (LM-5105)
                                        Mark S. Willis
**SPECTOR ROSEMAN & KODROFF, P.C.**      Julie Goldsmith Reiser
Robert M. Roseman (RR-1103)              Joshua S. Devore
Andrew D. Abramowitz                     1100 New York Avenue, N.W.
Daniel J. Mirarchi                       Suite 500, West Tower
Rachel E. Kopp                           Washington, D.C.  20005-3964
1818 Market Street, 25th Floor           202-408-4600
Philadelphia, PA  19103
215-496-0300                             *Co-Lead Counsel for Plaintiffs*