1  UNITED STATES DISTRICT COURT

2  SOUTHERN DISTRICT OF NEW YORK
   ---------------------------------------x
3
   In re PARMALAT SECURITIES LITIGATION
4
   This document relates to:
5
              MASTER DOCKET
6              MDL 1653 (LAK)

7  All  Actions
   ---------------------------------------x
8
              VOLUME I
9
              February 26, 2007
10
              9:59 a.m.
11

12

13        Deposition of FRANCO LAGRO,

14  taken by the Plaintiffs at the Swiss

15  Center, Via Palestro, 2, Milan, Italy,

16  before Lisa A. Knight, a Certified

17  Shorthand Reporter, Certified Realtime

18  Reporter, and Notary Public within and

19  for the State of Colorado.

20

21

22

23

24

25

00176

<hr />
00176

1
2  of people that were collaborating with
3  me.
4     Q.   Who were the people who
5  collaborated with you in preparing
6  these reports?
7     A.   These were employed by
8  PricewaterhouseCoopers S.p.A.
9     Q.   How many people?
10    A.   Well, over the three-year
11 period, approximately 150 people.
12    Q.   Do you know how many hours
13 collectively the PwC people have spent
14 working on this for Mr. Bondi?
15    A.   Well, with regard to
16 PricewaterhouseCoopers S.p.A., probably
17 over the three-year period, there's
18 going to be around 120- or 200,000
19 hours -- sorry, 180.
20         MR. DELL:  Just read that
21 again, so it's clear what the answer
22 is.
23    A.   With regard to
24 PricewaterhouseCoopers S.p.A., probably
25 over the three-year period, it's going

1

2  to be around 180- to 200,000 hours.

3    Q.   PwC S.p.A. has been

4  compensated for that work, correct?

5    A.   Yes.

6    Q.   And what's the total amount

7  that PwC has been compensated for the

8  work it's done for Mr. Bondi?

9    A.   Well, many millions of

10 euros, for sure.

11   Q.   Can you give me a guess how

12 many millions?

13        MR. GRANT:  Objection as to

14 form.

15   A.   I would say over the

16 three-year period, around 25 to 30.

17   Q.   Around 25 to 30 million

18 euros PwC has been paid for its work

19 for Mr. Bondi?

20   A.   Yes.

21   Q.   How did you identify --

22 strike that.

23        Earlier in the day, you were

24 shown a number of different reports

25 that PwC prepared for Mr. Bondi.  I