```
 1
 2  UNITED STATES DISTRICT COURT
 3  SOUTHERN DISTRICT OF NEW YORK
    ---------------------------------------x
 4
    In re PARMALAT SECURITIES LITIGATION
 5
    This document relates to:
 6
                MASTER DOCKET
 7              MDL 1653 (LAK)

 8  All  Actions
    ---------------------------------------x
 9
                Volume I
10
                February 28, 2007
11
                9:34 a.m.
12

13

14          Deposition of ROBERTO MEGNA,
15  taken by the Plaintiffs, at Fondazione
16  Cariplo Centro Congressi via Romagnosi
17  6, Milan, Italy, before Lisa A. Knight,
18  a Certified Shorthand Reporter,
19  Certified Realtime Reporter, and Notary
20  Public within and for the State of
21  Colorado.
22

23

24

25
```

1

2  people who helped me and Mr. Galea in

3  our technical advice report.

4     Q.  And, sir, what has been

5  your total compensation for the work

6  for the public prosecutor?

7          MR. GRANT:  Objection as to

8  form.

9     A.  It was -- it has not been

10 defined yet.

11    Q.  How much have you billed,

12 sir?

13    A.  200,000 euros.

14    Q.  And how many hours have

15 been spent by yourself and the people

16 you've worked with doing the work on

17 the reports?

18    A.  I can't remember exactly.

19    Q.  Do you have records of

20 that, sir?

21    A.  Yes, but I have no specific

22 recollection.  I can say it lies in the

23 range -- it's around 3,000 hours.

24    Q.  Is your work complete, sir?

25    A.  My work also consists of

 1

 2  finally determined; is that correct?

 3     A.   Yes.

 4     Q.   And when is it that you

 5  expect your fees to be finally

 6  determined, sir?

 7     A.   I don't know.

 8     Q.   Have you made a request at

 9  this point for fees beyond the 200,000

10  euros that you said you've already

11  received?

12     A.   Yes.

13     Q.   And when did you make that

14  request, sir?

15     A.   I can't remember exactly,

16  but I think it's April or May 2005, I

17  think.

18     Q.   What did you request beyond

19  the 200,000 euros, sir?

20     A.   We made a calculation based

21  on the rates indicated by the ministry

22  for this type of work.  And I can't

23  remember the exact amount, but by

24  applying these rates with the relevant

25  tables, the overall amount was around

```
 2  1.6 million euros.
 3      Q.   And does that 1.6 million
 4  include Mr. Galea's fees as well, sir?
 5      A.   Yes.
 6      Q.   And have you done
 7  additional work, sir, since you made
 8  that request in about April of 2005
 9  -- I'm sorry, April or May of 2005?
10      A.   I cannot remember anything
11  particular.
12      Q.   So does the 1.6 million
13  euros relate to the work that you did
14  and Mr. Galea and the people who worked
15  with you prior to the end of 2004?
16          MR. GRANT:  Objection to
17  form.
18      A.   Yes.  I think that Mr. Galea
19  made further investigations about some
20  transactions also after the production
21  of our report.  And, moreover, that
22  amount covers the entire phase of the
23  proceeding that came after.  So any
24  testimonies in Parma or in Milan or
25  wherever they may ask us to give those
```