```
 1
 2  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 3  -----------------------------------x
    In re PARMALAT SECURITIES
 4  LITIGATION

 5  This document relates to:   MASTER DOCKET
                      MDL 1653 (LAK)
 6   All Actions
    -----------------------------------x
 7

 8         VOLUME 2

 9            October 12, 2006

10            9:18 a.m.

11     Continued videotaped deposition of

12  STEFANIA CHIARUTTINI, pursuant to

13  notice, at the offices of Quinn,

14  Emanuel, Urquhart, Oliver & Hedges,

15  LLP, 51 Madison Avenue, New York, New

16  York, before Gail F. Schorr, a

17  Certified Shorthand Reporter, Certified

18  Realtime Reporter and Notary Public

19  within and for the State of New York.

20

21

22

23

24

25
```

1
2  for half a day.
3     Q.  Thank you.  Have any of your
4  partners worked on the Parmalat
5  matters?
6     A.  One partner.
7     Q.  Who was that?
8     A.  Her name is Cristina
9  Rivolta.
10    Q.  And what sorts of tasks has
11  she done on the Parmalat matters?
12    A.  She's a colleague of mine.
13  She's a partner also in the office.  We
14  divided the work between ourselves and
15  Christina worked on two areas.  She
16  reconstructed the falsifications.  And
17  she worked partially on Deloitte with
18  reference to an examination of the
19  workpapers, let's say the technical
20  documentation from Deloitte.  And then
21  she also looked at the files of the
22  correspondence, but I had already
23  worked on that and I did quite some
24  work on that.
25    Q.  How is your firm compensated

```
 1
 2  for the work that's being done on
 3  Parmalat?
 4      A.   I know that I should have
 5  gotten ready for this answer.  I
 6  believe that for this, the main part of
 7  the job the January 13 report, I
 8  believe it's about 400,000 Euros.  I
 9  believe that for the Deloitte report it
10  was about 200,000 Euros.  Possibly
11  more.  If you want I can give you the
12  exact figures tomorrow.  And for the
13  supplementary report I believe it was
14  about a hundred thousand or 80,000
15  Euros.
16           As far as the assignment I
17  received from Dr. Bondi, I will be
18  reimbursed for the time spent, and I
19  will be reimbursed only for the live
20  expenses.
21      Q.   The work for Dr. Greco that
22  you just described total figures for,
23  did you bill on an hourly basis?
24  Meaning, did you bill an amount for
25  each hour for the time spent for each
```