UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
─────────────────────────────── x
                                :   MASTER DOCKET
In re PARMALAT SECURITIES LITIGATION  :   04 MD 1653 (LAK)
                                :   ECF Case
This document relates to: All Cases  :
                                :
─────────────────────────────── x
```

## DECLARATION OF MICHAEL J. DELL

I, Michael J. Dell, hereby declare as follows:

1. I am a member of the bar of the State of New York and of this Court, and am a member of the law firm of Kramer Levin Naftalis & Frankel LLP, attorneys for defendant Deloitte Touche Tohmatsu ("DTT"). I respectfully submit this declaration to present to the Court the following exhibits referred to in DTT's Response to Dr. Bondi's Motion for a Protective Order Regarding His Expert Witnesses.

2. Annexed hereto are true and correct copies of the following:

| | |
|---|---|
| Exhibit 1 | Excerpt from deposition of Stefania Chiaruttini, dated October 12, 2006 |
| Exhibit 2 | Excerpt from deposition of Oliver Galea, dated March 3, 2007 |
| Exhibit 3 | Excerpt from deposition of Roberto Megna, dated February 28, 2007 |
| Exhibit 4 | Excerpt from deposition of Franco Lagro, dated February 27, 2007 |
| Exhibit 5 | James J. Sabella's May 24, 2007 letter to me. |
| Exhibit 6 | Stephen M. Craig's June 8, 2007 letter to me |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2007
New York, New York

                                                           /s/ Michael J. Dell
                                                            Michael J. Dell