# Exhibit 1

# In The Matter Of:

*In re PARMALAT SECURITIES LITIGATION v.*

---

## STEFANIA CHIARUTTINI
*October 12, 2006*

---

# *CONFIDENTIAL*
# *LEGALINK MANHATTAN*
### *420 Lexington Avenue - Suite 2108*
### *New York, NY 10170*
*PH: 212-557-7400 / FAX: 212-692-9171*

**CHIARUTTINI, STEFANIA - Vol. 2**



LEGALINK
A MERRILL COMPANY

Page 431

|         |    |                                           |
|---------|----|-------------------------------------------|
|         | 1  | STEFANIA CHIARUTTINI - CONFIDENTIAL       |
| 18:09:06| 2  | Okay.                                     |
| 18:09:12| 3  | Q.    Are you doing work for              |
| 18:09:13| 4  | anyone other than Drs. Greco and Bondi    |
| 18:09:17| 5  | in connection with Parmalat?              |
| 18:09:27| 6  | A.    No, absolutely not.                 |
| 18:09:59| 7  | MR. CALAMARI:  Do you need a              |
| 18:10:00| 8  | break to get your questions ready?        |
| 18:10:03| 9  | MR. HOROWITZ:  Actually when              |
| 18:10:04| 10 | I break I'm going to want to break for    |
| 18:10:06| 11 | the evening.  I just want to see if       |
| 18:10:07| 12 | there are any other areas I want to go    |
| 18:10:09| 13 | into before I break for the evening.      |
| 18:10:11| 14 | And I had a question and I lost it,       |
| 18:10:13| 15 | which suggests it's getting too late in   |
| 18:10:15| 16 | the day.  I lost it in my head.           |
| 18:10:19| 17 | Q.    Have you seen the protective        |
| 18:10:27| 18 | order governing confidentiality of        |
| 18:10:29| 19 | documents produced in the United States   |
| 18:10:33| 20 | cases?                                     |
| 18:10:48| 21 | A.    Yes, I saw a copy of it.            |
| 18:10:51| 22 | Q.    And did you sign a copy of          |
| 18:10:52| 23 | it?                                       |
| 18:10:55| 24 | A.    No.                                 |
| 18:10:58| 25 | Q.    Did you agree to abide by           |

4d0ed231-905b-4d57-b388-fb3af2f775ff

Page 432

|  |  |  |
|--|--|--|
| | 1 | STEFANIA CHIARUTTINI - CONFIDENTIAL |
| 18:11:00 | 2 | its terms? |
| 18:11:16 | 3 | A.    I -- what do you mean by |
| 18:11:19 | 4 | abide?  I don't understand the |
| 18:11:21 | 5 | question. |
| 18:11:21 | 6 | Q.    Have you agreed to be bound |
| 18:11:24 | 7 | by the protective order? |
| 18:11:35 | 8 | A.    I did not sign it, |
| 18:11:37 | 9 | therefore, I don't think so. |
| 18:11:51 | 10 | Q.    You have a firm, correct, a |
| 18:11:56 | 11 | company? |
| 18:12:02 | 12 | A.    It's a professional office. |
| 18:12:06 | 13 | In Italy it's different. |
| 18:12:09 | 14 | Q.    How many people work for |
| 18:12:10 | 15 | you? |
| 18:12:21 | 16 | A.    Do you mean employees or do |
| 18:12:23 | 17 | you mean the total number of associates |
| 18:12:26 | 18 | of partners and employees? |
| 18:12:30 | 19 | Q.    That helps.  How many people |
| 18:12:33 | 20 | work in the office in any capacity, |
| 18:12:35 | 21 | first of all? |
| 18:12:47 | 22 | A.    To tell you the truth I |
| 18:12:48 | 23 | never counted it.  I think we are about |
| 18:12:51 | 24 | 15, more or less.  Between those who |
| 18:12:56 | 25 | come and who go, those who are on |

4d0ed231-905b-4d57-b388-fb3af2f775ff

# Exhibit 2

# In The Matter Of:

*In re PARMALAT SECURITIES LITIGATION v.*

---

## OLIVER GALEA
*March 3, 2007*

---

# *CONFIDENTIAL*
# *MERRILL LEGAL SOLUTIONS*
## *420 Lexington Avenue - Suite 2108*
## *New York, NY 10170*
### *PH: 212-557-7400 / FAX: 212-692-9171*

**GALEA, OLIVER - Vol. 2**

Page 164

|  |  |  |
|---|---|---|
|  | 1 | CONFIDENTIAL - OLIVER GALEA - VOLUME II |
|  | 2 | M O R N I N G   S E S S I O N |
| 09:01:33 | 3 | 9:11 a.m. |
| 09:01:33 | 4 | EXAMINATION BY MR. DELL: |
| 09:11:16 | 5 | Q.    Good morning, Mr. Galea. |
| 09:11:17 | 6 | My name is Michael Dell, I represent |
| 09:11:21 | 7 | Deloitte Touche Tohmatsu, and I have |
| 09:11:23 | 8 | some questions for you. |
| 09:11:29 | 9 | A.    Good morning. |
| 09:11:30 | 10 | Q.    Sir, have you been retained |
| 09:11:31 | 11 | as a consultant or an expert witness by |
| 09:11:34 | 12 | any parties to the multi district |
| 09:11:36 | 13 | litigation in the United States? |
| 09:11:37 | 14 | A.    No. |
| 09:11:59 | 15 | Q.    And, sir, have you seen the |
| 09:12:01 | 16 | protective order governing |
| 09:12:03 | 17 | confidentiality of documents that has |
| 09:12:05 | 18 | been entered in the multi district |
| 09:12:07 | 19 | litigations in the United States? |
| 09:12:08 | 20 | A.    No. |
| 09:12:20 | 21 | Q.    I'm going to hand you |
| 09:12:21 | 22 | what's been marked as Exhibit 13,037 |
| 09:12:26 | 23 | and ask you whether you will agree to |
| 09:12:28 | 24 | be bound by that protective order, sir. |
| 09:12:31 | 25 | MR. GRANT:  Objection to |

