# EXHIBIT A

## Devore, Joshua

| | |
|---|---|
| **From:** | Adam Cashman [adamcashman@quinnemanuel.com] |
| **Sent:** | Thursday, June 14, 2007 12:50 AM |
| **To:** | aabramowitz@srk-law.com; aglenn@kasowitz.com; cmhtparmalat; cmontenegro@kasowitz.com; DiamondParmalatCounsel@diamondmccarthy.com; dzilka@gelaw.com; HBDParmalatCounsel @ hbdlawyers; Herbert P. Minkel, Jr.; jbauchner@kasowitz.com; jkairis@gelaw.com; jsabella@gelaw.com; lbeus@beusgilbert.com; mbowen@kasowitz.com; mfay@kasowitz.com; Quinn Emanuel Parmalat Counsel; rjanvey@janveygordon.com; rkopp@srk-law.com; rkraemer@srk-law.com; rmills@beusgilbert.com; rroseman@srk-law.com; rwilliams@beusgilbert.com; scraig@beusgilbert.com; sgrant@gelaw.com; sstirling@beusgilbert.com; tparis@beusgilbert.com; #NYccliffordchanceParmalatCounsel@Cliffordchance.com; adevooght@winston.com; asalpeter@mayerbrown.com; bbraun@winston.com; bhudak@mayerbrownrowe.com; bnl.attorneys@dpw.com; cbrubaker@kdefe.com; csiegel@kramerlevin.com; cweller@winston.com; deloitte.us.parmalat.counsel @ dpw; dring@mayerbrownrowe.com; hamza@hugheshubbard.com; HellerParmalatCounsel @ hellerehrman; HMWParmalatCounsel@hmw.com; janet.link@lw.com; jbaughman@paulweiss.com; jbove@mintz.com; jdavis@kramerlevin.com; jdonley@kdefe.com; jkinney@ffspc.com; john.casey@lw.com; jpopolow@kramerlevin.com; kbasabe@mintz.com; kdejong@winston.com; Khemani@hugheshubbard.com; lanier.saperstein@newyork.allenovery.com; laura.martin@allenovery.com; lcoberly@winston.com; mclambert@lawpost-nyc.com; mdell@kramerlevin.com; meweinhardt@belinlaw.com; michael.feldberg@newyork.allenovery.com; miles.ruthberg@lw.com; mmace@winston.com; moberman@kramerlevin.com; Modorizzi@mayerbrown.com; npakrashi@kramerlevin.com; peter.devereaux@lw.com; rbodian@mintz.com; rwlozier@belinlaw.com; SidleyParmalatCounsel @ sidley; sruskaykidd@kramerlevin.com; StroockParmalatCounsel@Stroock.com; tharkness@kramerlevin.com; thuynh@kdefe.com; todd.fishman@newyork.allenovery.com |
| **Cc:** | Quinn Emanuel Parmalat Counsel |
| **Subject:** | In re Parmalat - Dr. Bondi's Withdrawal of Expert Witness Designations |

Counsel:

Attached please find Dr. Bondi's Withdrawal of Expert Witness Designations.

Regards,

**Adam S. Cashman| Quinn Emanuel Urquhart Oliver & Hedges, LLP** | 50 California St, 22nd Floor San Francisco, CA 94111 Direct: +1.415.875.6384| Main Phone: +1.415.875.6600| Main Fax: +1.415.875.6700| E-mail: adamcashman@quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

6/14/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
In re PARMALAT SECURITIES LITIGATION

This document relates to:   04 Civ. 0030 (LAK)

MASTER DOCKET
04 MD 1653 (LAK)

----------------------------------------x

### Dr. Enrico Bondi's Withdrawal of Expert Witness Designations

Plaintiff Dr. Enrico Bondi hereby withdraws his designations of Franco Lagro, Oliver Galea, Roberto Megna and Stefania Chiaruttini as experts to testify in the third party action filed by Grant Thornton International and Grant Thornton LLP under docket 04 Civ. 0030 (LAK).

New York, New York
June 13, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

By _____
John B. Quinn (JQ 0716)
Peter E. Calamari (PC 3964)
Loren Kieve (LK 3624)
R. Brian Timmons (*pro hac vice*)
Terry L. Wit (TW 3078)

51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
(212) 849-7100 (fax)

Attorneys for plaintiff Dr. Enrico Bondi, Extraordinary Commissioner of Parmalat Finanziaria S.p.A., Parmalat S.p.A. and other affiliated entities in Extraordinary Administration under the laws of Italy and Attorneys for Parmalat S.p.A.

03679/2143849.1