UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
In re PARMALAT SECURITIES LITIGATION

This document relates to:   All Cases
------------------------------------------------x

MASTER DOCKET
04 MD 1653 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Dr. Bondi's motion for leave to file (04MD1653 docket item 1360) is moot. The Clerk shall terminate it.

      SO ORDERED.

Dated:    June 28, 2007

_____
Lewis A. Kaplan
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/07