UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re PARMALAT SECURITIES LITIGATION | MASTER DOCKET<br>04 MD 1653 (LAK) ECF Case |
| This Document Relates To: 1:06-cv-01768<br>1:06-cv-01769<br>1:06-cv-04449<br>1:06-cv-04453<br>1:06-cv-03805<br>1:07-cv-03790 | USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 7/27/07 |

## (~~PROPOSED~~) ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE

Defendants Bank of America Corporation, Bank of America National Trust & Savings Association, Banc of America Securities LLC, Bank of America Securities Limited, Bank of America International, Ltd. and Bank of America, N.A. ("Bank of America"), having moved for an Order admitting pro hac vice Joshua D. Davey for the purpose of representing Bank of America; and notice having been given to all counsel of record, and the Court having considered the moving papers and the Affidavits submitted in support thereof:

IT IS HEREBY ORDERED that Joshua D. Davey be and is hereby admitted pro hac vice for the purpose of representing Bank of America in this matter.

Dated: July ___, 2007.

JUL 2 7 2007

SO ORDERED

*George B. Daniels*
HON. GEORGE B. DANIELS
United States District Judge