Thomas McC. Souther
A. Robert Pietrzak
Daniel A. McLaughlin
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY  10019
(212) 839-5300
(212) 839-5599 (fax)

*Attorneys for Defendants Bank of America Corporation, Bank of America NT&SA, Banc of America Securities LLC, Banc of America Securities Limited, Bank of America International Limited and Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re PARMALAT SECURITIES LITIGATION | MASTER DOCKET<br>04 MD 1653 (LAK) ECF Case |
| This Document Relates To:  1:06-cv-01768<br>1:06-cv-01769<br>1:06-cv-04449<br>1:06-cv-04453<br>1:06-cv-03805<br>1:07-cv-03790 | |

**NOTICE OF MOTION**
**TO ADMIT COUNSEL PRO HAC VICE**

PLEASE TAKE NOTICE that, upon the annexed affidavit of Joshua D. Davey and the exhibits thereto, the undersigned will move this Court before the Honorable Lewis A. Kaplan, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York, Joshua D. Davey, admission *pro hac vice* to the bar of this Court on behalf of defendants Bank of America Corporation; Bank of America National Trust & Savings Association, Banc of America Securities LLC, Bank of America Securities Limited, Bank of America International, Ltd. and Bank of America, N.A.

Dated:   July 5, 2007.

|  |  |
|---|---|
| Of Counsel: | SIDLEY AUSTIN LLP<br><br>By: _/s/ Rebecca F. Ebert (RE-9633)_<br>Rebecca F. Ebert |
| Peter J. Covington<br>John H. Cobb<br>Matthew J Hoefling<br>Mark W. Kinghorn<br>Grant D. Goldenberg | Thomas McC. Souther<br>A. Robert Pietrzak<br>Daniel A. McLaughlin<br>Rebecca F. Ebert |
| HELMS MULLISS & WICKER, PLLC<br>201 North Tryon Street<br>Charlotte, NC  28202<br>Telephone:  (704) 343-2052<br>Facsimile:  (704) 343-2300 | SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY  10019<br>(212) 839-5300<br>(212) 839-5599 (fax)<br><br>*Attorneys for Defendants Bank of America Corporation, Bank of America NT&SA, Banc of America Securities LLC, Banc of America Securities Limited, Bank of America International Limited and Bank of America, N.A.* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re PARMALAT SECURITIES LITIGATION | : | MASTER DOCKET |
| | : | 04 MD 1653 (LAK) ECF Case |
| This Document Relates To: 1:06-cv-01768 | : | |
| 1:06-cv-01769 | : | AFFIDAVIT OF |
| 1:06-cv-04449 | : | REBECCA F. EBERT |
| 1:06-cv-04453 | : | |
| 1:06-cv-03805 | : | |
| 1:07-cv-03790 | : | |

STATE OF NEW YORK     )
                     ) s.s.:
COUNTY OF NEW YORK   )

Rebecca F. Ebert, being duly sworn, hereby deposes and says:

1. I am an attorney admitted to practice in the State of New York and in this Court, and a member of the law firm of Sidley Austin LLP, counsel for Defendants Bank of America Corporation; Bank of America National Trust & Savings Association, Banc of America Securities LLC, Banc of America Securities Limited, Bank of America International, Ltd. and Bank of America, N.A. ("Bank of America") in this action. I respectfully submit this affidavit in support of Bank of America's motion, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an order granting Joshua D. Davey admission pro hac vice to the bar of this Court on behalf of Bank of America.

2. I am a member in good standing of the bar of this Court.

3. Joshua D. Davey is a member in good standing of the bar of North Carolina. Mr. Davey's affidavit, sworn to on June 27, 2007, with Certificate of Good Standing for the bar of North Carolina, is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that this Court grant Bank of America's motion for an order permitting Joshua D. Davey to appear pro hac vice on behalf of Bank of America.

