Thomas McC. Souther
A. Robert Pietrzak
Daniel A. McLaughlin
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
(212) 839-5599 (fax)

*Attorneys for Defendants Bank of America Corporation, Bank of America NT&SA, Banc of America Securities LLC, Banc of America Securities Limited, Bank of America International Limited and Bank of America, N.A.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

In re PARMALAT SECURITIES LITIGATION

MASTER DOCKET
04 MD 1653 (LAK) ECF Case

This Document Relates To: All Cases

**NOTICE OF MOTION
TO ADMIT COUNSEL PRO HAC VICE**

PLEASE TAKE NOTICE that, upon the annexed affidavit of David J. Lewis and the exhibits thereto, the undersigned will move this Court before the Honorable Lewis A. Kaplan, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York, David J. Lewis, admission *pro hac vice* to the bar of this Court on behalf of defendants Bank of America Corporation; Bank of America National Trust & Savings Association, Banc of America Securities LLC, Bank of America Securities Limited, Bank of America International, Ltd. and Bank of America, N.A.

Dated:   July 25, 2007.

SIDLEY AUSTIN LLP

By: _____
Rebecca F. Ebert

Thomas McC. Souther
A. Robert Pietrzak
Daniel A. McLaughlin
Rebecca F. Ebert


SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY  10019
(212) 839-5300
(212) 839-5599 (fax)

*Attorneys for Defendants Bank of America Corporation, Bank of America NT&SA, Banc of America Securities LLC, Banc of America Securities Limited, Bank of America International Limited and Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2007, I caused true and correct copies of the foregoing Notice of Motion to Admit Counsel *Pro Hac Vice*, Affidavits of Rebecca F. Ebert and David J. Lewis, and Proposed Order Granting Motion to Admit Counsel *Pro Hac Vice* to be served by email upon all parties.

_____
Rebecca F. Ebert

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re PARMALAT SECURITIES LITIGATION | : | MASTER DOCKET |
| | : | 04 MD 1653 (LAK) ECF Case |
| This Document Relates To: All Cases | : | |
| | : | AFFIDAVIT OF |
| | : | REBECCA F. EBERT |
| | : | |

STATE OF NEW YORK    )
                     ) s.s.:
COUNTY OF NEW YORK   )

    Rebecca F. Ebert, being duly sworn, hereby deposes and says:

    1.    I am an attorney admitted to practice in the State of New York and in this Court, and am associated with the law firm of Sidley Austin LLP, counsel for Defendants Bank of America Corporation; Bank of America National Trust & Savings Association, Banc of America Securities LLC, Banc of America Securities Limited, Bank of America International, Ltd. and Bank of America, N.A. ("Bank of America") in this action. I respectfully submit this affidavit in support of Bank of America's motion, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an order granting David J. Lewis admission *pro hac vice* to the bar of this Court on behalf of Bank of America.

    2.    I am a member in good standing of the bar of this Court.

    3.    David J. Lewis is a member in good standing of the bars of the State of Illinois and the District of Columbia. Mr. Lewis's affidavit, sworn to on July 24, 2007, with Certificates of Good Standing for the bars of the State of Illinois and the District of Columbia, is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that this Court grant Bank of America's motion for an order permitting David J. Lewis to appear *pro hac vice* on behalf of Bank of America.

_____
Rebecca F. Ebert

Subscribed and sworn to before me
this 25 day of July, 2007.

_____
Notary Public

SHERRY ROSSO
Notary Public, State of New York
No. 01RO49___
Qualified in New York County
Commission Expires 06/09/20 07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re PARMALAT SECURITIES LITIGATION

MASTER DOCKET
04 MD 1653 (LAK) ECF Case

This Document Relates To: All Cases

DISTRICT OF COLUMBIA ) ss:

**AFFIDAVIT OF DAVID J. LEWIS**

DAVID J. LEWIS, being duly sworn, hereby deposes and says:

1. I am an attorney admitted to practice in the State of Illinois and the District of Columbia and am a member of the law firm of Sidley Austin LLP, counsel for Defendants Bank of America Corporation, Bank of America National Trust & Savings Association, Banc of America Securities LLC, Banc of America Securities Limited, Bank of America International, Ltd. and Bank of America, N.A. ("Bank of America") in this action.

2. I make this affidavit in support of the Bank of America Defendants' motion for an order permitting me to appear in this action as counsel on behalf of the Bank of America Defendants *pro hac vice*.

3. As shown in the Certificates of Good Standing annexed hereto as Exhibits A and B, I am a member in good standing of the bars of the State of Illinois and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

NY1 6271925v.1

5.  Wherefore your affiant respectfully requests that he be permitted to appear as counsel and advocate *pro hac vice* in this matter.

_____
David J. Lewis

DISTRICT OF COLUMBIA

Sworn to and subscribed before me
this 24th day of July, 2007.

_____
Notary Public

JUNE FAITH JACKSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires December 14, 2008

NY1 6271925v.1

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

David John Lewis

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on October 30, 1973 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Tuesday, July 17, 2007.

*Juleann Hornyak*
Clerk



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

## DAVID J. LEWIS

was on the  25TH  day of  NOVEMBER, 1974  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 18, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk