**MEMO ENDORSED**

**SCANNED**

Thomas McC. Souther
A. Robert Pietrzak
Daniel A. McLaughlin
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
(212) 839-5599 (fax)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/07

*Attorneys for Defendants Bank of America Corporation, Bank of America NT&SA, Banc of America Securities LLC, Banc of America Securities Limited, Bank of America International Limited and Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re PARMALAT SECURITIES LITIGATION

MASTER DOCKET
04 MD 1653 (LAK) ECF Case

This Document Relates To:   All Cases

**NOTICE OF MOTION**
**TO ADMIT COUNSEL PRO HAC VICE**

PLEASE TAKE NOTICE that, upon the annexed affidavit of David J. Lewis and the exhibits thereto, the undersigned will move this Court before the Honorable Lewis A. Kaplan, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York, David J. Lewis, admission *pro hac vice* to the bar of this Court on behalf of defendants Bank of America Corporation; Bank of America National Trust & Savings Association, Banc of America Securities LLC, Bank of America Securities Limited, Bank of America International, Ltd. and Bank of America, N.A.



Granted
LEWIS A. KAPLAN, USDJ
9/4/07

Dated: July 25, 2007.

SIDLEY AUSTIN LLP

By: /s/ Rebecca F. Ebert
Rebecca F. Ebert

Thomas McC. Souther
A. Robert Pietrzak
Daniel A. McLaughlin
Rebecca F. Ebert

SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
(212) 839-5599 (fax)

*Attorneys for Defendants Bank of America Corporation, Bank of America NT&SA, Banc of America Securities LLC, Banc of America Securities Limited, Bank of America International Limited and Bank of America, N.A.*