UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re PARMALAT SECURITIES LITIGATION

This document relates to: 07 Civ. 3790

------------------------------------x

MASTER DOCKET
04 MD 1653 (LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

By order dated February 13, 2007, the Court noted the considerable disruption caused by the electronic misfiling and misdocketing of papers in this MDL. Among other things, it gave notice that the Court might impose sanctions for electronic filing errors occurring after March 1, 2007.

On May 29, 2007, John Cobb, Esq., electronically filed a joint stipulation as to fact discovery period in this case and on the master docket. He incorrectly docketed the paper in each case as a motion. This has been disruptive and, ultimately, needless efforts by court staff.

Accordingly, Mr. Cobb shall show cause, on or before September 19, 2007, why he should not be sanctioned by a fine of $100.

SO ORDERED.

Dated:   September 6, 2007

_____
Lewis A. Kaplan
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07