UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re PARMALAT SECURITIES LITIGATION

This document relates to: All Cases

------------------------------------------------------------x

MASTER DOCKET
04 MDL 1653(LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

  On or before September 11, 2007, counsel jointly shall advise the Court of the following:

  a. The number of actions in this MDL that were transferred to this district by the JPML

  b. The number of actions in this MDL that were commenced in this district

  c. The number of actions in this MDL that have been fully adjudicated.

  d. The number of actions in this MDL that presently are pending in this district.

  SO ORDERED.

Dated: September 5, 2007

/s/ Lewis A. Kaplan
_____
Lewis A. Kaplan
United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07
```