UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

In re PARMALAT SECURITIES LITIGATION

This document relates to: All Cases

------------------------------------x

MASTER DOCKET
04 MDL 1653(LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      The Court has considered the proposals of certain parties for so-called "threshold motions" in advance of the briefing and disposition of the coordinated summary judgment motion(s). It is not satisfied that any of these proposed motions offers a sufficient prospect of advancing the efficient and timely resolution of this matter to justify their filing prior to determination of summary judgment motion(s). Accordingly, none shall be filed prior to the disposition of all summary judgment motions absent leave of Court.

      In addition, the Court will not entertain separate motions to strike on evidentiary grounds evidence submitted in support of and in opposition to motions for summary judgment. Any admissibility questions involving such evidence may be raised as part of the briefing of the summary judgment motion(s).

      SO ORDERED.

Dated:    September 18, 2007

                                            Lewis A. Kaplan
                                            United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/07