# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re PARMALAT SECURITIES LITIGATION,<br><br>This document relates to: 07 CV 03790<br><br>---<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and JOHN HANCOCK INSURANCE COMPANY OF VERMONT,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION; a Delaware Corporation; BANK OF AMERICA, N.A., A National Banking Association with branch banks throughout the United States, including in Massachusetts; and BANC OF AMERICA SECURITIES LLC, a Delaware limited liability company,<br><br>Defendants. | MASTER DOCKET<br><br>04 MD 1653 (LAK)<br><br>SECOND AMENDED NOTICE OF DEPOSITION |

Please take notice that, pursuant to Fed. R. Civ. P. 30(b)(6), plaintiffs will take the deposition of defendants Bank of America Corporation, Banc of America Securities LLC, and Bank of America, N.A. (collectively "Bank of America"). Pursuant to Rule 30(b)(6), Bank of America shall designate one or more officers, directors or managing agents, or other persons who consent to testify on its behalf relating to the documents identified on Schedule A. The deposition will be held at the offices of Sidley & Austin LLP, located at 787 7th Avenue, New York, New York 10019. The deposition shall be recorded

stenographically, by videotape and through the instant visual display of testimony. The deposition will begin on October 10, 2007 at 9:30 a.m.

Dated: October 1, 2007

Respectfully submitted,

By: _____
Lauren Smith (Admitted Pro Hac Vice)

HENNIGAN, BENNETT & DORMAN LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017
(213) 694-1200 (Telephone)
(213) 694-1234 (Facsimile)

## SCHEDULE A

### Definitions and Instructions

1. "Bank of America" or "Bank of America defendants" means defendants Bank of America Corp., Banc of America Securities, LLC, and Bank of America, N.A., including (as defined by Local Rule 26.3(a)(5)) any of the foregoing entities' officers, directors, employees, partners, corporate parent, subsidiaries or affiliates.

2. "Affiliate" means each corporation, proprietorship, d/b/a, partnership, joint venture and business entity that, directly or indirectly, in whole or in part, owns or controls, is under common ownership or control with, or is owned or controlled by a person, party or entity, including each parent, subsidiary and joint venture of each person, party or entity.

3. "Document" shall be defined by Local Rule 26.3(c)(2).

4. "Concerning" shall be defined by Local Rule 26.3(c)(7).

5. "And," "or" and "and/or" shall be defined by Local Rule 26.3(d)(3).

6. "Person" shall be defined by Local Rule 26.3(c)(6).

7. "Including" means including without limitation.

8. "Representative" means any current or former officer, director, agent, employee, partner, joint venturer, attorney, consultant or other person acting for or on behalf of any other person.

9. "Parmalat" means Parmalat Finanziaria S.p.A., Parmalat S.p.A. and any of their subsidiaries and affiliated companies.

10. The relevant time period for the deposition topics is from January 1, 1994 to December 2003 (except as otherwise stated).

### Deposition Topic and Documents

1. Document entitled Banc of America Securities Debt Capital Markets Due Diligence Policy and Procedures dated March 1, 2002 bearing production numbers BOFA 1843764 through 1843916, attached as Exhibit 1 to the original notice; with specific reference to the portion of the document Bates No. BOFA 1843869 through 1843916, which was recently adjudged not protected by the attorney-client privilege by United States Magistrate Judge Pitman.

2. Document entitled Credit Approval Memorandum Modification dated October 9, 2002, bearing production numbers BOFA 2063474 through 2063527, attached as Exhibit 2 to the original notice.

632500

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2007, I, Olivette C. Sasser caused true and correct copies of the foregoing **SECOND AMENDED NOTICE OF DEPOSITION** to be served by mail upon:

Peter J. Covington
John H. Cobb
Matthew Hoefling
**Helms Mulliss & Wicker, PLLC**
201 North Tryon Street
P.O. Box 31247
Charlotte, NC 28202
HMWParmalatCounsel@hmw.com

