# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re PARMALAT SECURITIES LITIGATION : MASTER DOCKET
:
: 04 MD 1653 (LAK) ECF Case
This document relates to: 06-CV-3805 :
: **PLAINTIFF HARTFORD**
: **LIFE INSURANCE**
: **COMPANY'S AMENDED**
: <u>**NOTICE OF DEPOSITION**</u>
------------------------------------------------------------x

    PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, plaintiff Hartford Life Insurance Company will take the deposition of Bank of America Corporation, Banc of America Securities Limited, and Bank of America, N.A. (collectively "Bank of America"). Pursuant to Rule 30(b)(6), Bank of America is to designate one or more of its officers, agents, directors or managing agents, employees or other persons who consent to testify on its behalf as to matters known or reasonably available to them, with respect to each of the subject matters set forth in Schedule A.

    The deposition will begin at October 10, 2007 at 9:30 a.m. and will be held at the offices of Sidley & Austin LLP, located at 787 Seventh Avenue, New York, New York 10019.

1512493

The deposition will be recorded by stenographic, sound, and visual means.

Dated: New York, New York
      October 2, 2007

                                    KASOWITZ, BENSON, TORRES
                                    & FRIEDMAN LLP

                              By: *(signed)*
                                    Joshua S. Bauchner (JB-9106)

                                    1633 Broadway
                                    New York, New York 10019
                                    (212) 506-1700

                                    ATTORNEYS FOR PLAINTIFF
                                    HARTFORD LIFE INSURANCE
                                    COMPANY

# SCHEDULE A

## Definitions and Instructions

1. "Bank of America or "Bank of America defendants" means defendants Bank of America Corp., Banc of America Securities, LLC, and Bank of America, N.A., including (as defined by Local Rule 26.3(a)(5)) any of the foregoing entities' officers, directors, employees, partners, corporate parent, subsidiaries or affiliates.

2. "Affiliate" means each corporation, proprietorship, d/b/a, partnership, joint venture and business entity that, directly or indirectly, in whole or in part, owns or controls, is under common ownership or control with, or is owned or controlled by a person, party or entity, including each parent, subsidiary and joint venture of each person, party or entity.

3. "Document" shall be defined by Local Rule 26.3(c)(2).

4. "Concerning" shall be defined by Local Rule 26.3(c)(7).

5. "And," "or" and "and/or" shall be defined by Local Rule 26.3(d)(3).

6. "Person" shall be defined by Local Rule 26.3(c)(6).

7. "Including" means including without limitation.

8. "Representative" means any current or former officer, director, agent, employee, partner, joint venturer, attorney, consultant or other person acting for or on behalf of any other person.

9. "Parmalat" means Parmalat Finanziaria S.p.A., Parmalat S.p.A. and any of their subsidiaries and affiliated companies.

10. The relevant time period for the deposition topics is from January 1, 1994 to December 2003 (except as otherwise stated).

## Deposition Topic and Documents

Document entitled Banc of America Securities Debt Capital Markets Due Diligence Policy and Procedures, dated March 1, 2002, bearing production numbers BOFA 1843764 through 1843916.