UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re PARMALAT SECURITIES LITIGATION<br><br>This document relates to: 1:07 CV 3790 | **MASTER DOCKET**<br><br>04 MD 1653 (LAK) ECF Case<br><br>**DEFENDANTS' AFFIDAVIT OF SERVICE VIA CERTIFIED MAIL** |

Grant D. Goldenberg, being first duly sworn, deposes and says:

1. That I am an attorney who has been licensed to practice law in the State of North Carolina since 2002, was admitted Pro Hac Vice in this matter in 2006 and that my law firm serves as counsel of record for defendants Bank of America Corporation, Bank of America, N.A. and Banc of America Securities, LLC.

2. That on or about June 29, 2007, copies of a subpoena duces tecum issued to Barclays Capital, Inc. was deposited in the post office for mailing by certified mail, return receipt requested, to be delivered with the proper postage affixed, addressed as follows:

> Barclays Capital, Inc.
> Attn: Legal Department
> 200 Park Avenue
> New York, New York 10166

3. Process was in fact received by Barclays Capital, Inc. on July 3, 2007, as evidenced by the stamped Return Receipt 7007 0710 0002 0063 5103 attached and marked as Exhibit "A".

4.  That on or about June 29, 2007, copies of a subpoena duces tecum issued to Barclays Capital, Inc. was deposited in the post office for mailing by certified mail, return receipt requested, to be delivered with the proper postage affixed, addressed as follows:

>   Barclays Bank, PLC
>   Attn: Legal Department
>   200 Park Avenue
>   New York, New York 10166

5.  Process was in fact received by Barclays Bank, PLC on July 3, 2007, as evidenced by the stamped Return Receipt 7007 0710 0002 0063 5080 attached and marked as Exhibit "B".

6.  That on or about September 25, 2007, copies of a subpoena and Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) to Barclays Capital, Inc. and Barclays Bank, PLC was deposited in the post office for mailing by certified mail, return receipt requested, to be delivered with the proper postage affixed, addressed as follows:

>   Carolina deOnis
>   Barclays Bank, PLC
>   Barclays Capital, Inc.
>   200 Park Avenue
>   New York, New York 10166[1]

7.  Process was in fact received by Barclays Capital, Inc. and Barclays Bank, PLC on October 1, 2007, as evidenced by the signature card obtained from the United States Postal Service's website which is attached and marked as Exhibit "C".

---

[1] The individual and address identified by counsel for Barclays Capital, Inc. and Barclays Bank, PLC as being authorized to accept service of process on behalf of both entities.

I have read the foregoing and it is true and accurate to the best of my knowledge.

Dated: October 17, 2007

Respectfully submitted,

HELMS MULLISS & WICKER, PLLC

By: _____
William C. Mayberry
John H. Cobb
Grant G. Goldenberg
HELMS MULLISS & WICKER, PLLC
201 North Tryon Street
Charlotte, NC 28202
Telephone: (704) 343-2000
Facsimile: (704) 343-2300

*Attorneys for Defendants Bank of America Corporation, Banc of America Securities LLC, and Bank of America, N.A.*

OF COUNSEL:
J. Patrick Kennedy
BULKLEY, RICHARDSON AND GELINAS, LLP
One Post Office Square, Suite 3700
Boston, MA 02109

_____
Notary Public Jennifer B. Sawtell

My commission expires: May 15, 2012

[Seal]



## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Defendants' Affidavit of Service via Certified Mail was electronically served upon all parties registered with the Court's CM/ECF system in this matter and both electronically and via certified mail on counsel for non-parties Barclays Bank PLC and Barclays Capital, Inc. at the address listed below:

        Russell W. Jacobs
        Hughes Hubbard
        One Battery Park Plaza
        New York, NY 10004-1482
        (212) 837-6738
        jacobsr@HughesHubbard.com

_____
Grant D. Goldenberg