# EXHIBIT A

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]*    ☐ Agent   ☐ Addressee<br>B. Received by ( *Printed Name* )    C. Date of Delivery<br>V. Stevens    7/3/7 |
| 1. Article Addressed to:<br><br>Barclays Capital, Inc.<br>Attn: Legal Department<br>200 Park Avenue<br>New York, NY 10166 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>*[JUL 3 2007 postmark]*<br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7007 0710 0002 0063 5103 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |