# EXHIBIT C



**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 0390 0004 6282 5559
Status: Delivered

Your item was delivered at 12:50 PM on October 1, 2007 in NEW YORK, NY 10017.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

 **POSTAL INSPECTORS**
Preserving the Trust    site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy





**UNITED STATES**
**POSTAL SERVICE**

## Track/Confirm - Intranet Item Inquiry
### Item Number: 7005 0390 0004 6282 5559

**This item was delivered on 10/01/2007 at 12:50**



| | |
|---|---|
| **Signature:** | John Smith / John Smith |
| **Address:** | 200 Paul Banch[?] |

---

Enter Request Type and Item Number:

**Quick Search** ◉      **Extensive Search** ○

Explanation of Quick and Extensive Searches

[ Submit ]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.