# EXHIBIT A



Home | Help

# Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: 7005 0390 0004 6282 5559
Status: Delivered

Your item was delivered at 12:50 PM on October 1, 2007 in NEW YORK, NY 10017.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email. ( Go > )



POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .58 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.38 |

Postmark CHARLOTTE NC 25 2007 28219

Sent To: Carolina de Onis, Barclays Bank & Barclays Cap N
Street, Apt. No.; or PO Box No. 200 Park Avenue
City, State, ZIP+4 New York, NY 10166

PS Form 3800, June 2002     See Reverse for Instructions

7005 0390 0004 6282 5559

Direct Query - Intranet                                                                 Page 1 of 1



**Track/Confirm - Intranet Item Inquiry**
**Item Number: 7005 0390 0004 6282 5559**

**This item was delivered on 10/01/2007 at 12:50**



**Enter Request Type and Item Number:**

**Quick Search** ⦿      **Extensive Search** ○

Explanation of Quick and Extensive Searches

[ Submit ]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.