# EXHIBIT A

 **UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7005 0390 0004 6282 5559
Status: Delivered

Your item was delivered at 12:50 PM on October 1, 2007 in NEW YORK, NY 10017.

**Track & Confirm**
Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

### Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email. ( Go > )

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

10/10/2007

Direct Query - Intranet                                                                                          Page 1 of 1



**Track/Confirm - Intranet Item Inquiry**
**Item Number: 7005 0390 0004 6282 5559**

**This item was delivered on 10/01/2007 at 12:50**



**Enter Request Type and Item Number:**

**Quick Search** ⦿     **Extensive Search** ○

Explanation of Quick and Extensive Searches

[ Submit ]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.