# EXHIBIT A

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): V. Stevens   C. Date of Delivery: 7/3/7<br>D. Is delivery address different from Item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>[JUL 3 2007 stamp] |
| 1. Article Addressed to:<br><br>Barclays Capital, Inc.<br>Attn: Legal Department<br>200 Park Avenue<br>New York, NY 10166 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 0710 0002 0063 5103 |
| PS Form 3811, February 2004 | Domestic Return Receipt        102595-02-M-1540 |