| | |
|---|---|
| **From:** | Tom.O'Neill@barclayscapital.com |
| **Sent:** | Friday, October 11, 2002 7:40 AM |
| **To:** | lbkelly@jhancock.com |
| **Subject:** | FW: Parmalat USD '08 prospectus |
| **Attach:** | Parmalat USD '08.pdf |

Mr Kelly, This was requested by Bob Fink, Regards, Tom O'Neill
-----Original Message-----
From: Regis, Eugene: Research (LDN)
Sent: Friday, October 11, 2002 10:04 AM
To: O'Neill, Tom: High Grade Research (NYK)
Subject: Parmalat USD '08 prospectus



<<Parmalat USD '08.pdf>>

----------------------------------------------------------------
For more information about Barclays Capital, please
visit our web site at http://www.barcap.com.

Internet communications are not secure and therefore the Barclays
Group does not accept legal responsibility for the contents of this
message. Although the Barclays Group operates anti-virus programmes,
it does not accept responsibility for any damage whatsoever that is
caused by viruses being passed. Any views or opinions presented are
solely those of the author and do not necessarily represent those of the
Barclays Group. Replies to this email may be monitored by the Barclays
Group for operational or business reasons.
----------------------------------------------------------------

HANC 016482
Confidential



# PARMALAT CAPITAL FINANCE LIMITED

*(incorporated in the Cayman Islands with limited liability)*

## U.S.$500,000,000
## 6.625 per cent. Guaranteed Notes due 2008

### Guaranteed by
# PARMALAT S.p.A.
*(incorporated in the Republic of Italy with limited liability)*

### Issue Price 99.733 per cent.

Application has been made to list the Notes on the Luxembourg Stock Exchange.

Interest on the Notes is payable annually in arrear on the 13th August in each year, with the first payment being on 13th August, 1999. Payments on the Notes will be made without deduction for or on account of taxes of the Cayman Islands or the Republic of Italy to the extent described under "Terms and Conditions of the Notes — Taxation".

The Notes mature on 13th August, 2008. The Notes are subject to redemption in whole, at their principal amount, at the option of the Issuer at any time in the event of certain changes affecting taxes of the Cayman Islands or the Republic of Italy. See "Terms and Conditions of the Notes — Redemption and Purchase".

The Notes will initially be represented by a Temporary Global Note, without interest coupons, which will be deposited with a common depositary on behalf of the Cedel Bank and Euroclear systems on or about 13th August, 1998. The Temporary Global Note will be exchangeable for interests in a Global Note, without interest coupons, on or after a date which is expected to be 22nd September, 1998 upon certification as to non-U.S. beneficial ownership. The Global Note will be exchangeable for definitive Notes in bearer form in the denominations of U.S.$1,000, U.S.$10,000 and U.S.$100,000 each with Coupons attached only in certain limited circumstances. See "Summary of Provisions relating to the Notes while in Global Form".

The Notes have not been admitted, nor has application pursuant to applicable Italian securities laws been made for admittance of the Notes, to trading on the Italian Stock Exchange or listing on Telematico.

### Barclays Capital

| | |
|---|---|
| **Banca Commerciale Italiana** | **Banque Bruxelles Lambert S.A.** |
| **Bear, Stearns International Limited** | **Caboto Holdings SIM** |
| **Chase Manhattan International Limited** | **Credit Agricole Indosuez** |
| **Credit Suisse First Boston** | **Dresdner Kleinwort Benson** |
| **Merrill Lynch International** | **HSBC Markets** |
| **Greenwich Natwest** | **Paribas** |
| **SG** | **Warburg Dillon Read** |

7th August, 1998

HANC 016483
Confidential



John G. Stathis
Managing Director

Barclays Capital
200 Park Avenue
New York NY 10166

Tel +1 (212) 412 2324
Fax +1 (212) 412 2300

# BARCLAYS

December 2, 2002

Signature 5 L.P.
c/o John Hancock Life Insurance Company
200 Clarendon St., 57th Floor
Boston, MA  02117

Re:  Parmalat Capital Finance (the "Company")

In connection with the sale to John Hancock Life Insurance Company (including any affiliate thereof, or account or client managed thereby, "John Hancock") of certain of the securities issued by the Company (the "Notes"), the undersigned, being the duly authorized representative of (the "Seller"), (a) acknowledges that John Hancock (including its officers, directors, employees, attorneys and other agents) may possess material nonpublic information not known to the Seller regarding or relating to the Company and/or the Notes, (b) agrees that John Hancock shall have no liability whatsoever to the Seller with respect to the non-disclosure of such information, whether before or after the date hereof, and (c) irrevocably waives and releases all claims which the Seller might otherwise have with respect to the non-disclosure of such information, whether before or after the date hereof.

Very truly yours,

BARCLAYS CAPITAL INC.
By:
John Stathis

Barclays Capital Inc.

TOTAL P.01

HANC 000184