Market Share

Parmalat enjoys a strong market position in its main lines of business.

Set out below are the percentages of the group's sales by division and geographic area, as well as a break down of net operating profit and margin by division and by geographic area (in Bn lire- for the two years ended 31st December, 1996 and 31st December, 1997:

| Sales by geographic area | 1997 | 1997 | 1996 | 1996 | +/- | +/- |
|---|---|---|---|---|---|---|
| | Bn Lire | % | Bn Lire | % | Bn Lire | % |
| Europe ................................. | 2,742 | 48.45 | 2,698 | 49.37 | 44 | 1.63 |
| South America.. ................ ... | 2,646 | 46.77 | 2,523 | 46.17 | 123 | 4.88 |
| North America ....................... | 251 | 4.44 | 210 | 3.84 | 41 | 19.52 |
| Rest of the World................... | 19 | 0.34 | 34 | 0.62 | (15) | (44.12) |
| Total Sales ............................ | 5,658 | 100 | 5,465 | 100 | 193 | 3.53 |

| Sales by division | 1997 | 1997 | 1996 | 1996 | +/- | +/- |
|---|---|---|---|---|---|---|
| | Bn Lire | % | Bn Lire | % | Bn Lire | % |
| Milk products......................... | 3,360 | 59.38 | 3,263 | 59.71 | 97 | 2.97 |
| Vegetable products.................. | 725 | 12.81 | 683 | 12.50 | 42 | 6.15 |
| Fresh products. ..................... | 1,007 | 17.80 | 996 | 18.23 | 11 | 1.10 |
| Bakery................................... | 412 | 7.28 | 368 | 6.73 | 44 | 11.96 |
| Other..................................... | 154 | 2.73 | 155 | 2.83 | (1) | (0.65) |
| Total Sales ............................ | 5,658 | 100 | 5,465 | 100 | 193 | 3.53 |

| Net operating profit and margin by division | 1997 | 1997 | 1997 | 1996 | 1996 | 1996 |
|---|---|---|---|---|---|---|
| | Bn Lire | % | ROS*% | Bn Lire | % | ROS*% |
| Milk products............... | 297 | 63.33 | 8.8 | 291 | 61.91 | 8.9 |
| Vegetable products........ | 62 | 13.22 | 8.6 | 67 | 14.26 | 9.8 |
| Fresh products.............. | 88 | 18.76 | 8.7 | 91 | 19.36 | 9.1 |
| Bakery......................... | 20 | 4.26 | 4.9 | 18 | 3.83 | 4.9 |
| Other........................... | 2 | 0.43 | 1.3 | 3 | 0.64 | 1.9 |
| Net Operating Profit ..... | 469 | 100% | 8.3 | 470 | 100 | 8.6 |

----

* Net operating profit & margin by division

| Net operating profit and margin by geographic area | 1997 | 1997 | 1997 | 1996 | 1996 | 1996 |
|---|---|---|---|---|---|---|
| | Bn Lire | % | ROS*% | Bn Lire | % | ROS*% |
| Europe ............................. .... | 199 | 42.43 | 7.3 | 211 | 44.9 | 7.8 |
| South America....................... | 260 | 55.44 | 9.8 | 248 | 52.8 | 9.8 |
| North America ...................... | 9 | 1.92 | 3.6 | 9 | 1.9 | 4.3 |
| Rest of the World........ ............ | 1 | 0.21 | 5.3 | 2 | 0.4 | 5.9 |
| Net Operating Profit ............... | 469 | 100 | 8.3 | 470 | 100 | 8.6 |

The section below provides a brief description of Parmalat's activities in the various geographic areas.

27

HANC 004759

**Europe**

In the last few years, in order to conform to Maastricht guidelines, all EEC Countries have made various efforts to limit public debt and inflation. The consequences of this restrictive policy have been a decline in consumption and falling prices. In that context, brand labels and competitive discounts have gained consumer loyalty.

However, the group has maintained its sales in all the countries where it has operations, those being Italy, Portugal, Spain, France, Germany, Hungary, Romania, Ukraine, and Russia. In Italy, the Group's leading positions in relation to UHT milk sales has been maintained with the launch of a new milk product "Natura Premium". Its superior quality has been obtained with technology exclusively owned by the Group and its distinctive packaging.

Consumers are well aware of such innovations and this has allowed the Group to strengthen Parmalat's brand position on premium price milks and private labels in relation to the other competitors. Such an increase in sales necessarily requires an increase in production capacity, to ensure that the Group maintains and may seek to increase its market share.

The development of this new premium milk product will allow the group to protect its premium price which may enhance the profitability of the Group.

In Portugal, the Group maintained the same market positions for its various milk and juice products as in the previous year. In Spain, France and Germany where sales relate to the same products as are sold in Italy, sales have equalled those of the previous year. In Hungary the group has satisfactorily withstood the competition from German supermarket chains.

In Eastern Europe, Romania, Ukraine, and Russia the distribution difficulties have hampered the Group's development. However, for the years 1998 and 1999 and with additional financing by the EBRD, the Group is planning to buy and to set up plants to circumvent such distribution problems.

**South America**

Over the last three years, Parmalat's acquisition strategy has been concentrated in South America (especially Brazil), which offers opportunities for growth in the future as well as comparatively good margins. It accounted for 47 per cent. of consolidated sales in 1997 (up from 16.0 per cent. in 1992) and 55.0 per cent. of consolidated net operating margin and, is therefore, more significant than Parmalat's Italian operations.

In 1997 milk and fresh products made up 66.3 per cent. and 16.7 per cent. of total sales in South America.

Net sales in South America increased to 2,646 billion Lire in 1997 from 2,523 billion Lire in 1996, an increase of 4.9 per cent.

The chart below shows a summary of Parmalat's market shares in Brazil in 1997 and 1996 according to the most recent Nielsen statistics. Parmalat remained leader in the pasteurised milk sector and the UHT milk sector.

| Product | Market share 1997 | Market share 1996 | Market position |
|---|---|---|---|
| Pasteurised milk | 11.1% | 11.7% | Leader |
| UHT milk | 33% | 30.2% | Leader |
| UHT cream | 33.9% | 33.7% | Leader |
| Fruit juices | 51% | 52.4% | Leader |
| Yoghurt | 14.5% | 14.7% | III |

Source: Nielsen Retail October - November-97 for all the products but desserts and condensed milk, which come from Nielsen Consumer 12 months ending November-97 and Parmalat

HANC 004760

The Company has been considering diversification into other countries. In 1995, the Company acquired a 84.6 per cent. share of Venezuela's leading milk company, Indulac, with annual sales of U.S.$190 million. In December 1995 Parmalat acquired Frica, the Venezuelan leader for fruit juices and yoghurt with market shares of 36.0 per cent. and 72.7 per cent., respectively, and combined sales of U.S.$70 million in 1995. During 1996, the distribution networks of Indulac and Frica started to be integrated, with significant savings in fixed costs anticipated. Parmalat also has a very strong brand name in Venezuela.

The chart below summarizes Parmalat's market shares in Venezuela according to the most recent Information Research Inc. statistics and the Company's own estimates.

| Product | Market share 1997 | Market position |
|---|---|---|
| Powdered milk | 53.9% | Leader |
| Pasteurised milk | 20.3% | III |
| UHT milk | 61.6% | Leader |
| Condensed milk | 69.6% | Leader |
| Fruit juices | 43.7% | Leader |
| Yoghurt | 48.9% | Leader |

### North America

Parmalat has been present in the United States since the 1980's selling tomato products. In 1992, the Company entered the milk market with a view to introducing UHT milk—a new product for US customers as they traditionally drink pasteurised milk. Despite extensive advertising campaigns, Parmalat expects that it is likely to take another 10 years before the UHT market approaches 10.0 per cent. of the US market, of which it currently represents less than 1.0 per cent. However, it is hoped that market penetration will be greatly assisted by Parmalat Techolding's development of New UHT Milk.

In 1995, Parmalat entered the Mexican market acquiring a producer of UHT milk and derived products. The Company expects that growth prospects in this market will be good.

Sales in the United States and Mexico together accounted for 5.0 per cent. of consolidated sales in 1997 and 2.0 per cent. of net operating margin. Return on Sales was 3.6 per cent., still well below the Return on Sales of the other geographic regions.

In 1997 net sales increased to 251 billion Lire from 210 billion Lire for 1996, representing an increase of 19.0 per cent.

### Advertising

In recent years the market for processed milk in the developed countries has generally been characterised by fragmentation and maturity with few prospects for significant growth but a fairly stable level of consumption. Product differentiation is difficult, which makes the possession of an established brand a crucial factor in avoiding purely price-based competition. Parmalat's strategy has been to develop established brands across the markets in which it operates. In the Italian milk sector, in particular, Parmalat has been able to position itself as a recognised supplier of quality brands and accordingly has been able to obtain premium margins.

In Italy, the advertising budget is equivalent to 9.0 per cent. to 10.0 per cent. of turnover and is spent predominantly on television and various promotions. Elsewhere in the world the level of advertising is lower, with the exception of North America where Parmalat is still seeking to establish itself in the market and create name recognition for its milk.

All advertising expenses are recognised in the profit and loss account. A small amount of advertising cost is shown as being capitalised on Parmalat's balance sheet. This has resulted from the acquisition and consolidation of Giglio.

### Research and Development

Parmalat has a centrally based department of 40 people dedicated to developing new products and new technology. Once a new process or technology has been developed it is then sent to the appropriate production plants around the world for evaluation and to ensure that local conditions, of whatever nature, do not impact on the effectiveness of the application. In addition, some 30 people in Canada (acquired with the Canadian

29

HANC 004761

acquisitions completed in 1997, see further, "— Recent Developments") are involved in research and development and collaborate closely with the team based in Italy.

In March 1997 Parmalat launched New UHT Milk, which has a taste more closely resembling fresh milk, in Italy under the brand name Natura Premium. New UHT Milk is produced using technology developed by Parmalat Techoldings (formerly Dasi Corporation). The technology, which is owned by Parmalat, enables the raw milk to be processed into UHT milk at a lower temperature and with greater uniformity. New UHT Milk is sold on a limited scale and in limited amounts in certain markets, but Parmalat intends to implement this production process on a wider scale. Parmalat has developed a plastic bottle design to be used as a packaging alternative to the Tetra Brik cartons currently used and is developing machinery in connection with this product.

## Intellectual Property

Certain trademarks capitalised on the balance sheet have arisen through acquisitions.