7cb51464-809e-4cfb-9cb3-5c801c9cafc7

Page 165

|          |    |                                                    |
|----------|----|----------------------------------------------------|
|          | 1  | CONFIDENTIAL - OLIVER GALEA - VOLUME II             |
| 09:12:32 | 2  | that as completely inappropriate.                  |
| 09:12:34 | 3  | You've pulled this stunt                            |
| 09:12:35 | 4  | twice.  Can we at least just do the                |
| 09:12:38 | 5  | short version of it?                               |
| 09:12:50 | 6  | MR. DELL:  Just so the                             |
| 09:12:51 | 7  | record is clear, I am going to say this            |
| 09:12:52 | 8  | once at the beginning.                             |
| 09:12:53 | 9  | We are going to keep track                         |
| 09:12:54 | 10 | of improper objections, such as the one            |
| 09:12:56 | 11 | that has just been made, when someone              |
| 09:12:58 | 12 | is supposed to be limited to objection             |
| 09:12:59 | 13 | to form.                                           |
| 09:13:00 | 14 | We are not -- we are not                           |
| 09:13:02 | 15 | going to charge that against our time.             |
| 09:13:05 | 16 | We are also going to argue when we make            |
| 09:13:08 | 17 | our motion to preclude in the District             |
| 09:13:11 | 18 | Court in the United States that this               |
| 09:13:12 | 19 | kind of tactic, which has been tried in            |
| 09:13:15 | 20 | the prior depositions, is preventing us            |
| 09:13:17 | 21 | from being able to cross-examine this              |
| 09:13:19 | 22 | witness.                                           |
| 09:13:21 | 23 | MR. GRANT:  Michael, we're                         |
| 09:13:22 | 24 | all aware that this is all a stunt to              |
| 09:13:24 | 25 | see if you can bait the witness to walk            |

7cb51464-809e-4cfb-9cb3-5c801c9cafc7

Page 166

| | 1 | CONFIDENTIAL - OLIVER GALEA - VOLUME II |
|---|---|---|
| 09:13:26 | 2 | out, to do whatever else you can to be |
| 09:13:28 | 3 | able to claim that you didn't have a |
| 09:13:30 | 4 | fair chance to cross-examine, and I |
| 09:13:33 | 5 | understand that that's part of your |
| 09:13:34 | 6 | game, but it's offensive to the |
| 09:13:36 | 7 | witness; it's offensive to the rest of |
| 09:13:39 | 8 | us here to waste our time to ask him to |
| 09:13:41 | 9 | be bound to a legal document when he |
| 09:13:43 | 10 | hasn't had time to read it, when he |
| 09:13:45 | 11 | hasn't had time to consult with |
| 09:13:45 | 12 | counsel, when it is not a proper use |
| 09:13:47 | 13 | under the Hague Convention, and it's |
| 09:13:48 | 14 | just plain garbage. |
| 09:13:51 | 15 | If you really felt that this |
| 09:13:52 | 16 | was that important, you knew when this |
| 09:13:53 | 17 | deposition was.  You could have sent |
| 09:13:54 | 18 | this stuff a month ago to counsel for |
| 09:13:57 | 19 | PricewaterhouseCoopers and said, Would |
| 09:13:59 | 20 | you please agree to this because I want |
| 09:14:01 | 21 | to do something with this. |
| 09:14:03 | 22 | And this pure garbage; it's |
| 09:14:04 | 23 | pure wasting our time; and it's pure |
| 09:14:05 | 24 | trying to bait the witness in order to |
| 09:14:08 | 25 | try to get some kind of advantage for |

7cb51464-809e-4cfb-9cb3-5c801c9cafc7

|         |    |                                           |
|---------|----|-------------------------------------------|
|         | 1  | CONFIDENTIAL - OLIVER GALEA - VOLUME II   |
| 09:14:09 | 2 | your motion, which you have started to    |
| 09:14:10 | 3 | at least hint at what that is.            |
| 09:14:12 | 4 | MR. KIEVE:  And I would just              |
| 09:14:13 | 5 | respond that I concur with the spirit,    |
| 09:14:17 | 6 | if not the language, of Class counsel's   |
| 09:14:19 | 7 | statement.                                |
| 09:14:21 | 8 | I believe this is entirely                |
| 09:14:23 | 9 | improper.  And the record speaks for      |
| 09:14:28 | 10 | itself.                                   |
| 09:14:29 | 11 | Second of all, I take                     |
| 09:14:30 | 12 | exception to the notion that somehow      |
| 09:14:32 | 13 | you are the timekeeper in this            |
| 09:14:34 | 14 | proceeding.                               |
| 09:14:34 | 15 | We are all commissioners --               |
| 09:14:36 | 16 | at least some of us are commissioners.    |
| 09:14:38 | 17 | And I don't think you have a fiat over    |
| 09:14:40 | 18 | how you proceed.                          |
| 09:14:41 | 19 | We've agreed that there is a              |
| 09:14:42 | 20 | specific amount of time, and I suggest    |
| 09:14:43 | 21 | you use it as you see fit, wisely.        |
| 09:14:48 | 22 | MS. CANNON:  Mr. Dell, I                   |
| 09:14:53 | 23 | think, as you know from the previous      |
| 09:14:56 | 24 | depositions, we take the view that it     |
| 09:15:00 | 25 | is not appropriate to ask any witness     |