*Rebecca F. Ebert* —(RE - 9633)

Rebecca F. Ebert

Subscribed and sworn to before me
this 5th day of July, 2007.

Notary Public

WILLIAM U. GENG
Notary Public, State Of New York
No. 01GE4874791
Qualified In New York County
Commission Expires 05/31/20 10

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2007, I caused true and correct copies of the foregoing Notice of Motion to Admit Counsel Pro Hac Vice, Affidavits of Rebecca F. Ebert and Joshua D. Davey, and Proposed Order Granting Motion to Admit Counsel Pro Hac Vice to be served by email upon all parties.

_____
Rebecca F. Ebert -(RE-9633)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re PARMALAT SECURITIES LITIGATION | MASTER DOCKET<br>04 MD 1653 (LAK) ECF Case |
| This Document Relates To: 1:06-cv-01768<br>1:06-cv-01769<br>1:06-cv-04449<br>1:06-cv-04453<br>1:06-cv-03805<br>1:07-cv-03790 | |

### AFFIDAVIT OF JOSHUA D. DAVEY

JOSHUA D. DAVEY, being duly sworn, hereby deposes and says:

1. I am an attorney admitted to practice in North Carolina and a member of the law firm Helms Mulliss & Wicker, PLLC, counsel for Defendants Bank of America Corporation, Bank of America National Trust & Savings Association, Banc of America Securities LLC, Bank of America Securities Limited, Bank of America International, Ltd. and Bank of America, N.A ("Bank Defendants") in this action.

2. I make this affidavit in support of the Bank Defendants' motion for an order permitting me to appear in this action as counsel on behalf of the Bank Defendants *pro hac vice*.

3. As shown in the Certificates of Good Standing annexed hereto as Exhibit A, I am a member in good standing of the bar of North Carolina.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully requests that she be permitted to appear as counsel and advocate *pro hac vice* in this matter.

Joshua D. Davey

C858718.1

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

    I, Deborah A. Schneider, a Notary Public of said County and State, do hereby certify that Joshua D. Davey personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

    WITNESS my hand and official seal or stamp, this the 27th day of June 2007.

                                         *[signature]*
                                         Notary Public

My Commission Expires:

4.24.12

[SEAL OR STAMP]

{ DEBORAH A SCHNEIDER
  NOTARY PUBLIC
  Mecklenburg County, North Carolina }

C858718.1

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



*I, Christie Speir Cameron, Clerk of the Supreme Court of North Carolina, do hereby certify that on August 25, 2006, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to*

### *JOSHUA DAVEY*

*according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.*

*To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.*

*WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this        June 11, 2007        .*

*Christie Speir Cameron*
*Clerk of the Supreme Court*
*of the State of North Carolina*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re PARMALAT SECURITIES LITIGATION | : | MASTER DOCKET |
| | : | 04 MD 1653 (LAK) ECF Case |
| This Document Relates To:  1:06-cv-01768 | : | |
| 1:06-cv-01769 | : | |
| 1:06-cv-04449 | : | |
| 1:06-cv-04453 | : | |
| 1:06-cv-03805 | : | |
| 1:07-cv-03790 | : | |
| | : | |

**(PROPOSED) ORDER GRANTING MOTION TO ADMIT COUNSEL
<u>PRO HAC VICE</u>**

Defendants Bank of America Corporation, Bank of America National Trust & Savings Association, Banc of America Securities LLC, Bank of America Securities Limited, Bank of America International, Ltd. and Bank of America, N.A. ("Bank of America"), having moved for an Order admitting <u>pro hac vice</u> Joshua D. Davey for the purpose of representing Bank of America; and notice having been given to all counsel of record, and the Court having considered the moving papers and the Affidavits submitted in support thereof:

IT IS HEREBY ORDERED that Joshua D. Davey be and is hereby admitted <u>pro hac vice</u> for the purpose of representing Bank of America in this matter.

Dated:  July ___, 2007.

_____
LEWIS A. KAPLAN
United States District Judge