*Counsel for* Bank of America

I hereby certify that on this 1st day of October, 2007, I, Olivette C. Sasser caused true and correct copies of the foregoing **SECOND AMENDED NOTICE OF DEPOSITION** to be served by electronic mail upon:

| FIRM | COUNSEL FOR |
|---|---|
| **Gilmartin, Poster & Shafto LLP**<br>845 Third Avenue<br>New York, NY 10022<br>Telephone: 212-425-3220<br>Fax: 212-425-3130<br><br>*EMAIL*:<br>Michael C. Lambert (mclambert@lawpost-nyc.com) | Banca Intesa |
| **Belin Lamson McCormick Zumbach Flynn**<br>A Professional Corporation<br>The Financial Center, 666 Walnut Street, Suite 2000<br>Des Moines, IA 50309-3989<br>Telephone: 515-243-7100<br>Fax: 515-558-0715<br><br>*EMAIL*:<br>Richard W. Lozier Jr. (rwlozier@belinlaw.com)<br>Mark E. Weinhardt (meweinhardt@belinlaw.com) | Bank of America |

| FIRM | COUNSEL FOR |
|---|---|
| **Helms Mulliss & Wicker, PLLC**<br>201 North Tryon Street,<br>P.O. Box 31247<br>Charlotte, NC 28202<br>Telephone: 704-343-2000<br>Fax: 704-343-2300<br><br>*EMAIL*:<br>HMWParmalatCounsel@hmw.com | Bank of America |
| **Sidley Austin LLP**<br>1501 K Street, N.W.<br>Washington, D.C. 20005-1401<br>Telephone: (202) 736-8000<br>Fax: (202) 736-8711<br><br>*EMAIL*:<br>SidleyParmalatCounsel@sidley.com | Bank of America |
| **Clifford Chance US LLP**<br>31 West 52nd Street<br>New York, NY 10019-6131<br>Telephone: 212-878-8000<br>Fax: 212-878-8375<br><br>*EMAIL*:<br>#NYCCliffordChanceParmalatCounsel@CliffordChance.com | Citigroup |
| **Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: 212-373-3000<br>Fax: 212-757-3990<br><br>*EMAIL*:<br>John F. Baughman (jbaughman@paulweiss.com) | Citigroup |

| FIRM | COUNSEL FOR |
|---|---|
| **Spector Roseman & Kodroff**<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: 215-496-0300<br>Fax: 215-496-6611<br><br>*EMAIL*:<br>Robert M. Roseman (rroseman@srk-law.com)<br>Andrew D. Abramowitz (aabramowitz@srk-law.com)<br>Rachel E. Kopp (rkopp@srk-law.com)<br>Richard A. Kraemer (rkraemer@srk-law.com) | Class Counsel - Plaintiffs |
| **Cohen, Milstein, Hausfeld & Toll, P.L.L.C.**<br>150 East 52nd Street<br>Thirtieth Floor<br>New York, NY 10022<br>Telephone: 212-838-7797<br>Fax: 212-838-7745<br><br>*EMAIL*:<br>CMHTParmalat@cmht.com | Class Counsel -- Plaintiffs |
| **Grant & Eisenhofer**<br>1201 North Market Street, Suite 2100<br>Chase Manhattan Center<br>Wilmington, DE 19801<br>Telephone: 302-622-7000<br>Fax: 302-622-7100<br><br>*EMAIL*:<br>Stuart M. Grant (sgrant@gelaw.com)<br>John C. Kairis (jkairis@gelaw.com)<br>James J. Sabella (jsabella@gelaw.com)<br>Diane T. Zilka (dzilka@gelaw.com) | Class Counsel -- Plaintiffs |

| FIRM | COUNSEL FOR |
|---|---|
| Herbert P. Minkel, Jr.<br>131 East 62nd Street<br>New York, NY 10021<br><br>*EMAIL:*<br>hminkel@nyc.rr.com | Counsel for Gerald K. Smith |
| **Allen & Overy**<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: 212-610-6300<br>Fax: 212-610-6399<br><br>*EMAIL:*<br>Michael Feldberg<br>   (michael.feldberg@newyork.allenovery.com)<br>Todd Fishman (todd.fishman@newyork.allenovery.com)<br>Lanier Saperstein<br>   (lanier.saperstein@newyork.allenovery.com)<br>Laura Martin<br>   (laura.martin@newyork.allenovery.com | CSFB |
| **Heller Ehrman**<br>333 Bush Street<br>San Francisco, CA 94104-2878<br>Telephone: 415-772-6000<br>Fax: 415-772-6268<br><br>**Heller Ehrman**<br>Times Square Tower, 7 Times Square<br>New York, NY 10036<br>Telephone: 212-832-8300<br>Fax: 212-763-7600<br><br>**Heller Ehrman**<br>1717 Rhode Island Avenue, NW<br>Washington, D.C. 20036<br>Telephone: 202-912-2000<br>Fax: 202-912-2020<br><br>*EMAIL for Heller Ehrman firm*:<br>HellerParmalatCounsel@hellerehrman.com | D&T SpA |