In Italy and South America the most important brandname to the group is **"Parmalat"**. In Italy **"Parmalat"** is used on all products except cheese which is produced and sold either under the brand name **"Giglio"** or unbranded. In Europe and the United States most sales are under the "Parmalat" name. "Parmalat" is registered in all countries in which the company is active or might invest in the future.

In Brazil, Parmalat was licensed to produce yoghurt under the name of **"Yoplait"** until 1997. It has since negotiated the surrender of this licence and now produces yoghurt under the name of **"Parmalat"**.

In Italy, Parmalat is licensed to use the Weightwatchers brandname to sell wholly-skimmed milk. This agreement produces a satisfactory level of sales for Parmalat and is expected to continue for the foreseeable future.

The acquisitions in 1997 and 1998 of companies located in Canada and the United States has brought Parmalat new trademarks. See "— Recent Developments".

## Raw Materials

Raw materials are, with a few exceptions, sourced locally to each production facility. In Italy and Brazil, Parmalat's largest markets for milk products, milk is collected at collection centres. In Brazil, Parmalat runs its own collection centres. In Italy, local milk is only sufficient to meet approximately 60 per cent. of Parmalat's requirements. The balance is imported in roughly equal proportions from France and Germany. Approximately 80 per cent. of Parmalat's annual milk needs for Italy are met through requirements contracts, pursuant to which Parmalat is generally obliged to buy all the milk produced, and the remainder is purchased on the open market in Italy and in Europe. In most instances Parmalat maintains relationships directly with small farmers.

Parmalat owns two companies in Germany, one in Munich which collects milk for delivery directly to Italy, and the other in Berlin, where milk is both collected and processed into UHT milk, then sold to Italy. Parmalat also owns a company in France, which acts as a collection centre. In both Germany and France, price guidelines are published by state or local governmental authorities. In Germany, Parmalat has contracts with nine-year terms for the supply of milk. In France, Parmalat has no written supply contracts, but may not change suppliers until the second half of each year.

Milk production by Parmalat in Europe (other than Italy) is concentrated in Portugal and Hungary. In both countries milk comes from local farmers, cooperatives and the open market.

In Brazil, the consumption of milk is relatively constant throughout the year although the price of milk from producers is subject to seasonal fluctuations. In the summer, when it is wet, production is higher than during the winter when the weather is dryer. However, as the same factors affect the production of both pasteurised milk and UHT milk, Parmalat is able to pass any price increases to the consumer and protect its margins.

Parmalat owns approximately 160 collection centres in Brazil which serve as initial cleaning and refrigeration centres for the milk from the farms in their immediate vicinity. Parmalat collects milk in Brazil from approximately 35,000 farmers. Milk is then trucked to the production centres in 25 ton shipments for further processing and distribution. No single farm supplies Parmalat with more than 5 per cent. of its milk requirements in any country in South America. There are 22 plants used to process milk in Brazil, seven of which process UHT milk.

HANC 004762

to process milk which is collected from between 3,000 and 3,500 farmers.

Fruit pulp, used in the production of flavoured yogurt, is purchased on the open market.

In North America, milk is purchased from several large cooperatives which compete with one another, causing prices to be highly competitive. The cooperatives deliver milk directly to Parmalat's production plants. The main plants for milk processing in the United States are located in Michigan (for UHT milk) and Georgia (for pasteurised milk).

Tomato products are produced in Italy, Portugal and Argentina. Italy accounts for the majority of this production, with approximately 25.0 to 30.0 per cent. of the tomato products produced there being sold in Italy and the remainder being sold in other countries. Prices of raw tomatoes are set by the European Union just before harvesting.

Tomatoes processed in Portugal come from domestic farmers. Processing is conducted entirely at Parmalat's plant in Vila Franca de Xira.

A third centre of tomato production is located in Patagonia, Argentina, 1,800 kilometres from Buenos Aires, where land owned by Parmalat is used to grow tomatoes and other vegetables on a rotation basis. Forty thousand tons of tomato pulp is produced annually, which is a sufficient amount to supply all of Parmalat's tomato products requirements for the entire South American market. No major shortfalls have been experienced or are anticipated in this market.

Production of fresh orange juice in Italy is primarily sourced from Sicily and Calabria (for blood oranges). Orange concentrate is purchased primarily from importers in the Netherlands. Grapefruits for the production of fresh grapefruit juice, comes from Israel, and grapefruits for the production of grapefruit juice from concentrate come from the United States and Israel. Tropical fruits, for use in various drinks, are imported from around the world. Parmalat has the capacity to increase prices if costs rise as its competitors would be subject to the same factors.

Parmalat's largest supplier is Tetrapak which provides packing machinery and packaging. Tetrapak equipment is used in all Parmalat's production facilities where UHT products are processed. Combibloc is used in addition to Tetrapak in some production facilities although only a small portion of Parmalat's packaging utilises this alternative process.

## Competition

Parmalat's competitors with respect to milk products are generally private companies, local municipalities and private label producers in both Italy and Europe. With respect to fresh products, particularly yogurt, Parmalat competes both with local producers and large multinational companies. Parmalat's main competition in Italy is with respect to yogurt and comes from Danon and Yomo, who have roughly the same market share of between 14.0 and 20.0 per cent., depending on the period. In South America, the yogurt market is very competitive, and Parmalat ranks third in Brazil in terms of market share for yogurt behind Danon and Nestle.

With respect to fruit juice and vegetable business, Parmalat competes mostly with the major beverage producers and marketers. In Italy, Parmalat was market leader in fruit juices at the end of 1996 with 33.1 per cent. market share, followed by Zuegg with 22.6 per cent. market share. Parmalat's efforts in the bakery business are concentrated in Italy where it competes with the two market leaders, Barilla and Ferrero, who together account for over 60.0 per cent. of total sales in this market. Parmalat believes that the high quality of its products and general awareness of its brand name are important elements in helping Parmalat to maintain its market share in mature markets and grow in South America and other emerging markets.

## Employees

There are three main unions present in all of Parmalat's Italian plants. In South America the workforce is not heavily unionised. No major stoppages have occurred at any of Parmalat's production facilities in recent years and in Italy where such interruptions have taken place, they have generally resulted from industrial action in the food industry as a whole rather than from a specific dispute with Parmalat.

Parmalat considers its relationship with its employees to be good.

31

HANC 004763

## Litigation

Parmalat is involved from time to time in legal matters incidental to its business. In the opinion of Parmalat's Management, no litigation against Parmalat or any of its subsidiaries is currently proceeding, pending or threatened which would have, or is likely to have, a material impact on Parmalat or any of its subsidiaries.

However, a claim has been made by the liquidator of the company in which Parmalat previously owned a stake, and which it sold some years ago. The total value of the claim is approximately ITL 40 billion (excluding interest). Parmalat is vigorously challenging the action and is of the opinion that the claim has no merit. Should any award be made against Parmalat, Management believes that it will be for a sum significantly smaller than that claimed and will not have a material adverse effect on Parmalat.

In Brazil, two administrative proceedings against Parmalat Industria e Comercio de Laticinios Ltda. ("**Parmalat Ltda.**") are currently pending. One, initiated by the Secretary of the Treasury (Secretaria da Fazenda) of the State of Sao Paulo claims that Parmalat Ltda. failed to document expenses related to various tax credits during the year of 1991. The other, initiated by the Revenue Service (Receita Federal), alleges that Parmalat Ltda. (i) failed to withhold income tax on payments made to certain soccer players of the Palmeiras soccer team and (ii) did not accurately report expenses related to an agreement entered with such team. The total estimated value of these proceedings is Brazilian reais 39.7 million. Parmalat Ltda. is actively challenging these proceedings. Should any award be made against Parmalat, Management believes that it will be for a sum significantly smaller than that claimed and will not have a material adverse effect on Parmalat.

## Insurance

Parmalat does not self-insure and uses brokers to arrange all its insurance requirements which include product liability insurance. No significant claims have been made in recent years and Parmalat has not experienced any difficulties in obtaining appropriate insurance cover.

## Regulation/Consents

Given its involvement in the food industry, Parmalat is subject to a wide range of controls and regulations. To date Parmalat has had no difficulties in meeting these requirements and other than brief stoppages in Atlanta there has been no disruption to production.

As part of the production process checks are automatically made on the waste discharged. There are no material environmental issues outstanding.

## Management

### Board of Directors

The Board consists of at least three and no more than nine members at any one time The Board currently consists of seven members, each of whom has been elected by the shareholders at a General Meeting of Shareholders.

Board members are elected for a period of three years.

Board members may be appointed, or removed (*by "Per Giusta Causa"*), only by a resolution of shareholders in a general meeting.

The following summary provides certain information regarding the board members as of the date of this Offering Circular:

**Calisto Tanzi (aged 59), *Chairman and Chief Executive Officer***
Chairman and Chief Executive Officer, 1961 to present, Calisto Tanzi founded Parmalat in 1961. Mr. Tanzi was nominated "**Cavaliere del Lavoro**" in 1984, Italy's highest award for prominent businessmen. Mr. Tanzi is also the Chairman of Parmalat Finanziaria.

**Giovanni Tanzi (aged 54), *Vice Chairman***
Vice-Chairman, 1980 to present. After obtaining a degree in Biology in 1966 from Parma University he started working with his brother Calisto at Parmalat. From 1970 to 1973 he was responsible for product quality control. In 1973, he started the Company's first foreign operations in France, Germany and Brazil. Since 1976, Dr. Tanzi has been the Technical General Manager and today his responsibilities include logistics and purchasing for all group divisions. He is Vice-Chairman of Parmalat S.p.A. and of various other Parmalat foreign subsidiaries, and is a member of the Board of Parmalat Finanziaria.

32

HANC 004764

Domenico Barili (aged 64), *General Manager*

General Manager, 1980 to present. Mr. Barili received a law degree from the University of Parma in 1961. He began his professional career in marketing strategy. In 1963 he became a consultant to Parmalat and in the same year was hired as Sales Director. Mr. Barili has been Sales Director of Parmalat for 30 years. In addition to being General Manager and member of the board of Parmalat S.p.A., Mr. Barili is also a member of the Board of Parmalat Finanziaria.

Fausto Tonna (aged 46), *Chief Financial Officer*

Mr. Tonna received his degree in Accounting and Business Administration in 1971. He started working for Parmalat in 1972 with responsibility for the administration of subsidiary companies. In 1981, Mr. Tonna took charge of Parmalat's general accounting. In 1983 he was promoted to Administrative Manager and became responsible for the Company's planning and control department. In 1987 he was appointed Chief Financial Officer. Mr. Tonna is also Chairman of Coloniale s.r.l., and Director of Parmalat Finanziaria S.p.A. and of other companies in the Group.