7cb51464-809e-4cfb-9cb3-5c801c9cafc7

|          |    |                                              |
|----------|----|----------------------------------------------|
|          | 1  | CONFIDENTIAL - OLIVER GALEA - VOLUME II       |
| 09:15:03 | 2  | under the Hague Convention to agree to        |
| 09:15:08 | 3  | be bound by an order entered in the           |
| 09:15:11 | 4  | U.S. proceedings.                             |
| 09:15:12 | 5  | The comments that we made in                  |
| 09:15:14 | 6  | the past two depositions are the same         |
| 09:15:17 | 7  | comments we'd like to make now.  Rather       |
| 09:15:21 | 8  | than repeat them, I will object to this       |
| 09:15:24 | 9  | and also instruct the witness not to          |
| 09:15:26 | 10 | answer the question.                          |
| 09:15:28 | 11 | MR. GRANT:  I need to --                       |
| 09:15:29 | 12 | MR. DELL:  Thank you.                          |
| 09:15:30 | 13 | MR. GRANT:  I need to add                      |
| 09:15:31 | 14 | one more thing, here.                          |
| 09:15:31 | 15 | Because you've already said                    |
| 09:15:33 | 16 | that the reason you're doing this is to       |
| 09:15:34 | 17 | use this as an argument to the court to       |
| 09:15:36 | 18 | preclude this witness's testimony, I          |
| 09:15:38 | 19 | would like you to make a proffer on the       |
| 09:15:41 | 20 | record now what documents you would           |
| 09:15:43 | 21 | show this witness that you are now            |
| 09:15:44 | 22 | precluded by the protective order from        |
| 09:15:46 | 23 | showing him because he will not agree         |
| 09:15:48 | 24 | to it?                                         |
| 09:15:48 | 25 | Because the way I read the                     |

7cb51464-809e-4cfb-9cb3-5c801c9cafc7

# Exhibit 3

# In The Matter Of:

*In Re: PARMALAT SECURITIES LITIGATION,*

---

ROBERTO MEGNA
*February 28, 2007*

---

# *CONFIDENTIAL*
# *MERRILL LEGAL SOLUTIONS*
### *420 Lexington Avenue - Suite 2108*
### *New York, NY 10170*
*PH: 212-557-7400 / FAX: 212-692-9171*

**MEGNA, ROBERTO - Vol. I**

Page 128

```
              1      CONFIDENTIAL - ROBERTO MEGNA - VOLUME I
16:08:11      2             Dr. Megna, have you been
16:08:14      3      retained as a consultant or an expert
16:08:17      4      witness by any party to the multi
16:08:21      5      district litigations relating to
16:08:22      6      Parmalat in the United States?
16:08:45      7          A.    No.
16:08:46      8          Q.    Is there anyone who you
16:08:51      9      have done work for in connection with
16:08:52     10      Parmalat other than the Parma public
16:08:57     11      prosecutor?
16:09:00     12          A.    No.
16:09:11     13          Q.    Sir, have you seen the
16:09:18     14      protective order governing the
16:09:20     15      confidentiality of documents and
16:09:22     16      information produced in the multi
16:09:24     17      district litigations relating to
16:09:26     18      Parmalat in the United States?
16:09:27     19          A.    No.
16:09:48     20          Q.    Dr. Megna, I'm going to
16:10:53     21      hand you what was marked in a
16:10:55     22      deposition yesterday as Deposition
16:10:57     23      13,037 and ask you whether you've seen
16:11:01     24      that before.
16:11:39     25          A.    No, I can't remember.
```

Page 129

| | 1 | CONFIDENTIAL - ROBERTO MEGNA - VOLUME I |
|---|---|---|
| 16:11:42 | 2 | Q. And, sir, you're |
| 16:11:43 | 3 | represented by counsel here today? |
| 16:11:51 | 4 | A. Yes. |
| 16:11:52 | 5 | Q. Yes. And who is your |
| 16:11:53 | 6 | counsel, sir? |
| 16:11:54 | 7 | A. Mr. Marco Golda Perini |
| 16:12:10 | 8 | and -- sorry. |
| 16:12:12 | 9 | MS. CANNON: Lista. |
| 16:12:13 | 10 | A. Lista. |
| 16:12:14 | 11 | Q. Mr. Dell, would you be |
| 16:12:16 | 12 | agree to be bound by the protective |
| 16:12:19 | 13 | order which was marked as |
| 16:12:21 | 14 | Exhibit 13,037? |
| 16:12:22 | 15 | MS. CANNON: Mr. Dell, out |
| 16:12:25 | 16 | of courtesy to you, we proceeded with |
| 16:12:26 | 17 | having this marked. The witness has |
| 16:12:27 | 18 | said he's never seen it. |
| 16:12:28 | 19 | But as you know very well, |
| 16:12:31 | 20 | Mr. Megna is not a party to this |
| 16:12:35 | 21 | action. He is here because the Italian |
| 16:12:37 | 22 | court has requested him as an Italian |
| 16:12:41 | 23 | citizen to come and assist U.S. court |
| 16:12:44 | 24 | in obtaining evidence for use at trial. |
| 16:12:46 | 25 | This stipulated protective |

Page 130

1    CONFIDENTIAL - ROBERTO MEGNA - VOLUME I

16:12:50    2    order is not a document to which

16:12:53    3    Mr. Megna will agree to become a party,

16:12:58    4    if that's your request.