| FIRM | COUNSEL FOR |
|---|---|
| **Kirkland & Ellis**<br>200 East Randolph Drive<br>Chicago, IL 60601<br>Telephone: 312-861-2000<br>Fax: 312-861-2200<br><br>*EMAIL*:<br>Stephen R. Patton, P.C. (spatton@kirkland.com)<br>John F. Hartmann, P.C. (jhartmann@kirkland.com)<br>Michael A. Duffy (maduffy@kirkland.com) | D&T SpA |
| **Quinn Emanuel Urquhart Oliver & Hedges, LLP**<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: 213-443-3000<br>Fax: 213-443-3100<br><br>**Quinn Emanuel Urquhart Oliver & Hedges, LLP**<br>50 California Street, 22nd Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-6600<br>Fax: (415) 875-6700<br><br>**Quinn Emanuel Urquhart Oliver & Hedges, LLP**<br>51 Madison Avenue<br>New York, NY 10010-1601<br>Telephone: (212) 849-7000<br>Fax: (212) 849-7100<br><br>*EMAIL*:<br>quinnemanuelparmalatcounsel@quinnemanuel.com | Dr. Bondi |

| FIRM | COUNSEL FOR |
|---|---|
| **Davis Polk & Wardell**<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: 212-450-4000<br>Fax: 212-450-3800<br><br>***EMAIL***:<br>Deloitte.us.parmalat.counsel@dpw.com | DT USA LLP and DT LLP |
| **Mayer, Bown, Rose & Maw LLP**<br>71 S. Wacker<br>Chicago, IL 60606-4637<br>Telephone: 312-782-0600<br>Fax: 312-701-7711<br><br>***EMAIL***:<br>Alan N. Salpeter (asalpeter@mayerbrown.com)<br>Michele L. Odorizzi (modorizzi@mayerbrown.com)<br>Daniel L. Ring (dring@mayerbrownrowe.com)<br>Brian P. Hudak (bhudak@mayerbrownrowe.com) | DT USA LLP and DT LLP |
| **Kramer Levin Naftalis & Frankel LLP**<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: 212-715-9100<br>Fax: 212-715-8000<br><br>***EMAIL:***<br>KramerParmalatCounsel@kramerlevin.com<br>Ellen R. Nadler<br>Michael J. Dell<br>David S. Frankel<br>Jonathan A. Popolow<br>Timothy P. Harkness<br>Neil Pakrashi<br>Scott Ruskay-Kidd<br>Craig Siegel | DTT |

| FIRM | COUNSEL FOR |
|---|---|
| **Latham & Watkins LLP**<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071<br>Telephone: 213-485-1234<br>Fax: 213-891-8763<br><br>*EMAIL*:<br>Peter W. Devereaux (peter.devereaux@lw.com)<br><br>**Latham & Watkins LLP**<br>Sears Tower, Suite 5800<br>Chicago, IL 60606<br>Telephone: 312-876-7700<br>Fax: 312-993-9767<br><br>*EMAIL*:<br>Janet Malloy Link (janet.link@lw.com)<br>B. John Casey (john.casey@lw.com) | DTT |
| **Hughes Hubbard & Reed LLP**<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>Telephone: (212) 837-6778<br>Fax: (212) 422-4726<br><br>*EMAIL*:<br>Beatrice Aisha Hamza (hamza@hugheshubbard.com) | DTT Auditores Independentes |
| **Janvey, Gordon, Herlands, Randolph & Cox LLP**<br>355 Lexington Avenue, 10th Floor<br>New York, NY 10017-6603<br>Telephone: 212-986-1200<br>Fax: 212-983-0772<br><br>*EMAIL*:<br>Ralph S. Janvey (rjanvey@janveygordon.com) | Food Holdings Ltd., Dairy Holdings Ltd., Parmalat Capital Finance |
| **Beus Gilbert PLCC**<br>4800 N. Scottsdale Road, Suite 6000<br>Scottsdale, AZ 85251-7630<br>Telephone: 480-429-3000 and 800-888-2496<br>Fax: 480-429-3100<br><br>*EMAIL:*<br>L. Richard Williams (rwilliams@beusgilbert.com)<br>Bart Dewey (ddewey@beusgilbert.com)<br>Leo R. Beus (lbeus@beusgilbert.com)<br>Timothy J. Paris (tparis@beusgilbert.com)<br>Robert T. Mills (rmills@beusgilbert.com) | Gerald K. Smith |