Dr. Pier Giovanni Tanzi (aged 52), *Director*

Director, 1990 to present. Since 1982, Mr. Tanzi has been the Company's Chairman Secretary. He joined Parmalat in 1978 and for 10 years was the head of the advertising department. Between 1968 and 1972 he worked in the commercial department of Salvarani S.p.A., an Italian market leader in kitchen furniture.

Dr. Giuliano Panizzi (aged 38), *Director*

Dr. Panizzi was in charge of the corporate finance department of Akros. Previously, he was in the same position at Sige (IMI Group). In 1983 he received his degree in Business Administration.

Dr. Stefano Tanzi (aged 29), *Director*

Joined in 1993 working alongside his father. He received his degree in Business Administration from the University of Parma.

Dr. Francosco Giuffredi (aged 55), *Director*

Technical Director since 1990 and previously assistant to the Technical Director, Mr. Giuffredi joined Parmalat in 1981 and was given technical responsibilities. Between 1972 and 1981 Mr. Giuffredi worked for IN Snamprogetti (ENI Group). He received his degree in Industrial Chemistry in 1969 from The University of Parma. He is a Director of Parmalat Finanziaria and of other companies of the group.

Dr. Paola Visconti (aged 30), *Director*

Ms. Visconti joined the Parmalat group in 1996. She is responsible for the merger and acquisition division of the Parmalat group. She is a Director of Parmalat Finanziaria and of other companies of the group. Ms. Visconti received her degree in Business Administration from the University of Bologna.

HANC 004765

| *Other Key Personnel Officers* | *Age* | *Position Held* |
|---|---|---|
| Ugo Bianchi | 52 | EDP Director, 1972 to present. |
| Danilo Buffetti | 57 | Sales Director of the milk and vegetable products divisions, 1978 to present. He joined Parmalat in 1968 as a Sales Supervisor, and afterwards was responsible for one of Parmalat's distribution areas. |
| Leopoldo Cagnasso | 41 | Marketing Director of the vegetable products division, 1988 to present. He joined Parmalat in 1975 as Marketing Product Manager for juices and beverages. In 1980 he obtained his degree in Business Administration from the University of Parma. |
| Riccardo Carraglia | 63 | Director of Production and Research activities for the bakery products division, 1991 to present. Previously, for two years, he was Director of Programming and Planning. He joined Parmalat in 1974 and for 13 years served as Milk Production Director. Prior to joining Parmalat he served at Barilla as head of a production department. He holds a degree as an Industrial Engineer. |
| Armando Cirillo | 53 | Sales Director of fresh and bakery products division. Prior to that he was the Marketing Director of the vegetable products division. He joined Parmalat in 1980 as head of one of Parmalat's distribution areas. Previously, he had been at Buitoni-Perugina as District Manager for 12 years. |
| Gian Piero Convalle | 61 | Since 1972 he has been in charge of transportation management for Parmalat's products. |
| Achille Corvi | 60 | Marketing Director of the milk products division to present. He joined Parmalat in 1973 as head of the Company's distribution network in northern Italy. He is a Director of Centrale del Latte di Genova. |
| Giuseppe Dall'Asta | 54 | Director of Parmalat's purchasing department, 1980 to present. Prior to this he was in charge of raw materials supply. |
| Luigi Del Monte | 42 | In 1992 Mr. Del Monte was appointed Marketing Director of the bakery products division. He joined Parmalat in 1985 and until 1991 was the Product Manager of milk and cream products. Between 1982 and 1985 he was the Product Manager for the ice-cream division at Italgel (SME group) In 1981 he graduated from the University of Parma with a degree in Business Administration. |
| Luciano Del Soldato | 39 | Since 1989 Mr. Del Soldato has been responsible for the Company's overall accounting and control areas. In 1983 he joined Parmalat as head of planning and control. He is a member of the board of Giglio S.p.A. He received his degree in Business Administration from the University of Parma. |
| Franco Gorreri | 46 | Mr. Gorreri joined Parmalat in 1979 as head of the accounting department and was subsequently promoted to head of the treasury and finance area. He graduated with a degree in Political Science in 1976. |
| Gianni Grisendi | 46 | Mr. Grisendi has been Managing Director of Parmalat Brazil since 1989. He is also responsible for Parmalat's operations in Latin America. Mr. Grisendi started working for Parmalat S.p.A. in 1975 and in 1976 he took charge of Parmalat Brazil with responsibility for the commercial area. |

34

HANC 004766

| Officers | Age | Position Held |
|----------|-----|---------------|
| Enrico Guerci | 49 | Mr. Guerci joined Parmalat in 1987 as Sales Director. Prior to Parmalat he served FOA as Commercial Director and Fidam as Administrative Director. Previously, he worked for Eurofibre S.p.A. as Commercial Director. In 1972 he graduated from the University of Parma with a degree in Business Administration. |
| Giancarlo Mazzoni | 56 | Mr. Mazzoni joined Parmalat in 1978 as Marketing Director of the fresh products division. He was with Procter & Gamble (formerly Nelsen S.p.A.)as Sales Director from 1977 until 1978. Between 1968 and 1977, Mr. Mazzoni worked in the sales and marketing division of Barilla. He graduated from the University of Parma in 1967 with a degree in Business Administration. |

### Recent developments

During the first six months ended 30th June, 1997 Parmalat transferred its subsidiaries that conduct operations in Australia, Colombia and Ecuador (the "Transfer Entities") to Finanziaria. The Transfer Entities represented approximately 1.7 per cent. and 1.4 per cent. of the Group's net sales and assets, respectively, at and for the period ended 31st December, 1997. Consequently, the Consolidated Financial Statements at and for the six months ended 30th June, 1997 are not directly comparable to the Consolidated Financial Statements at and for the six months ended 30th June, 1996 and prior periods.

The Guarantor announced on 19th February, 1998 that it had acquired Sunnydale Farms Inc., ("Sunnydale"), a company located in the United States for approximately U.S.$12 million. Sunnydale had a turnover of some U.S.$145 million in 1997, and operates in the fresh milk business in New York.

Further, in February, 1998 the Parmalat Group acquired 99.99 per cent. of the share capital of Etti Produtos Alimenticios Ltda ("Etti"), a company located in Sao Paulo, Brazil, for approximately U.S.$52 million. Etti operates in the tomato derivatives sector and in 1997 had a turnover of approximately U.S.$130 million.

In March, 1998 the Group acquired the entire issued share capital of Towerkop Dairies (Pty) Ltd ("Towerkop") and Dun Robin Holdings (Pty) Ltd ("Dun Robin"), two companies located in South Africa. The cost was approximately Lit. 70 billion (including financial debt) for the two companies which operate in the milk, cheese, butter, yoghurt, desserts and fruit juice sectors in South Africa and which had a combined turnover of approximately Lit. 140 billion in 1997.

In addition, Parmalat acquired the entire share capital of Centrale del Latte di Monza for approximately Lit. 21 billion. The company operates in the milk and yoghurt sectors in North Italy and, in 1997, had a turnover in excess of Lit. 30 billion.

In April, 1998, the Group acquired 51 per cent. of the share capital of BATAVIA S.A., a company located in the south of Brazil. The cost of the acquisition was approximately U.S.$130 million, paid partially in cash to the sellers and partially through a cash injection into the company. BATAVIA S.A. operates in the milk, cheese, yoghurt, desserts and meat sectors in Brazil and, in 1997, had a turnover of approximately U.S.$350 million.

In July 1998, the Group acquired 62.8 per cent. of the share capital of Bonnita Holdings United, a company located in South Africa. The cost was approximately Lit. 119 billion. The Company operates in the milk, cheese, butter, yoghurt and fruit juice sector in South Africa and had a turnover of approximately Lit. 300 billion in 1997.

Finanziaria has recently concluded the takeover of the Australian company, Limited. The cost of the acquisition was approximately Lit. 471 billion. The Company operates in the dairy sector and had a turnover of approximately Lit. 670 billion in the last financial year. The closing is estimated for the second half of August.

HANC 004767

OTHER CONSIDERATIONS

*Prior to making an investment decision, prospective investors should carefully consider the following factors in conjunction with the other information contained in this Offering Circular before purchasing the Notes*

### Control by Parmalat Finanziaria

Parmalat Finanziaria owns all the capital stock of Parmalat and can cause Parmalat to take actions including the transfer of all or a portion of assets (including any subsidiary- to Parmalat Finanziaria, an affiliate of Parmalat Finanziaria or an unaffiliated entity. During the first six months of 1997, Parmalat transferred its subsidiaries that conduct operations in Australia, Columbia and Ecuador to Parmalat Finanziaria. Parmalat Finanziaria has caused the transfer of certain operations from Parmalat and may do so in the future. There can be no assurance that all or substantially all of the assets (including any subsidiary) of Parmalat will not be transferred to an affiliated or unaffiliated entity.

36

HANC 004768

CAPITALISATION OF PARMALAT S.p.A.

The table below sets forth the unaudited capitalisation of the Guarantor, prepared at 31st December, 1997.

| | 1997 |
|---|---|
| | *(Lire billions)* |
| Cash, cash equivalents and marketable securities ................................................................................ | 323 |
| Short-term debt ........................................................................................................................ | 721 |
| Long-term debt........................................................................................................................ | 773 |
| Total debt ................................................................................................................................ | 1,494 |
| Shareholders' equity: | |
| Share capital............................................................................................................................ | 680 |
| Share premium reserve and legal reserves.................................................................................. | 432 |
| Retained earnings ..................................................................................................................... | 25 |
| Total shareholders' equity ......................................................................................................... | 1,137 |
| Total capitalisation[1] .............................................................................................................. | 2,631 |

(1)  Includes short-term debt, long-term debt, minority interests and total shareholders' equity.

(2)  The authorised and issued fully paid-up share capital of the Guarantor is Lit 680 billion consisting of 680,000,000 ordinary shares each and with a nominal value of Lit. 1,000.

Except as disclosed in this Offering Circular there have been no material changes in the total capitalisation of the Guarantor since 31st December, 1997.

37

HANC 004769

AUDITORS' REPORT ON PARMALAT S.p.A.'s
~~FINANCIAL STATEMENTS~~

Revisione e                                    Grant Thornton S.p.A
Organizzazione Contabile
The Italian Member Firm of
Grant Thornton International

                              Auditors' report

To the shareholders of
PARMALAT S.p.A.
Via O. Grassi, 26
43044 - COLLECCHIO (PR)

We have audited the financial statements of PARMALAT S.p.A. for the year ended 31st December, 1997.