16:13:01    5        MR. DELL:  All right.

16:13:02    6    Actually, his testimony was he couldn't

16:13:04    7    remember whether he had seen it before.

16:13:05    8        But if you're directing him

16:13:07    9    not to answer, then you can give your

16:13:08    10    direction.  I would like the witness,

16:13:09    11    though, to tell me whether he will

16:13:10    12    agree to be bound by this stipulated

16:13:12    13    protective order, which his counsel has

16:13:15    14    seen, certainly, and has had a chance

16:13:16    15    to review.

16:13:23    16        Q.   Let me pose a question and

16:13:24    17    then your lawyer will have an

16:13:25    18    opportunity, if she wants, to give you

16:13:27    19    a direction or you can answer.  Sir,

16:13:28    20    will you agreed to be bound by this

16:13:30    21    stipulated protective order?

16:13:32    22        MS. CANNON:  I'm going to

16:13:33    23    object to the question on the grounds

16:13:36    24    that it is oppressive and an abuse of

16:13:40    25    the position you're in here today as a

64271536-30fe-4cf4-9715-493c3f42a19f

|          |    |                                           |
|----------|----|-------------------------------------------|
|          | 1  | CONFIDENTIAL - ROBERTO MEGNA - VOLUME I    |
| 16:13:43 | 2  | guest of the Italian court.               |
| 16:13:46 | 3  | It is not proper for                      |
| 16:13:48 | 4  | Mr. Megna to be asked to be bound to      |
| 16:13:50 | 5  | any document relating to the              |
| 16:13:51 | 6  | jurisdiction of the courts in the         |
| 16:13:53 | 7  | United States.                            |
| 16:13:53 | 8  | If you insist on a direction              |
| 16:13:55 | 9  | that he not respond to your question, I   |
| 16:13:57 | 10 | will so direct.                           |
| 16:13:58 | 11 | But I want to make it                     |
| 16:13:59 | 12 | absolutely clear that we do so not in     |
| 16:14:01 | 13 | any way being uncooperative with the      |
| 16:14:04 | 14 | requests made by the Italian court for    |
| 16:14:07 | 15 | Mr. Megna to come here today and give     |
| 16:14:07 | 16 | his testimony but we do so because we     |
| 16:14:10 | 17 | view this as an oppressive attempt to     |
| 16:14:12 | 18 | enforce some form of jurisdiction in      |
| 16:14:14 | 19 | the U.S. courts which does not exist on   |
| 16:14:16 | 20 | Mr. Megna.                                |
| 16:14:17 | 21 | MR. DELL:  I think the                    |
| 16:14:18 | 22 | question was very simple.  In any         |
| 16:14:20 | 23 | event, the record will speak for          |
| 16:14:21 | 24 | itself.                                   |
| 16:14:23 | 25 | MR. GRANT:  I would like                  |

```
16:14:23    1    CONFIDENTIAL - ROBERTO MEGNA - VOLUME I
16:14:25    2    that translated for the witness,
            3    please.
16:14:28    4              THE INTERPRETER:  His
16:14:29    5    question or everything?
16:14:30    6              MR. GRANT:  No.  What was
16:14:31    7    said by the witness's counsel.
16:15:24    8              (Translation.)
16:16:08    9              MS. CANNON:  Just before we
16:16:09   10    leave this topic, I think you made a
16:16:11   11    reference -- a slight reference to
16:16:14   12    counsel had an opportunity to review
16:16:15   13    this document.
16:16:17   14              Again, I am going to make it
16:16:18   15    absolutely clear for the record that
16:16:19   16    with respect to Mr. Megna's position
16:16:20   17    today, Italian counsel has not seen
16:16:24   18    this document.  It's an English
16:16:25   19    document in any event, not a
16:16:27   20    translation.  And his counsel has not
16:16:30   21    had an opportunity to review it.
16:16:31   22              I'm only responding to the
16:16:32   23    point you made on the record to seem to
16:16:34   24    indicate that there had been some
16:16:35   25    review of the document.  That has not
```

64271536-30fe-4cf4-9715-493c3f42a19f

Page 133

CONFIDENTIAL - ROBERTO MEGNA - VOLUME I

| | | |
|---|---|---|
| 16:16:37 | 2 | occurred. |
| 16:16:37 | 3 | It does not change the |
| 16:16:39 | 4 | answer that we've given with respect to |
| 16:16:41 | 5 | Mr. Megna's undertaking not to answer |
| 16:16:45 | 6 | the question. |
| 16:16:45 | 7 | MR. DELL:  Ms. Cannon, first |
| 16:16:47 | 8 | of all, I think it would be better not |
| 16:16:48 | 9 | to have these lengthy colloquies. |
| 16:16:49 | 10 | And, secondly, as you know, |
| 16:16:50 | 11 | I handed you a copy of that document |
| 16:16:52 | 12 | yesterday when I had another copy |
| 16:16:55 | 13 | marked. |
| 16:16:57 | 14 | MS. CANNON:  Mr. Dell, as I |
| 16:16:58 | 15 | answered yesterday -- and we shouldn't |
| 16:16:59 | 16 | be talking about yesterday's testimony, |
| 16:17:01 | 17 | but for this purpose, since you invite |
| 16:17:02 | 18 | me to, I will. |
| 16:17:03 | 19 | Yesterday, you handed me an |
| 16:17:05 | 20 | English copy of that document.  I did |
| 16:17:07 | 21 | not study it, but in any event, did not |
| 16:17:10 | 22 | hand Italian counsel an Italian version |
| 16:17:12 | 23 | of that document. |
| 16:17:14 | 24 | MR. DELL:  Can we proceed |
| 16:17:14 | 25 | now with questioning?  Thank you, sir. |