| FIRM | COUNSEL FOR |
|---|---|
| Adam Anderson (aanderson@beusgilbert.com) | |
| **Winston & Strawn LLP**<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Telephone: 312-558-5600<br>Fax: 312-558-5700<br><br>**Winston & Strawn LLP**<br>200 Park Avenue<br>New York, NY 10166<br><br>*EMAIL*:<br>Howard M. Pearl (hpearl@winston.com)<br>Bruce R. Braun (bbraun@winston.com)<br>Linda T. Coberly (lcoberly@winston.com)<br>Louise Rembar Radin (lradin@winston.com)<br>Theodore Zane Polley III (tpolley@winston.com)<br>Chris Weller (cweller@winston.com)<br>Andrew DeVooght (adevooght@winston.com)<br>Kristin Mace (mmace@winston.com) | GT LLP |
| **Stroock & Stroock & Lavan LLP**<br>180 Maiden Lane<br>New York, NY 10038-4982<br>Telephone: 212-806-5400<br>Fax: 212-806-6006<br><br>*EMAIL*:<br>James L. Bernard (jbernard@stroock.com) | GTI |
| **Freeman, Freeman & Salzman, P.C.**<br>401 North Michigan Avenue, Suite 3200<br>Chicago, IL 60611-4207<br>Telephone: (312) 222-5100<br>Fax: (312) 822-0870<br><br>*EMAIL*:<br>John F. Kinney (jkinney@ffspc.com) | GTI |
| **Diamond McCarthy Taylor Finley & Lee, L.L.P.**<br>Two Houston Center, 909 Fannin, Suite 1500<br>Houston, TX 77010<br>Telephone: 713-333-5100<br>Fax: 713-333-5199<br><br>*EMAIL*:<br>Allan B. Diamond (adiamond@diamondmccarthy.com) | Parmalat Capital Finance |

| FIRM | COUNSEL FOR |
|---|---|
| **Diamond McCarthy Taylor Finley & Lee, L.L.P.**<br>1201 Elm Street, 34th Floor<br>Dallas, TX 75270<br>Telephone: 214-389-5300<br>Fax: 214-389-5399<br><br>*EMAIL*<br>J. Gregory Taylor (gtaylor@diamondmccarthy.com) | |
| **Kittredge, Donley, Elson, Fullem & Embick, LLP**<br>400 Market Street, Suite 200<br>Philadelphia, PA 19106-2513<br>Telephone: 215-829-9900<br>Fax: 215-829-9888<br><br>*EMAIL*:<br>Joseph M. Donley (jdonley@kdefe.com)<br>Christopher M. Brubaker (cbrubaker@kdefe.com) | Pavia e Ansaldo |
| **Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**<br>Chrysler Center, 666 Third Avenue<br>New York, NY 10017<br>Telephone: 212-935-3000<br>Fax: 212-983-3115<br><br>*EMAIL*:<br>Robert I. Bodian (rbodian@mintz.com) | Zini and Z&A |
| **Kasowitz, Benson, Torres & Friedman LLP**<br>1633 Broadway<br>New York, NY 10019<br>Telephone: 212-506-1700<br>Fax: 212-506-1800<br><br>*EMAIL*:<br>Andrew K. Glenn (aglenn@kasowitz.com)<br>David S. Rosner (drosner@kasowitz.com)<br>Michael M. Fay (mfay@kasowitz.com)<br>Michael P. Bowen (mbowen@kasowitz.com)<br>Christine A. Montenegro (cmontenegro@kasowitz.com)<br>Joshua S. Bauchner (jbauchner@kasowitz.com) | Hartford Life Insurance Company |

_____
*Lauren A. Smith*

State of California    )
                       ) ss
County of Los Angeles)

On October 1, 2007, before me, O. Sasser, Notary Public personally appeared Lauren A. Smith, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

_____
Notary Public

O. SASSER
Commission # 1518051
Notary Public - California
Los Angeles County
My Comm. Expires Oct 7, 2008