We conducted our audit in accordance with generally accepted auditing standards and, in compliance with these standards, we made reference to the statutory regulations on the basis of which financial statements are prepared and to the accounting principles issued by the *Consigli Nazionali dei Dottori Commercialisti e dei Ragionieri* which interpret and integrate these regulations.

With respect to the opinion expressed on the previous year's financial statements which are presented for comparative purposes, reference is made to our audit report thereon dated 26th May, 1997.

The financial statements of a number of subsidiaries were examined by other auditors who have transmitted to us their report. Our opinion expressed in this report, concerning the values of investments in subsidiaries which represent respectively 41% of this item and 18% of total assets, is also based on the work performed by other auditors.

In our opinion, the above mentioned financial statements give a true and fair view of the state of affairs of PARMALAT S.p.A. at 31st December, 1997 and of the results of its operations for the year then ended, in accordance with generally accepted accounting principles as outlined in paragraph 2 above.

As indicated in the supplementary note, the company has provided accelerated depreciation in the current and previous years for the sole purpose of obtaining taxation benefits.

The company holds majority interests shown in these financial statements at cost and accordingly has prepared group financial statements. This document which is supplementary to the company's financial statements was prepared in order to present more accurate information on the economic and financial position of the company and its subsidiaries. We have audited the consolidated financial statements which are enclosed herewith, together the relevant audit report.

Milan, 12th June, 1998                                    Grant Thornton S.p.A.

                              Maurizio Bianchi      Lorenzo Penca
                                     (Partners)

38

HANC 004770

SUMMARY AUDITED NON-CONSOLIDATED FINANCIAL STATEMENTS OF PARMALAT S.p.A.

## Balance Sheet

| | 1997 receivable within 12 months | 1997 receivable after more than 12 months | 31st December, 1997 | 1996 receivable within 12 months | 1996 receivable after more than 12 months | 31st December, 1996 |
|---|---|---|---|---|---|---|
| | | | (Lire) | | | |
| **(A) Amounts due from shareholders** | | | | | | |
| **(B) Non-current assets** | | | | | | |
| **I. Intangible fixed assets** | | | | | | |
| Deferred initial outlays | | | 4,553,542,356 | | | 5,861,517,200 |
| Research/develop./advert. costs | | | | | | |
| Industrial patents and intellectual property rights | | | | | | |
| Franchises, licences, trademarks and similar assets | | | 63,631,000 | | | 127,262,000 |
| Goodwill | | | 39,960,331,193 | | | 23,291,455,837 |
| Assets being developed and deposits | | | | | | |
| Other intangible fixed assets | | | | | | |
| Total intangible fixed assets | | | 44,577,504,549 | | | 29,280,235,037 |
| **II. Tangible fixed assets** | | | | | | |
| Land and buildings | | | 69,065,234,556 | | | 60,719,830,145 |
| Plant and machinery | | | 136,548,456,331 | | | 130,432,698,687 |
| Industrial and commercial equipment | | | 17,806,848,095 | | | 16,547,704,061 |
| Other fixed assets | | | 1,402,645,246 | | | 1,348,315,004 |
| Assets under construction and deposits | | | | | | 1,898,449,417 |
| Total tangible fixed assets | | | 224,823,184,228 | | | 210,946,997,314 |
| **III. Non-current financial assets** | | | | | | |
| Shareholdings in: | | | | | | |
| (a) subsidiaries | | | 2,305,144,603,196 | | | 1,393,021,506,363 |
| (b) affiliates | | | 4,772,939,911 | | | 3,528,270,989 |
| (c) parent companies | | | | | | |
| (d) other companies | | | 15,555,003,582 | | | 12,850,159,172 |
| Accounts receivable: | | | | | | |
| (a) subsidiaries | 118,045,013,527 | | 118,045,013,527 | 117,129,063,527 | | 117,129,063,527 |
| (b) affiliates | | | | | | |
| (c) parent companies | | | | | | |
| (d) other companies | | 3,385,935,303 | 3,385,935,303 | 13,056,309,000 | 387,135,667 | 13,443,444,667 |
| Other investments | | | 36,550,132,703 | | | 23,254,592,289 |
| Own shares | | | | | | |
| Total non-current financial assets | | | 2,483,453,628,222 | | | 1,563,227,037,007 |
| Total non-current assets (B) | | | 2,752,854,316,999 | | | 1,803,454,269,358 |
| **(C) Current assets** | | | | | | |
| **I. Inventory** | | | | | | |
| Raw, supplementary and ancillary materials | | | 63,420,963,240 | | | 49,291,339,186 |
| Semi-finished goods | | | | | | |
| Work in progress and products being made to order | | | | | | |
| Finished products and goods | | | 76,048,313,455 | | | 85,008,394,111 |
| Deposits paid | | | | | | 18,500,000,000 |
| Total inventory | | | 139,469,276,695 | | | 152,799,733,297 |
| **II. Accounts receivable** | | | | | | |
| From customers | 447,092,232,840 | | 447,092,232,840 | 551,360,781,742 | | 551,360,781,742 |
| From subsidiaries | 781,139,159,349 | | 781,139,159,349 | 667,437,562,374 | | 667,437,562,374 |
| From affiliates | 5,313,396,443 | | 5,313,396,443 | 8,456,033,182 | | 8,456,033,182 |
| From parent companies | | | | 1,000,000,000 | | 1,000,000,000 |
| From others | 60,375,780,605 | | 60,375,780,605 | 159,302,196,247 | | 159,302,196,247 |
| From other group companies | 879,072,650,804 | | 879,072,650,804 | 147,370,481,435 | | 147,370,481,435 |
| Bad and doubtful bad reserve | | | (17,611,462,883) | | | (18,469,243,935) |
| Total accounts receivable | | | 2,155,381,757,158 | | | 1,516,457,811,045 |
| **III. Current financial assets** | | | | | | |
| Shareholdings in subsidiary companies | | | | | | |
| Shareholdings in affiliates | | | | | | |
| Shareholdings in parent companies | | | | | | |
| Shareholdings in other companies | | | | | | |
| Own shares | | | — | | | — |
| Other investments | | | | | | |
| Total current financial assets | | | — | | | — |
| **IV. Cash** | | | | | | |
| Bank and post office accounts | | | 287,158,117,554 | | | 596,463,201,060 |
| Cheques | | | | | | |
| Cash in hand | | | 235,683,744 | | | 299,523,056 |
| Total cash | | | 287,393,801,298 | | | 596,762,724,116 |
| Total current assets (C) | | | 2,582,244,835,151 | | | 2,266,020,268,458 |
| **(D) Accrued income and prepaid expenses** | | | | | | |
| Accrued income and prepaid expenses | | | 27,283,332,326 | | | 43,393,391,471 |
| Discount on loans | | | | | | |
| Total accrued income and prepaid expenses (D) | | | 27,283,332,326 | | | 43,393,391,471 |
| Total assets | | | 5,362,382,484,476 | | | 4,112,867,929,287 |

HANC 004771

SUMMARY AUDITED NON-CONSOLIDATED FINANCIAL STATEMENTS OF PARMALAT S.p.A.

## Balance Sheet

| | payable within 12 months | 1997 payable after more than 12 months | 31st December, 1997 | payable within 12 months | 1996 payable after more than 12 months | 31st December, 1996 |
|---|---|---|---|---|---|---|
| | | | *(Lire)* | | | |
| **(A)  Net worth** | | | | | | |
| I.  Share capital ............. | | | 680,000,000,000 | | | 680,000,000,000 |
| II.  Share premium reserve...... | | | 290,000,000,000 | | | 290,000,000,000 |
| III.  Revaluation reserves... ... | | | 12,898,063,072 | | | 18,651,485,432 |
| IV.  Legal reserve ............ | | | 27,147,238,949 | | | 24,351,141,552 |
| V.  Reserve for own shares ...... | | | | | | |
| VI.  Statutory reserves ......... | | | | | | |
| VII.  Other reserves ............. | | | 102,077,736,593 | | | 100,712,860,023 |
| VIII.  Profits/(losses) brought forward | | | | | | |
| IX.  Net profits/(loss) for the year . | | | 25,465,107,884 | | | 27,960,973,967 |
| **Total net worth (A)**................ | | | 1,137,588,146,498 | | | 1,141,676,460,974 |
| **(B)  Provisions for risks and charges** | | | | | | |
| Provisions for termination of staff contracts and similar ........... | | | | | | |
| Tax reserve ................. | | | 3,472,163,158 | | | 3,357,838,791 |
| Other provision ................. | | | | | | |
| **Total provisions for risks and charges (B)** . | | | 3,472,163,158 | | | 3,357,838,791 |
| **(C)  Severance indemnity fund** ...... | | | 51,960,344,216 | | | 42,451,851,953 |
| **(D)  Accounts payable** | | | | | | |
| Debenture loans...................... | | | | | | |
| Convertible debenture loans ......... | | | | | | |
| Banks and financial institutions....... | 720,894,862,286 | 772,539,421,616 | 1,493,434,283,902 | 492,762,038,805 | 475,015,989,068 | 967,778,027,873 |
| Other providers of funds ............. | 198,696,351,356 | | 198,696,351,356 | 111,085,778,401 | | 111,085,778,401 |
| Deposits received..... .. ............ | | | | | | |
| Suppliers............................ | 336,091,414,360 | 4,278,391,145 | 340,369,805,505 | 294,073,104,255 | 7,045,499,956 | 301,118,604,211 |
| Eligible bills... .................... | | | | | | |
| Subsidiaries......................... | 1,772,483,883,453 | | 1,772,483,883,453 | 981,068,319,223 | | 981,068,319,223 |
| Affiliates............................ | 747,769,677 | | 747,769,677 | 2,415,029,073 | | 2,415,029,073 |
| Parent companies ................... | 38,179,847,502 | 200,000,000,000 | 238,179,847,502 | 161,164,158,257 | 267,890,347,222 | 429,054,505,479 |
| Fiscal liabilities .................... | 27,722,037,828 | 6,735,200,187 | 34,457,238,015 | 9,211,614,641 | | 9,211,614,641 |
| Social security and national insurance contributions ................... | 7,245,847,635 | | 7,245,847,635 | 5,704,194,791 | | 5,704,194,791 |
| Other accounts payable ....... ...... | 14,380,608,440 | | 14,380,608,440 | 34,099,792,026 | | 34,099,792,026 |
| Other Group companies ........... | 8,913,281,379 | | 8,913,281,379 | 31,064,309,173 | | 31,064,309,173 |
| **Total accounts payable (D)** ............. | | | 4,108,908,916,864 | | | 2,872,600,174,891 |
| **(E)  Accrued liabilities and deferred income** | | | | | | |
| Accrued liabilities and deferred income | | | 60,452,913,740 | | | 52,781,602,678 |
| Discount on loans .................... | | | | | | |
| **Total accrued liabilities and deferred income (E)** ................. | | | 60,452,913,740 | | | 52,781,602,678 |
| **Total liabilities and net worth** .... ... ... | | | 5,362,382,484,476 | | | 4,112,867,929,287 |