64271536-30fe-4cf4-9715-493c3f42a19f

# Exhibit 4

# In The Matter Of:

*In re PARMALAT SECURITIES LITIGATION*

---

FRANCO  LAGRO
*February 27, 2007*

---

# *CONFIDENTIAL*
# *MERRILL LEGAL SOLUTIONS*
*420 Lexington Avenue - Suite 2108*
*New York, NY 10170*
*PH: 212-557-7400 / FAX: 212-692-9171*


LAGRO, FRANCO - Vol. 2

Page 322

| | |
|---|---|
| | 1 |
| 15:08:09 | 2 |
| 15:08:18 | 3 |
| 15:08:19 | 4 |
| 15:08:21 | 5 |
| 15:08:21 | 6 |
| 15:08:24 | 7 |
| 15:08:36 | 8 |
| 15:08:40 | 9 |
| 15:08:46 | 10 |
| 15:08:46 | 11 |
| 15:08:48 | 12 |
| 15:08:53 | 13 |
| 15:08:55 | 14 |
| 15:09:11 | 15 |
| 15:09:12 | 16 |
| 15:09:14 | 17 |
| 15:09:16 | 18 |
| 15:09:18 | 19 |
| 15:09:18 | 20 |
| 15:09:48 | 21 |
| 15:09:52 | 22 |
| 15:09:53 | 23 |
| 15:09:57 | 24 |
| 15:09:59 | 25 |

1    CONFIDENTIAL - FRANCO LAGRO - VOLUME II

2         MR. DeVOOGHT:  I have

3    nothing further, Dr. Lagro.  Thank you

4    for your time.

5         THE DEPONENT:  Thank you.

6         EXAMINATION BY MR. DELL:

7         Q.    Good afternoon, Mr. Lagro.

8    My name is Michael Dell.  I represent

9    Deloitte Touche Tohmatsu.

10        A.    Good afternoon.

11        Q.    Sir, have you been retained

12   as a consultant or testifying witness

13   by Dr. Bondi in any of the U.S.

14   litigations?

15        A.    No.

16        Q.    Sir, have you ever seen the

17   stipulated protective order in the

18   multi-district litigations in the

19   United States?

20        A.    Well, actually, I don't know

21   what document you're talking about.  I

22   don't think so.  I've never heard of

23   it, so I presume that I have never seen

24   it.

25        Q.    Okay.  Well, I'm going to

d8720642-e775-4cb6-92bc-dcc3314b23b5

Page 323

1    CONFIDENTIAL - FRANCO LAGRO - VOLUME II

15:10:01    2    mark as the next exhibit, which is

15:10:03    3    13,037, the stipulated protective order

15:10:09    4    and hand it to the witness.

15:10:11    5                    (Deposition Exhibit

15:10:18    6    13,037 for identification.)

15:10:18    7        Q.    Could you tell us whether

15:10:18    8    you have ever seen this document

15:10:20    9    before.

15:10:45    10        A.    Not to my recollection.

15:10:50    11        Q.    Sir, do you agree to be

15:10:51    12    bound by this stipulated protective

15:10:54    13    order with respect to confidential

15:10:57    14    information that's been produced in the

15:11:00    15    multi-district litigations in the

15:11:02    16    United States?

15:11:03    17                MR. GRANT:  Objection.

15:11:07    18                MS. CANNON:  Excuse me.  I

15:11:08    19    think we need to be clear what the

15:11:09    20    jurisdictional basis there would be for

15:11:11    21    any question of that nature.

15:11:12    22                Dr. Bondi's [sic] here, as

15:11:13    23    you know, pursuant to an order of the

15:11:16    24    Italian court at the specific request

15:11:18    25    of the court in the United States.

Page 324

| | | |
|---|---|---|
| 15:11:20 | 2 | MR. DELL:  I think you said |
| 15:11:22 | 3 | Dr. Bondi.  I think you meant |
| 15:11:22 | 4 | Dr. Lagro. |
| 15:11:22 | 5 | MS. CANNON:  Excuse me, |
| 15:11:24 | 6 | Dr. Lagro.  I beg your pardon. |
| 15:11:25 | 7 | He has just testified that |
| 15:11:27 | 8 | he does not recall ever having seen |
| 15:11:28 | 9 | this document.  Accordingly, he would |
| 15:11:30 | 10 | therefore not be aware of its contents. |
| 15:11:32 | 11 | I think if you're going to |
| 15:11:33 | 12 | ask that question, first, he would have |
| 15:11:35 | 13 | to read it very carefully.  Second, I |
| 15:11:38 | 14 | think he would have to have legal |
| 15:11:39 | 15 | advice as to whether or not he |
| 15:11:40 | 16 | understood it, whether there was a |
| 15:11:41 | 17 | proper basis for him to submit to the |
| 15:11:44 | 18 | jurisdiction of the courts with respect |
| 15:11:46 | 19 | to confirming the question which you |
| 15:11:49 | 20 | asked. |
| 15:11:50 | 21 | So unless there's something |
| 15:11:53 | 22 | specific about understanding the |
| 15:11:54 | 23 | confidentiality of these proceedings |
| 15:11:56 | 24 | that you want to talk to him about, to |
| 15:11:59 | 25 | ask him to subscribe in any way to an |

Page 325

1    CONFIDENTIAL - FRANCO LAGRO - VOLUME II

15:12:01    2    undertaking which is binding the

15:12:03    3    parties to the litigation in the United

15:12:05    4    States is going to be a difficult

15:12:07    5    process and certainly not a process

15:12:09    6    which I think we will be able to

15:12:10    7    resolve today.