## CONTRA ACCOUNTS AND OTHER UNDERTAKINGS
### (viz. Art. 2427 parag. 9, Italian Civil Code)

| | As at 31st December, 1997 |
|---|---|
| | *ITL* |
| Bills discounted and presented for payment.................................................... | 790,636,987,062 |
| Leasing to be paid ............................................................................. | 34,693,782,408 |
| Guarantees issued to third parties: | |
| —in favour of parent companies ............................................................. | 40,000,000,000 |
| —in favour of subsidiaries.................................................................... | 2,457,245,657,529 |

40

HANC 004772

Income statement

| | 1997 | 1996 |
|---|---|---|
| | (Lire) | |
| **(A) Production value** | | |
| Revenues from sales and services rendered ........................ | 1,664,949,366,192 | 1,645,822,292,789 |
| Changes in semi-finished and finished goods ........ .......... | (11,025,425,082) | 3,317,129,732 |
| Changes in products being made in order ........................ | — | — |
| Internal work capitalised on fixed assets ........................ | 14,332,340,000 | 14,023,989,417 |
| Other revenues: | | |
| —sundry items.............................................. | 27,605,687,275 | 66,408,616,550 |
| —contributions received during the year ................... | — | — |
| Total production value (A) ......................................... | 1,695,861,968,385 | 1,729,572,028,488 |
| | | |
| **(B) Industrial and overhead expenses** | | |
| Raw, supplementary and ancillary materials and goods ... | (747,599,568,232) | (813,974,530,973) |
| Services received....................................................... | (508,911,024,823) | (531,975,079,846) |
| Enjoyment of third-party assets ................................... | (20,395,286,089) | (17,137,766,517) |
| Staff costs: | | |
| (a) salaries and wages............................................ | (108,294,934,211) | (85,732,675,289) |
| (b) social security contributions............................... | (40,197,138,642) | (32,092,209,560) |
| (c) severance indemnity .......................................... | (8,134,874,118) | (6,622,558,145) |
| (d) indemnity for termination of staff contracts | | |
| (e) other staff costs ............................................... | (2,198,323,291) | (2,122,545,467) |
| Depreciation, amortisation and devaluation: | | |
| (a) amortisation of intangible fixed assets .................. | (7,706,092,608) | (4,488,840,707) |
| (b) depreciation of tangible fixed assets .................... | (66,061,039,664) | (57,585,271,787) |
| (c) other devaluation of non-current assets................. | — | — |
| (d) provision for bad debts...................................... | (1,947,579,971) | (2,065,571,720) |
| Changes of inventory of raw, supplementary and ancillary materials and goods............................................. | 10,735,008,516 | (6,916,291,121) |
| Allocations to risk provisions: | | |
| Other provisions .................................................... | — | — |
| Sundry overhead expense ........................................ | (18,821,316,294) | (13,585,588,279) |
| Total industrial and overhead expenses (B) .................... | 1,519,532,169,427 | (1,574,298,929,411) |
| | | |
| **Difference between production value and expenses (A – B)** | 176,329,798,958 | 155,273,099,077 |

41

HANC 004773

|  | 1997 | 1996 |
|---|---|---|
|  | *(Lire)* | |
| **(C)  Financial revenues and charges** | | |
| Income from shareholdings: | | |
| —received from subsidiaries | 515,166,563 | 11,473,552,500 |
| —received from affiliates | 328,125,000 | |
| —received from other companies | | 328,125,000 |
| Other financial revenues: | | |
| (a)  from non-current receivables: | | |
| —received from subsidiaries | | |
| —received from affiliates | | |
| —received from parent companies | | |
| —received from other Group companies | | |
| —received from other companies | 77,458,856 | 319,813,479 |
| (b)  from non-current investments | 2,234,923,598 | 2,127,541,310 |
| (c)  from current investments | 56,472,824 | 2,872,855,156 |
| (d)  other revenues: | | |
| —received from subsidiaries | 102,270,217,397 | 84,464,498,833 |
| —received from affiliates | | |
| —received from parent companies | 4,029,260,201 | 6,017,573 |
| —received from other Group companies | 4,955,107,706 | 3,751,650,223 |
| —received from other companies | 154,892,178,039 | 139,802,015,635 |
| Interest expenses and other financial charges: | | |
| —paid to subsidiaries | (84,390,962,374) | (56,539,767,880) |
| —paid to affiliates | (3,732,446,131) | (6,004,225,576) |
| —paid to parent companies | (39,310,342,113) | (69,907,291,667) |
| —paid to other Group companies | (2,276,981,431) | (4,340,230,115) |
| —paid to other companies | (204,988,720,043) | (192,191,473,828) |
| **Total financial revenue and charges (C)** | (65,340,541,908) | (83,836,919,357) |
| **(D)  Adjustments made to value of financial assets** | | |
| Revaluation: | | |
| (a)  of shareholdings | | |
| (b)  of non-current financial assets | 442,147,131 | |
| (c)  of investments contained in current assets | | |
| Devaluation: | | |
| (a)  of shareholdings | (37,550,640,304) | (13,768,207,613) |
| (b)  of non-current financial assets | | |
| (c)  of investments contained in current assets | | |
| **Total adjustments made to value of financial assets (D)** | (37,108,493,173) | (13,768,207,613) |
| **(E)  Extraordinary revenues and charges** | | |
| Revenues: | | |
| —gains from disposal of assets | 6,768,140,206 | 70,359,200 |
| —sundry extraordinary income | 2,586,735,974 | |
| Expenses: | | |
| —loss on disposal of assets | (1,349,792,012) | (91,112,777) |
| —taxation for previous years | | |
| —sundry extraordinary charges | (12,660,759,762) | (1,167,643,390) |
| **Total extraordinary items** | (4,655,675,594) | (1,188,396,967) |
| **Pre-tax profits** | 69,225,088,283 | 56,479,575,140 |
| **Income taxes** | (43,759,980,399) | (28,518,601,173) |
| **Net profits/(loss) for the year** | 25,465,107,884 | 27,960,973,967 |

HANC 004774

AUDITORS' REPORT ON PARMALAT S.p.A.'s
CONSOLIDATED FINANCIAL STATEMENTS

Revisione e                          Grant Thornton S.p.A
Organizzazione Contabile
The Italian Member Firm of
Grant Thornton International

### Auditors' Report

To the shareholders of
PARMALAT S.p.A.
Via O. Grassi, 26
43044 – COLLECCHIO (PR)

We have audited the consolidated financial statements of PARMALAT S.p.A. for the year ended 31st December, 1997.

Our examination was made in accordance with generally accepted auditing standards and, in compliance with those standards, we made reference to generally accepted accounting principles issued by the Consigli Nazionali dei Dottori Commercialisti e dei Ragionieri.

With respect to the opinion expressed on the previous year's consolidated financial statements which are presented for comparative purposes, reference is made to our audit report thereon dated 26th May, 1997.

The financial statements of a number of subsidiaries which represent respectively 33% of aggregate total assets and 19% of aggregate sales, were examined by other auditors who furnished us with their reports. Our opinion, expressed in this report, with respect to the values relating to these companies included in the consolidation, are also based on the work performed by other auditors.

In our opinion, the above mentioned consolidated financial statements give a true and fair view of the state of affairs of the PARMALAT S.p.A. Group at 31st December, 1997 and of the results of its operations for the year then ended, in accordance with generally accepted accounting principles as outlined in the supplementary note to the consolidated financial statements.

Milan, 12th June, 1998                          Grant Thornton S.p.A.

Maurizio Bianchi      Lorenzo Penca
(Partners)

43

HANC 004775

## SUMMARY AUDITED FINANCIAL STATEMENTS OF PARMALAT S.p.A.

### PARMALAT S.p.A. CONSOLIDATED

| | 1997 Balance Sheet — Assets | | | 1996 Balance Sheet — Assets | | |
|---|---|---|---|---|---|---|
| | Within 12 months | Over more than 12 months | 31st December, 1997 | Within 12 months | Over more than 12 months | 31st December, 1996 |
| | | | (Lire) | | | |
| (A) Amounts due from shareholders .............. | | | 407,881,648 | | | 256,001,759 |
| (B) Non-current assets | | | | | | |
| I. Intangible assets | | | | | | |
| Deferred initial outlays | | | 78,779,302,974 | | | 45,049,974,254 |
| Research/develop./advert. costs............ | | | 23,776,925,335 | | | 15,724,321,310 |
| Industrial patents and intellectual property rights ................... | | | 10,608,317,007 | | | 10,966,003,887 |
| Franchises, licences, trademarks and similar assets ................... | | | 60,382,495,152 | | | 56,467,629,171 |
| Goodwill ............... | | | 128,736,710,902 | | | 86,331,611,799 |
| Assets being developed & deposits .............. | | | 84,388,948 | | | 29,839,760 |
| Other intangible assets | | | | | | |
| – Goodwill due to consolidation........ | | | 104,897,810,344 | | | 110,521,066,885 |
| – Value of Sports Associations' sportsmen ............ | | | 99,375,858,888 | | | 101,725,757,377 |
| – Other intangible assets | | | 16,774,300,534 | | | 25,620,209,413 |
| Total intangible assets ......... | | | 523,416,111,084 | | | 452,436,413,856 |
| II. Tangible fixed assets | | | | | | |
| Land and buildings ....... | | | 576,016,272,496 | | | 486,688,884,517 |
| Plant and machinery...... | | | 1,159,460,582,356 | | | 883,881,715,681 |
| Industrial and commercial equipment ................. | | | 76,775,538,206 | | | 70,549,672,703 |
| Other fixed assets ......... | | | 81,923,616,648 | | | 63,072,092,251 |
| Assets under construction & deposits................. | | | 44,487,576,829 | | | 27,817,575,556 |
| Total tangible fixed assets ..... | | | 1,938,663,586,535 | | | 1,532,009,940,708 |
| III. Non-current financial assets | | | | | | |
| Shareholdings in: | | | | | | |
| (a) subsidiaries ........... | | | 2,168,078,630 | | | 2,623,537,406 |
| (b) affiliates .............. | | | 15,504,981,167 | | | 46,643,925,861 |
| (c) parent companies | | | | | | |
| (d) others ................. | | | 29,562,717,714 | | | 21,966,909,551 |
| Accounts receivable: | | | | | | |
| (a) subsidiaries ......... | | | | | | |
| (b) affiliates ......... ..... | | | | | | |
| (c) parent companies | | | | | | |
| (d) others ............... | 11,760,343,111 | 16,036,000,951 | 27,796,344,062 | 20,183,170,525 | 11,698,920,672 | 31,882,091,197 |
| Other investments ..... | | | 290,034,256,657 | | | 53,679,983,622 |
| Own shares.. ... ... ... | | | | | | |
| Total non-current financial assets............................ | | | 365,066,378,230 | | | 156,796,447,637 |
| Total non-current assets (B)... | | | 2,827,146,075,849 | | | 2,141,242,802,201 |