15:12:12    8         MR. DELL:  Well, look.

15:12:14    9    Thank you very much.  I'm going to ask,

15:12:16    10    though, that any objections be

15:12:17    11    restricted to objection to form.

15:12:19    12         I simply want to ask this

15:12:21    13    witness whether he will be bound by the

15:12:23    14    stipulated protective order.  If he

15:12:25    15    chooses to say no, he can say no.  And

15:12:27    16    I think it's a perfectly fair question.

15:12:29    17    And I'd like to proceed and have my

15:12:31    18    questions answered without lengthy

15:12:33    19    objections.

15:12:34    20         So he is someone who's been

15:12:36    21    hired by Dr. Bondi who is a party to

15:12:38    22    the litigations.  He's done work for

15:12:40    23    him.  He's consulted with the lawyers.

15:12:43    24    He's already testified in connection

15:12:44    25    with their work on the Complaint.  And

1    CONFIDENTIAL - FRANCO LAGRO - VOLUME II

15:12:47    2    I think it's a very simple question.

15:12:49    3        Q.    So I put it to you, sir,

15:12:50    4    will you agree to be bound by the

15:12:51    5    stipulated protective order?

15:12:54    6            MR. KIEVE:  I am limited to

15:12:54    7    an objection to form.  I object to

15:12:56    8    form.

15:12:58    9            MR. GRANT:  I object to the

15:13:00    10   whole thing.  And you are not asking a

15:13:02    11   question of a percipient witness here;

15:13:04    12   you're asking him to be bound to a

15:13:06    13   legal document which he has every right

15:13:08    14   to consult with counsel and review

15:13:09    15   before they take a position on whether

15:13:10    16   they're going to do it or not.  That's

15:13:12    17   outrageous.

15:13:13    18           MS. CANNON:  Can I also just

15:13:15    19   say that the agreements amongst counsel

15:13:18    20   with respect to objections as to form

15:13:20    21   and whatever directions the court in

15:13:22    22   the United States has given do not

15:13:24    23   affect Dr. Lagro's rights under Italian

15:13:27    24   law.

15:13:28    25           He is not party to any

Page 327

1    CONFIDENTIAL - FRANCO LAGRO - VOLUME II

15:13:30    2    agreements with respect to the U.S.

15:13:32    3    litigation.

15:13:33    4            Now, if there are issues

15:13:34    5    about Dr. Lagro, for example,

15:13:37    6    understands that he's not to take any

15:13:43    7    documents from this deposition and

15:13:46    8    refer to them or use them in any other

15:13:48    9    context, I mean, those are different

15:13:51    10    questions which go to his understanding

15:13:52    11    of the nature of this proceeding.

15:13:54    12            But I don't think that he is

15:13:55    13    limited in his ability through his

15:13:58    14    counsel to object only as to form.

15:14:00    15            And I certainly think that

15:14:01    16    his agreement -- he would be advised by

15:14:04    17    counsel, certainly United States

15:14:07    18    counsel, and I'm assuming Italian

15:14:09    19    counsel, not to consent to agreeing to

15:14:12    20    be bound by an order entered by the

15:14:14    21    court in the United States without

15:14:16    22    having taken full legal advice.

15:14:17    23            And that advice will not be

15:14:19    24    taken in the course of the time left

15:14:21    25    today for this deposition.

d8720642-e775-4cb6-92bc-dcc3314b23b5

Page 328

1    CONFIDENTIAL - FRANCO LAGRO - VOLUME II

15:14:25    2        MR. DELL:  All right.  Are

15:14:25    3    you instructing him not to answer?  If

15:14:27    4    not, I'd like an answer to my question.

15:14:32    5        MS. CANNON:  I am going to

15:14:33    6    consult with Italian counsel.

15:14:36    7        MR. KIEVE:  I would also

15:14:37    8    direct counsel's attention to paragraph

15:14:39    9    11(D) of the protective order,

15:14:43    10    Exhibit 13,037.

15:15:21    11        (A discussion was had off

15:15:23    12    the record.)

15:15:23    13        MS. CANNON:  I think in

15:15:32    14    response to your question, Italian

15:15:34    15    counsel does not feel able to advise

15:15:38    16    his client as to his rights with

15:15:41    17    respect to the question you've asked,

15:15:43    18    whether he should or should not agree

15:15:45    19    to be bound by a stipulation in the

15:15:49    20    U.S. proceedings.

15:15:50    21        And, therefore, he will not

15:15:52    22    be able to receive substantive advice

15:15:55    23    under Italian law that he is entitled

15:15:57    24    to under the Hague Convention order

15:16:00    25    which was issued by the court in Milan.

Page 329

| | 1 | CONFIDENTIAL - FRANCO LAGRO - VOLUME II |
|---|---|---|
| 15:16:02 | 2 | So the question is whether |
| 15:16:04 | 3 | or not I would instruct him not to |
| 15:16:05 | 4 | answer. |
| 15:16:07 | 5 | I think what we would prefer |
| 15:16:08 | 6 | is for you to withdraw the request that |
| 15:16:12 | 7 | he agree to be bound by a document in |
| 15:16:14 | 8 | the proceeding to which he is not a |
| 15:16:15 | 9 | party, in a jurisdiction which he is |
| 15:16:18 | 10 | not amenable. |
| 15:16:19 | 11 | It would be better, in our |
| 15:16:21 | 12 | respectful view, for you to withdraw |
| 15:16:23 | 13 | that question because it is not |
| 15:16:24 | 14 | susceptible of a proper answer, |
| 15:16:27 | 15 | certainly in the course of today. |
| 15:16:29 | 16 | MR. DELL:  All right.  I |
| 15:16:32 | 17 | would appreciate an answer.  So if you |
| 15:16:34 | 18 | want to give a direction, that's your |
| 15:16:36 | 19 | prerogative to do that.  And, |
| 15:16:38 | 20 | obviously, we retain our rights, and I |
| 15:16:40 | 21 | can move on to another area. |
| 15:16:41 | 22 | If you're not going to give |
| 15:16:42 | 23 | a direction, then I would like to have |
| 15:16:43 | 24 | the witness's answer. |
| 15:16:45 | 25 | MS. CANNON:  Well, if |