HANC 004776

|  | 1997 Balance Sheet — Assets | | | 1996 Balance Sheet — Assets | | |
|---|---|---|---|---|---|---|
|  | Within 12 months | Over more than 12 months | 31st December, 1997 | Within 12 months | Over more than 12 months | 31st December, 1996 |

*(Lire)*

**(C) Current assets**

**I. Inventory**

| | | |
|---|---|---|
| Raw, supplementary and ancillary materials...... | 268,309,272,438 | 298,322,857,908 |
| Semi-finished goods .... | | |
| Work in progress and products being made to order................. ... | | |
| Finished products and goods ..................... | 293,015,328,423 | 343,753,485,072 |
| Deposits paid .......... | 15,804,498,735 | 10,545,438,751 |
| Inventory depreciation fund.......... .......... | (1,009,352,417) | (2,110,954,588) |
| **Total inventory** .............. | **576,119,747,179** | **650,510,827,143** |

**II. Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| From customers ........1,409,138,682,479 | 13,581,370,534 | 1,422,720,053,013 | 1,350,743,262,081 | 3,012,176,531 | 1,353,755,438,612 |
| From subsidiaries....... 37,681,467 | | 37,681,467 | 3,193,128,947 | | 3,193,128,947 |
| From affiliates.......... 6,339,666,315 | | 6,339,666,315 | 8,956,234,327 | | 8,956,234,327 |
| From parent companies 8,284,521,869 | | 8,284,521,869 | 1,744,804,057 | | 1,744,804,057 |
| From others ........ ... 357,426,876,917 | 15,955,209,057 | 373,382,085,974 | 235,531,010,202 | 8,375,286,538 | 243,906,296,740 |
| From other Group companies ........ ...... 26,313,045,440 | | 26,313,045,440 | | | |
| Bad and doubtful debt reserve ................... | | (65,110,607,521) | | | (49,467,855,000) |
| **Total accounts receivable** | | **1,771,966,446,557** | | | **1,562,088,047,683** |

**III. Current financial assets**

| | | |
|---|---|---|
| Shareholdings in subsidiary companies... | | |
| Shareholdings in affiliates ................ | | |
| Shareholdings in parent companies .............. | | |
| Shareholdings in other companies .............. | 19,085,189,863 | 10,120,905 |
| Own shares ............ . | | |
| Other investments ...... | 837,831,086,114 | 348,369,326,368 |
| **Total current financial assets** | **856,916,275,977** | **348,379,447,273** |

**IV. Cash**

| | | |
|---|---|---|
| Bank and post office accounts ............... | 1,657,154,748,597 | 997,035,063,722 |
| Cheques............. .... | 223,368,190,280 | 94,593,664,306 |
| Cash in hand............ | 32,594,799,023 | 38,783,045,371 |
| **Total cash**.................... | **1,913,117,737,900** | **1,130,411,773,399** |
| **Total current assets (C)......** | **5,118,120,207,613** | **3,691,390,095,498** |

**(D) Accrued income and prepaid expenses...... .**

| | | |
|---|---|---|
| Accrued income and prepaid expenses........ | 163,991,748,095 | 117,357,211,273 |
| Discount on loans ...... | | |
| **Total accrued income and prepaid expenses (D)** ........ | **163,991,748,095** | **117,357,211,273** |
| **Total assets** ........ .......... | **8,109,665,913,205** | **5,950,246,110,731** |

45

HANC 004777

| | 1997 Balance Sheet — Assets | | | 1996 Balance Sheet — Assets | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Within 12 months | Over more than 12 months | 31st December, 1997 | Within 12 months | Over more than 12 months | 31st December, 1996 |
| | *(Lire)* | | | | | |
| (A) Net worth | | | | | | |
| I. Share capital . . . . . . . . . . | | | 680,000,000,000 | | | 680,000,000,000 |
| II. Share premium reserve. | | | 290,000,000,000 | | | 290,000,000,000 |
| III. Revaluation reserves... | | | 12,898,063,072 | | | 18,651,485,432 |
| IV. Legal reserve . . . . . . . . . . | | | 27,147,238,949 | | | 24,351,141,552 |
| V. Reserve for own shares | | | | | | |
| VI. Statutory reserves. . . . . . | | | | | | |
| VII. Other reserves. . . . . . . . . | | | 680,573,734,433 | | | 514,301,800,364 |
| VIII. Profits/(losses) brought forward . . . . . . . . . . . . . . . . | | | | | | |
| IX. Net profits/(loss) for the year . . . . . . . . . . . . . . . . . | | | 226,030,116,588 | | | 213,209,581,594 |
| Total net worth (A). . . . . . . . . | | | 1,916,649,153,042 | | | 1,740,514,008,942 |
| Minority interests net worth. . . . . . . . . . . . . . . . | | | 715,569,650,559 | | | 109,753,354,402 |
| Minority interest net profit/(loss) . . . . . . . . . . . | | | (3,742,250,233) | | | 1,724,205,985 |
| (B) Provisions for risks and charges | | | | | | |
| Provision for termination of staff contracts and similar . . | | | 1,537,614,540 | | | 3,700,053,441 |
| Tax reserve . . . . . . . . . . . . . | | | 4,975,444,269 | | | 4,493,503,908 |
| Other provisions . . . . . . . | | | 64,362,848,526 | | | 39,570,387,476 |
| Total provisions for risks and charges (B). . . . . . . . . . . . . . . . . . | | | 70,875,907,335 | | | 47,763,944,825 |
| (C) Severance indemnity fund . . . . . . . . . . . . . . . . . . . | | | 76,889,174,395 | | | 73,168,670,218 |
| (D) Accounts payable . . . . . | | | | | | |
| Debenture loans . . . . . . . | | | | | | |
| Banks and financial institutions . . . . . . . . . . . . | 924,546,973,657 | 2,330,722,084,662 | 3,255,269,058,319 | 550,776,524,783 | 1,171,373,565,301 | 1,722,150,090,084 |
| Other providers of funds | 198,696,351,356 | | 198,696,351,356 | 114,348,940,245 | 56,789,655,937 | 171,138,596,182 |
| Deposits received . . . . . . | 1,472,329,459 | 27,025,064 | 1,499,354,523 | 578,404,241 | | 578,404,241 |
| Suppliers . . . . . . . . . . . . . . | 971,633,977,677 | 27,580,985,511 | 999,214,963,188 | 1,101,460,822,839 | 20,895,634,616 | 1,122,356,457,455 |
| Eligible bills. . . . . . . . . . . | 11,934,868,780 | 20,128,428,667 | 32,063,297,447 | 18,635,456,437 | 2,236,126,675 | 20,871,583,112 |
| Subsidiaries . . . . . . . . . . . | 1,357,686,860 | | 1,357,686,860 | | | |
| Affiliates . . . . . . . . . . . . . . | 36,652,256,523 | | 36,652,256,523 | 18,876,295,034 | | 18,876,295,034 |
| Parent companies . . . . . . | 226,754,704,300 | 200,000,000,000 | 426,754,704,300 | 327,299,952,939 | 267,890,347,222 | 595,190,300,161 |
| Fiscal liabilities . . . . . . . . | 139,933,963,886 | 23,573,019,291 | 163,506,983,177 | 104,167,555,487 | 23,796,174,568 | 127,963,730,055 |
| Social security and national insurance contributions. . . . . . . . . . . | 25,104,204,679 | 3,655,239,595 | 28,759,444,274 | 26,491,891,730 | | 26,491,891,730 |
| Other accounts payable | 75,747,087,869 | 3,514,312,220 | 79,261,400,089 | 57,430,666,137 | 9,229,072,873 | 66,659,739,010 |
| Other Group companies | 187,074,303 | | 187,074,303 | | | |
| Total accounts payable (D). . | | | 5,223,222,574,359 | | | 3,872,277,087,064 |
| (E) Accrued liabilities and deferred income. . . . . . . . | | | 110,201,703,748 | | | |
| Accrued liabilities and deferred income. . . . . . . . | | | | | | 105,044,839,295 |
| Discount on loans. . . . . . | | | | | | |
| Total accrued liabilities and deferred income (E). . . . . . . . . | | | 110,201,703,748 | | | 105,044,839,295 |
| Total liabilities and net worth | | | 8,109,665,913,205 | | | 5,950,246,110,731 |

### Contra Accounts and other undertakings (Art. 2427 n. 9)

| | 1997 |
| --- | --- |
| | ITL |
| Bills discounted and presented for payment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 908,409,204,226 |
| Leasing to be paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 203,044,965,116 |
| Guarantees issued to third parties: | |
| — in favour of other companies. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 122,304,031 |
| — in favour of parent company . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40,000,000,000 |