Page 330

CONFIDENTIAL - FRANCO LAGRO - VOLUME II

| | | |
|---|---|---|
| | 1 | CONFIDENTIAL - FRANCO LAGRO - VOLUME II |
| 15:16:46 | 2 | pressed, we will give a direction that |
| 15:16:48 | 3 | he not answer your question.  But the |
| 15:16:50 | 4 | basis of that direction is founded in |
| 15:16:53 | 5 | his rights under Italian law and his |
| 15:16:57 | 6 | -- in particular, his right to counsel |
| 15:16:59 | 7 | with respect to submitting to the |
| 15:17:00 | 8 | jurisdiction of the courts in the |
| 15:17:02 | 9 | United States with respect to a |
| 15:17:04 | 10 | stipulation in those proceedings. |
| 15:17:06 | 11 | We want to be very, very |
| 15:17:08 | 12 | clear that we are not trying to |
| 15:17:12 | 13 | intervene in the proper collection of |
| 15:17:14 | 14 | testimony by any of the parties to this |
| 15:17:16 | 15 | action. |
| 15:17:17 | 16 | And Dr. Lagro has come here |
| 15:17:19 | 17 | as ordered by the court in Milan to |
| 15:17:21 | 18 | cooperate and provide every assistance. |
| 15:17:23 | 19 | So we don't want this issue to be seen |
| 15:17:25 | 20 | as, in any way, obstructing or |
| 15:17:28 | 21 | challenging the obligations which |
| 15:17:32 | 22 | Dr. Lagro recognized that he has to the |
| 15:17:34 | 23 | Italian courts to be fully cooperative. |
| 15:17:39 | 24 | Q.    Sir, in light of that |
| 15:17:40 | 25 | direction, I'm going to move on to a |

Page 331

| | |
|---|---|
| | 1 |
| 15:17:41 | 2 |
| 15:17:42 | 3 |
| 15:17:46 | 4 |
| 15:17:49 | 5 |
| 15:17:52 | 6 |
| 15:17:54 | 7 |
| 15:17:55 | 8 |
| 15:18:14 | 9 |
| 15:18:16 | 10 |
| 15:18:18 | 11 |
| 15:18:19 | 12 |
| 15:18:24 | 13 |
| 15:18:28 | 14 |
| 15:18:30 | 15 |
| 15:18:30 | 16 |
| 15:18:40 | 17 |
| 15:18:40 | 18 |
| 15:18:41 | 19 |
| 15:18:43 | 20 |
| 15:18:46 | 21 |
| 15:18:51 | 22 |
| 15:18:53 | 23 |
| 15:18:57 | 24 |
| 15:18:57 | 25 |

CONFIDENTIAL - FRANCO LAGRO - VOLUME II
different topic.

          You were never asked to
assess the work done by Deloitte &
Touche S.p.A. in connection with any
audits of financial statements of
Parmalat Finanziaria; is that correct?

     A.    Correct.

     Q.    And the reports that you've
prepared do not do so; is that correct,
sir?

     A.    Correct.

     Q.    And you do not do so in any
of your testimony; is that correct,
sir?

     A.    No.  That means it's
correct.

     Q.    Thank you, sir.

          And, sir, you were never
asked to assess the work done by any
other member firm of Deloitte Touche
Tohmatsu in ordering or providing other
services to subsidiaries of Parmalat
Finanziaria, were you?

     A.    Not on the whole.  If I

d8720642-e775-4cb6-92bc-dcc3314b23b5

# Exhibit 5



**Grant & Eisenhofer P.A.**

Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
Tel: 302-622-7000 • Fax: 302-622-7100

485 Lexington Avenue
29th Floor
New York, NY 10017
Tel: 646-722-8500 • Fax: 646-722-8501

www.gelaw.com

Jay W. Eisenhofer
Stuart M. Grant
Megan D. McIntyre
Geoffrey C. Jarvis
Sidney S. Liebesman
John C. Kairis
Michael J. Barry
James J. Sabella*
David E. Sellinger
Cynthia A. Calder
Stephen G. Grygiel
Keith M. Fleischman*

Charles T. Caliendo*
Mary S. Thomas
Lesley E. Weaver*
Diane T. Zilka

Jill Agro
Jeff A. Almeida□
Nauman A. Amjed
Peter B. Andrews
James R. Banko
Ananda Chaudhuri
P. Bradford deLeeuw
Lydia Ferrarese*
Christine Mackintosh◊

Jonathan D. Margolis*
James P. McEvilly, III
Sharan Nirmul
Catherine Pratsinakis
Brian M. Rostocki
Ralph N. Sianni
Hung Ta*
Marc D. Weinberg□
Kimberly L. Wierzel

□ Admitted in NJ & PA Only
• Admitted in NY Only
◊ Admitted in PA Only
* Admitted in CA Only

Writer's Direct Dial: 646-722-8520
Writer's E-Mail: jsabella@gelaw.com

May 24, 2007

By E-Mail

Michael J. Dell, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Re: *In re Parmalat Sec. Litig.*, No. 04 Civ. 0030 (LAK)

Dear Michael:

This is in response to your letter of May 22.