46

HANC 004778

PARMALAT S.p.A. CONSOLIDATED

Income Statement

| | 12 months ended 31st December, 1997 | 12 months ended 31st December, 1996 |
|---|---|---|
| | *(Lire)* | |
| **(A) Production value** | | |
| Revenues from sales and services rendered............. | 5,658,464,367,708 | 5,464,676,498,128 |
| Changes in inventory of semi-finished and finished goods | (50,457,208,247) | 108,948,475,398 |
| Changes in work in progress ......................................... | | |
| Internal work capitalised on fixed assets ...................... | 30,271,443,653 | 29,106,045,942 |
| Other revenues: | | |
| —sundry items ..................................................... | 117,220,120,319 | 93,900,081,625 |
| —contributions received during the year ................... | 27,777,945,868 | 35,105,040,057 |
| Total production value (A) ......................................... | 5,783,276,669,301 | 5,731,736,141,150 |
| | | |
| **(B) Industrial and overhead expenses** | | |
| Raw, supplementary and ancillary materials and goods .. | (2,943,423,933,345) | (3,084,148,197,260) |
| Services received .................................................... | (1,268,261,112,073) | (1,262,688,083,550) |
| Enjoyment of third-party assets.................................... | (91,092,819,808) | (81,297,103,681) |
| Staff costs: | | |
| (a) salaries and wages ........................................... | (448,715,131,356) | (422,314,470,422) |
| (b) social security contributions .............................. | (150,139,347,286) | (141,184,130,723) |
| (c) severance indemnity.......................................... | (22,895,659,081) | (17,975,831,799) |
| (d) indemnity for termination of staff contracts.......... | (534,154,102) | (1,261,670,263) |
| (e) other staff costs .............................................. | (27,033,481,602) | (24,718,268,057) |
| Depreciation, amortisation and devaluation: | | |
| (a) amortisation of intangible fixed assets ................. | (68,685,724,760) | (58,804,584,743) |
| (b) depreciation of tangible fixed assets .................... | (119,695,332,053) | (104,648,858,407) |
| (c) other devaluation on non-current assets................ | (2,149,801) | — |
| (d) provision for bad debts ..................................... | (24,353,956,914) | (6,802,504,084) |
| Changes in inventory of raw, supplementary and ancillary | | |
| materials and goods ................................................ | (27,020,176,528) | 24,843,590,653 |
| Allocation to risk provisions ...................................... | (18,891,983,321) | (24,520,638,243) |
| Other provisions ..................................................... | (18,748,689,046) | (4,530,651,350) |
| Sundry overhead expenses ......................................... | (65,114,068,793) | (52,081,618,184) |
| Total industrial and overhead expenses (B)................... | (5,314,607,719,869) | (5,262,133,020,113) |
| Difference between production value and expenses (A-B). | 468,668,949,432 | 469,603,121,037 |

47

HANC 004779

| | 12 months ended 31st December, 1997 | 12 months ended 31st December, 1996 |
|---|---|---|
| | *( Lire )* | |
| **(C) Financial revenues and charges** | | |
| Income from shareholdings: | | |
| —received from subsidiaries | — | 91,272,499 |
| —received from affiliates | 1,334,164,458 | 2,987,412,913 |
| —received from other companies | 146,954,430 | 110,343,502 |
| Other financial revenues | | |
| (a) from non-current receivables: | | |
| —received from subsidiaries | | |
| —received from affiliates | | |
| —received from parent companies | | |
| —received from other Group companies | | |
| —received from other companies | 9,893,165,690 | 323,561,243 |
| (b) from "non-current investments" | 4,940,762,938 | 4,474,342,541 |
| (c) from "current investments" | 20,192,553,742 | 5,204,046,766 |
| (d) other revenues: | | |
| received from subsidiaries | | |
| —received from affiliates | | |
| —received from parent companies | 12,365,042,202 | 164,832,491 |
| —received from other Group companies | 416,655,679 | |
| —received from other companies | 221,698,676,309 | 192,775,938,089 |
| Interest expenses and other financial charges: | | |
| —paid to subsidiaries | | |
| —paid to affiliates | (3,732,446,130) | (6,004,225,576) |
| —paid to parent companies | (56,925,507,286) | (69,977,968,894) |
| —paid to other Group companies | | |
| —paid to other companies | (331,747,052,415) | (253,055,275,508) |
| **Total financial revenues and charges (C)** | (121,417,030,383) | (122,905,719,934) |
| | | |
| **(D) Adjustments made to value of financial assets** | | |
| Revaluation: | | |
| (a) of shareholdings | | |
| (b) of non-current financial assets | 3,928,429,056 | 455,639,464 |
| (c) of investments contained in current assets | 686,974,891 | |
| Devaluation: | | |
| (a) of shareholdings | (248,815,992) | (88,953,659) |
| (b) of non-current financial assets | (11,623,011,009) | (63,621,041) |
| (c) of investments contained in current assets | (543,873,377) | |
| **Total adjustments made to value of financial assets (D)** | (7,800,296,431) | 303,064,764 |
| | | |
| **(E) Extraordinary revenues and charges** | | |
| Revenues: | | |
| —gains from disposals of assets | 18,143,048,228 | 22,431,307,871 |
| —sundry extraordinary income | 22,356,894,287 | 11,034,540,105 |
| Expenses: | | |
| losses on disposals of assets | (8,656,683,851) | (18,150,100,051) |
| —taxation for previous years | | |
| —sundry extraordinary charges | (20,378,942,317) | (33,833,375,572) |
| **Total extraordinary items** | 11,464,316,347 | (18,517,627,647) |
| Pre-tax profits | 350,915,938,965 | 328,482,838,220 |
| Income taxes | (128,628,072,610) | (113,549,050,641) |
| Net profits/(loss) for the year | 222,287,866,355 | 214,933,787,579 |
| of which net profits/(loss) for the year re. minority interests | (3,742,250,233) | 1,724,205,985 |
| of which Group net profits/(loss) for the year | 226,030,116,588 | 213,209,581,594 |

HANC 004780

TAXATION

**The Cayman Islands**

The comments below are intended as a general guide to the current position under Cayman Islands tax law. People who are in any doubt as to their tax position should consult their professional advisers.

The Issuer and the Guarantor, respectively, have been advised that under existing Cayman Islands law:

(i)    payments in respect of the Notes, the Coupons or the Guarantees will not be subject to taxation in the Cayman Islands (the "Islands") and no withholding will be required on such payments to any holder of a Note, Coupon or Guarantee and gains derived from the sale of Notes will not be subject to income or corporation tax in the Islands. The Islands currently have no income, corporation or capital gains tax and no estate duty, inheritance tax or gift tax.

(ii)   The holder of any Note or Coupon (or the legal personal representative of such holder) whose Note or Coupon is brought into the Islands may in certain circumstances be liable to pay stamp duty imposed under the laws of the Islands in respect of such Note or Coupon.

The Issuer has been incorporated under the laws of the Islands as an exempted company and, as such, has applied for and obtained an undertaking from the Governor In Council of the Islands in the following form:

**"The Tax Concessions Law**
**(1995 Revision)**
**Undertaking as to Tax Concessions**

In accordance with the provisions of Section 6 of the Tax Concessions Law (1995 Revision), the Governor In Council undertakes with Parmalat Capital Finance Limited (the "Company"):

(i)    that no Law which is hereafter enacted in the Islands imposing any tax to be levied on profits or income or gains or appreciation shall apply to the aforesaid exempted company or its operations and

(ii)   in addition, that no tax to be levied on profits, income gains or appreciations or which is in the nature of estate duty or inheritance tax shall be payable

   (a)   on or in respect of the shares debentures or other obligations of the Company; or

   (b)   by way of the withholding in whole or in part of any relevant payment as defined in Section 6(3) of the Tax Concessions Law (1995 Revision).

These concessions shall be for a period of 20 years from the 11th day of November, 1997.

Governor In Council"

**Italy**

The comments below are intended as a general guide to the current position under Italian tax law as is in force and construed at present. Persons who are in any doubt as to their tax position should consult their own professional advisers.

**Income Tax**

Payments made by the Guarantor under the Guarantees may be made without withholding or deduction for or on account of any taxes, duties, assessments or charges of whatsoever nature imposed or levied by or on behalf of the Republic of Italy or any political sub-division or authority thereof or therein.

Interest payments received by Italian resident holders of Notes who are individuals not acting in the framework of a business enterprise will be subject to a 12.5 per cent. withholding tax, which will be applied by any Italian bank or other entities which will intervene in the payment of such interest. Interest payments received by Italian resident holders of Notes who are individuals electing for the asset management option (that is, individuals who have granted to an authorised asset management intermediary a mandate to manage their investments and have elected to be taxed on an annual basis on the profits of such management) (the "asset management option"), investment funds, open ended investment companies or collective investment schemes, will no longer be subject to withholding tax, being instead liable to a 12.5 per cent. yearly substitutive tax (that is, a tax which substitutes withholding and other income taxes in respect of certain categories of income, including this type of interest) (the "substitute tax").

49

HANC 004781

Interest payments received on interest accrued by holders of Notes who are Italian resident companies, or corporations, or permanent establishments in Italy of foreign entities, are not subject to withholding tax.

In the event of a redemption of the Notes occurring at any time within 18 months of the issue date thereof, an additional tax at the rate of 20 per cent. shall be levied on the amount of interest accrued up to the time of the early redemption, which additional tax will be applied by the Italian banks or other companies which will intervene in the payment of interest and/or in the repayment of the principal.

Holders of the Notes who are Italian resident individuals will be liable to a 12.5 per cent. withholding tax on any interest realised on a disposal of the Notes. Such withholding tax will be applied by the Italian banks or other companies which intervene in the transaction effecting such disposal.

Interest realised on a disposal of the Notes by Italian resident holders of Notes who are individuals electing for the asset management option, investment funds, open ended investment companies or collective investment schemes, are no longer subject to withholding tax, being instead liable to the substitutive tax.

Holders of Notes who are Italian resident individuals not electing for the asset management option are liable, on any capital gain on a disposal of Notes, to a 12.5 per cent. substitutive tax which will be computed and applied on the basis of all relevant capital gains and capital losses realised in the relevant year and any capital gain on a disposal of Notes realised by holders of Notes who are Italian resident individuals electing for the asset management option, Italian resident investment funds, open ended investment companies or collective investment schemes are subject to a 12.5 per cent. yearly substitutive tax.

Interest accrued and gains or losses realised on a disposal of Notes by holders of Notes who are Italian resident companies or corporations, or permanent establishments in Italy of foreign entities, will be taken into account in the determination of corporation income tax.

### Transfer Tax

Sales of Notes listed on regulated markets (which would include the Luxembourg Stock Exchange) are exempt from transfer taxes (*Fissato Bollato*) in Italy if: (i) they are executed in regulated markets; or (ii) they are executed outside Italy between non-residents; or (iii) they are executed between banks and/or entities authorised to carry on investment services in accordance with Italian laws; or (iv) they are executed between banks or entities authorised to carry on investment services in accordance with Italian laws and non-resident persons or entities; or (v) they are executed between collective investment schemes and any other investor (ie, banks and other entities, whether or not resident in Italy, authorised to carry on investment services in accordance with Italian law, with which collective investment schemes are permitted to deal). Any other sales are subject to transfer tax at the rates of Lire 16 per Lire 100,000 or Lire 9 per Lire 100,000 (in each case, of the sales price), depending on the identity of the contracting parties.

### Stamp Duty

If any legal proceedings are commenced in the Republic of Italy in respect of the Guarantees against the Guarantor a registration tax at the rate of 0.5 per cent. will be payable. If a judgment were rendered by an Italian court, a registration tax, not exceeding 3 per cent., would be payable on such amounts as are then outstanding if such Guarantees were referred to in a judgment in the Italian courts.