We reject your assertion that our amended Rule 26(a)(2) disclosures leave you "in the dark" as to what experts we intend to use. After you previously had complained that we did not identify from which experts retained by other parties we expected to offer testimony, we amended our disclosures to list by name each such expert from whom we intend to offer testimony. We will not withdraw our designations.

The answer to all four of the questions you pose in the bullet points on page two of your letter is no.

With respect to Chiaruttini, Lagro, Galea and Megna, Lead Plaintiffs do not agree to limit their testimony to the scope of the reports or excerpts thereof identified by Dr. Bondi in his supplemental expert witness designations. We would intend to elicit testimony, either at deposition or at trial, with respect to matters covered in the reports or excerpts thereof listed by Dr. Bondi and in the following reports by these persons:

Chiaruttini
    June 7, 2004 (Exh. 2398-I)
    June 22, 2004 (Exh. 2397-I)
    Oct. 21, 2004 (Exh. 2399-I)

Michael J. Dell, Esq.
May 24, 2007
Page 2

       <u>Galea/Megna</u>
          Dec. 3, 2004, including Vol. I (Exh. 13,046-I); Vol. II Parts I and II (Exh. 13,045-I)

       <u>Lagro/PwC</u>
          Parmalat Project- Phase 1, Feb. 6, 2004 (LP0000038233-373 and BOFA1797593-765)
          Parmalat Project- Phase 2, Mar. 31, 2004 (LP0000014503-635 and P02652503-635)
          Parmalat project- reconstruction of in-out flows of 2003 (P03780809-834)
          Information about the Ratified Assets, July 20, 2004 (P02653033-60)
          Report on the results of the arranged procedures in reference to the indebtedness, June 11, 2004 (P02649904-24)
          Report on the payment of commissions to banks, Mar. 29, 2005 (LP0000266499-514)
          Parmalat group: documents originating in the Antilles, Jan. 14, 2004 (P03617698-731)
          Selected road shows and meeting with investors, Mar. 18, 2005 (P02652769-793)
          Parmalat Brazil 1999-2001 selected number of acquisitions, Aug. 12, 2005 (P03621428-538)
          Parmalat Brazil financial statements, August 30, 2005 (P03622319-355)
          Transactions with Citibank, May 3, 2005 (P02650664-1131)
          Analysis of the settlements of receivables accepted by Archimede Securitisation Srl as of March 30, 2005, June 1, 2005 (LP0000246623-716)

                     Sincerely,

                     James J. Sabella

cc:    Lisa M. Mezzetti, Esq.
       Robert M. Roseman, Esq.
       All other Plaintiffs' and Defendants' Counsel

# Exhibit 6

# BEUS GILBERT
### PLLC
#### ATTORNEYS AT LAW

4800 NORTH SCOTTSDALE ROAD
SUITE 6000
SCOTTSDALE, ARIZONA 85251-7630
(480) 429-3000
FAX (480) 429-3100

EMAIL: SCRAIG@BEUSGILBERT.COM

73127-0001

STEPHEN M. CRAIG
DIRECT (480) 429-3033

8 June 2007

**VIA EMAIL & U. S. MAIL**

Michael Dell, Esq.
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY  10036

Re:    *In re Parmalat Securities Litigation*, Master Docket 04 MD 1653 (LAK)

Dear Michael:

   This letter is a follow-up to my letter of May 24, 2007 to you, in which I indicated we would send a list of specific reports we reserve the right to use in our case against Deloitte.

   We reserve any right we have to use portions of the Chiaruttini and PwC reports as well as the testimony of Chiaruttini, Galea, Megna, and Lagro, including any right we may have to use their testimony as fact witnesses (including lay opinion testimony) as expert witnesses, as unretained experts, or as experts upon whom our own experts may rely.  We designate those portions of the reports listed by Jim Sabella in his letter of May 24, 2007, in addition to the following:

**Lagro/PwC:**

Parmalat Group: Forensic Procedures – Plan and Estimates, 27 Apr 2004 (PwC LLP 000001-107)

Transactions with Bank of America, 5 May 2004 (PwC LLP 001556-660).

Wishaw Trading SA, 18 Mar 2004 (PwC LLP 000147-217).

**Chiaruttini:**

Expert Witness Report "Parmalat Group;" Auditing Work Performed by Deloitte & Touche, 3 Feb 2004 (not Bates labeled).

Chiaruttini 3rd, On the Auditing Activities Performed by Deloitte & Touche, 3 Feb 2004 (LP0000003769-3912).

::ODMA\PCDOCS\BGD\24391\1 Letter to Michael Dell 6-4-07

Michael Dell, Esq.
8 June 2007
Page 2

First Memorandum on the Auditing Activities Carried Out by Deloitte & Touche SPA, 18 Feb 2004 (LP0000066826-866).

Parmalat: Slides for Proceedings held March 7 - 14, 2006 (not Bates labeled).

Chiaruttini Report, 2nd, 18 Mar 2004 (LP0000066867-912).

<u>Misc.:</u>

Report on the causes of insolvency of Parmalat Finanziaria S.p.A. and its subsidiaries dated 19 Jun 2004 signed by the Extraordinary Commissioner Dr. Enrico Bondi (not Bates labeled).

Verbale Di Ispezione ("Inspection Report"), 18 Mar 2004 (P03704220-4319)

    I hope this is of assistance to you.

                        Best regards,

                        BEUS GILBERT PLLC

                        Stephen M. Craig

SMC/paw

cc:  All counsel of record (via email)