### Inheritance and Gift Tax

Italian inheritance and gift tax (imposta sulle successioni e donazioni) is payable on the transfer of assets or rights by reason of death or donation.

The tax is payable by heirs, legatees and recipients of gifts:

1. where the deceased (or donor) was (or is) resident in Italy, on all assets and rights bequeathed or donated, including assets and rights existing outside Italy;

2. where the deceased (or donor) was (or is) not resident in Italy, on all assets and rights bequeathed or donated existing in Italy. The tax would not be payable in respect of the Notes and Coupons as long as they are held outside Italy.

Inheritance or gift taxes paid in a State outside Italy in respect the same estate on assets existing in that State are deductible in whole or in part from the "imposta sulle successioni e donazioni" due in respect of such estate.

Double taxation treaties stipulated by the Republic of Italy on the matter of inheritance and gift tax shall apply.

HANC 004782

SUBSCRIPTION AND SALE

Barclays Bank PLC, Banca Commerciale Italiana, Banque Bruxelles Lambert S.A., Bear, Stearns International Limited, Caboto Holdings SIM S.p.A., Chase Manhattan International Limited, Credit Agricole Indosuez, Credit Suisse First Boston (Europe) Limited, Dresdner Bank AG London branch, Merrill Lynch International, Midland Bank plc, NatWest Capital Markets Limited (as agent for National Westminster Bank plc), Paribas, Société Générale and UBS AG (the "Managers") have, pursuant to a Subscription Agreement dated 7th August, 1998, jointly and severally agreed with the Issuer and the Guarantor, subject to the satisfaction of certain conditions, to subscribe the Notes at the issue prices set forth on the cover page of this Offering Circular less a selling concession of 0.20 per cent. of such principal amount. The Issuer has agreed to pay to the Managers a combined management and underwriting commission of 0.20 per cent. of such principal amount. In addition, the Issuer has agreed to reimburse the Managers for certain of their expenses in connection with the issue of the Notes. The Subscription Agreement entitles the Managers to terminate it in certain circumstances prior to payment being made to the Issuer.

The Notes have not been and will not be registered under the Securities Act and may not be offered or sold within the United States or to, or for the account or benefit of, U.S. persons except in certain transactions exempt from the registration requirements of the Securities Act. Terms used in this paragraph have the meanings given to them by Regulation S under the Securities Act.

The Notes are subject to U.S. tax law requirements and may not be offered, sold or delivered within the United States or its possessions or to a United States person, except in certain transactions permitted by U.S. tax regulations. Terms used in this paragraph have the meanings given to them by the U.S. Internal Revenue Code and regulations thereunder.

Each Manager has agreed that, except as permitted by the Subscription Agreement, it will not offer, sell or deliver the Notes, (i) as part of their distribution at any time or (ii) otherwise until 40 days after the later of the commencement of the offering and the Closing Date (as defined in the Subscription Agreement) within the United States or to, or for the account or benefit of, U.S. persons, and it will have sent to each dealer to which it sells Notes during the restricted period a confirmation or other notice setting forth the restrictions on offers and sales of the Notes within the United States or to, or for the account or benefit of, U.S. persons.

In addition, until 40 days after the commencement of the offering, an offer or sale of Notes within the United States by a dealer that is not participating in the offering may violate the registration requirements of the Securities Act.

Each Manager has agreed that:

1.  it has not offered or sold and prior to the date six months after the issue of the Notes will not offer or sell any Notes to persons in the United Kingdom except to persons whose ordinary activities involve them in acquiring, holding, managing or disposing of investments (as principal or agent) for the purposes of their businesses or otherwise in circumstances which have not resulted and will not result in an offer to the public in the United Kingdom within the meaning of the Public Offers of Securities Regulations 1995;

2.  it has complied and will comply with all applicable provisions of the Financial Services Act 1986 with respect to anything done by it in relation to the Notes in, from or otherwise involving the United Kingdom; and

3.  it has only issued or passed on, and will only issue or pass on, in the United Kingdom any document received by it in connection with the issue of the Notes to a person who is of a kind described in Article 11(3) of the Financial Services Act 1986 (Investment Advertisements) (Exemptions) Order 1996 or is a person to whom the document may otherwise lawfully be issued or passed on.

No action has or will be taken to offer or sell Notes to the public in the Republic of Italy ("Italy") and no information memorandum or any other documents in draft or in definitive form relating to the Notes may be published or distributed for or to the public in Italy. Any offering of the Notes in Italy (A) may be made only to professional investors (as defined in Article 31.2 of Commissione Nazionale per le Societa e la Borsa ("CONSOB") Resolution No. 11522 of 1st July, 1998, as subsequently amended), (B) shall be preceded and followed by the communications to CONSOB required by such resolution, (C) if required by Article 129 of Legislative Decree No. 385 of 1993 as subsequently amended, shall be preceded and followed by communication to the Bank of Italy in accordance with the relevant Comitato Interministeriale per il Credito e il Risparmio ("CICR") and Bank of Italy regulations and (D) will be conducted in accordance with any

51

HANC 004783

relevant limitation the Bank of Italy may impose upon the offer or sale of the Notes. Any sales of the Notes to any persons in Italy may only be made in accordance with Italian securities, tax and other applicable laws and regulations.

Any offer or sale of the Notes to any person in Italy shall be made in accordance with the provisions of Article 94 and following of the Legislative Decree no. 58 of 24th February, 1998 (the "Consolidated Intermediary Financial Law") and relevant stock exchange rules by or through an investment firm or a bank authorised or permitted to conduct such activity in Italy, in each case acting in compliance with the relevant provisions of the Consolidated Intermediary Financial Law and any other applicable laws and regulations.

No invitation may be made to the public in the Cayman Islands to subscribe for the Notes unless at the time of such invitation the Issuer is listed on the Cayman Islands Stock Exchange.

52

HANC 004784

1.   The Notes have been accepted for clearance through the Cedel Bank and Euroclear systems with a Common Code of 8955336. The International Securities Identification Number for the Notes is XS0089553365.

2.   In connection with the application to list the Notes on the Luxembourg Stock Exchange a legal notice relating to the issue of the Notes and copies of the Articles of Association of the Issuer will be deposited with the Chief Registrar of the District Court in Luxembourg ("*Greffier en Chef du Tribunal d'Arrondissement de et a Luxembourg*") where such documents may be examined and copies obtained.

3.   The Issuer and the Guarantor have obtained all necessary consents, approvals and authorisations in the Cayman Islands and the Republic of Italy in connection with the issue and performance of the Notes and the Guarantees. The issue of the Notes was authorised by a resolution of the Board of Directors of the Issuer passed on 5 August, 1998 and the giving of the Guarantees falls within the general powers and authority conferred on the Chairman and Chief Executive Officer of the Guarantor by a resolution of the Board of Directors of the Guarantor made on 26th June, 1998.

4.   Except as disclosed in this document there has been no significant change in the financial or trading position of the Issuer, the Guarantor or of the Group since 31st December, 1997 and no material adverse change in the financial position or prospects of the Issuer or of the Guarantor or of the Group since 31st December, 1997.

5.   Save as disclosed herein, neither the Issuer nor the Guarantor nor any of their respective subsidiaries is involved in any litigation or arbitration proceedings relating to claims or amounts which are material in the context of the issue of the Notes nor so far as the Issuer or the Guarantor is aware is any such litigation or arbitration pending or threatened.

6.   The Notes will bear the following legend "Any United States person who holds this obligation will be subject to limitations under the United States income tax laws, including the limitations provided in Sections 165(j) and 1287(a) of the Internal Revenue Code".

7.   The Issuer is not required to publish financial statements under Cayman Islands law. Neither the Issuer nor the Guarantor prepares or publishes interim accounts.

8.   Copies of the latest audited financial statements of the Issuer and the latest audited annual consolidated financial statements of the Guarantor, may be obtained, and copies of the Fiscal Agency Agreement will be available for inspection, at the specified offices of each of the Paying Agents during normal business hours, so long as any of the Notes is outstanding.

9.   The 1996 and the 1997 financial statements of the Guarantor were audited by Grant Thornton S.p.A. The auditors have given an unqualified opinion that the financial statements give a true and fair view of the financial position of the Guarantor as at 31st December, 1996 and 31st December, 1997, respectively.

The reference in paragraph 8
above to consolidated financial
statements shall include
a reference to unconsolidated
financial statements.

HANC 004785

**REGISTERED OFFICE OF THE ISSUER**
Ugland House
P.O. Box 309
South Church Street
George Town
Grand Cayman
Cayman Islands

**REGISTERED/HEAD OFFICE OF THE GUARANTOR**
Via O.Grassi, 26
43044 Collecchio

**AUDITORS OF THE ISSUER AND OF THE GUARANTOR**
Grant Thornton S.p.A.
Largo Augusto, 7
20122 Milan

**FISCAL AGENT AND PRINCIPAL PAYING AGENT**
Barclays Bank PLC
8 Angel Court
Throgmorton Street
London EC2R 7HT

**PAYING AGENTS**

Banque Internationale à Luxembourg S.A.
69 route d'Esch
L-2953 Luxembourg

UBS AG
Bahnhofstrasse 45
CH–8098 Zurich
Switzerland

**LEGAL ADVISERS**

*To the Issuer as to Cayman Islands law*
Maples and Calder
Ugland House
P.O. Box 309
South Church Street
George Town
Grand Cayman
Cayman Islands

*To the Guarantor as to Italian law*
Pavia e Ansaldo P.C.
600 Madison Avenue
14th Floor
New York, NY 10022

*To the Managers as to English law*
Linklaters & Paines
One Silk Street
London EC2Y 8HQ

*To the Managers as to Italian law*
Chiomenti
Studio Legale
20 Berkeley Square
London W1X 6DY

**LISTING AGENT**
Banque Internationale à Luxembourg S.A.
69 route d'Esch
L-2953 Luxembourg

54

HANC 004786

HANC 004787

Printed by FPC Greenaway — a Pillans & Wilson company
London, Edinburgh, Manchester, New York, Paris, Hong Kong, Singapore, Tokyo   114719

HANC 004788

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Barclays Capital, Inc.
Attn: Legal Department
200 Park Avenue
New York, NY 10166

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   V. Stevens
C. Date of Delivery   7/3/7

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

JUL 3 2007

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7007 0710 0002 0063 5103

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Barclays Bank, PLC
Attn: Legal Department
200 Park Avenue
New York, NY 10166

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   V. Stevens
C. Date of Delivery   7/3/7

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

JUL 3 200

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7007 0710 0002 0063 5080

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15