UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re PARMALAT SECURITIES LITIGATION

This document relates to: 1:07 CV 3790

---

**MASTER DOCKET**

04 MD 1653 (LAK) ECF Case

**DEFENDANTS' AMENDED
AFFIDAVIT OF SERVICE VIA
CERTIFIED MAIL**

---

Grant D. Goldenberg, being first duly sworn, deposes and says:

       1.     That I am an attorney who has been licensed to practice law in the State of North Carolina since 2002, was admitted Pro Hac Vice in this matter in 2006 and that my law firm serves as counsel of record for defendants Bank of America Corporation, Bank of America, N.A. and Banc of America Securities, LLC.

       2.     That on or about September 25, 2007, copies of a subpoena and Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) to Barclays Capital, Inc. was deposited in the post office for mailing by certified mail, return receipt requested, to be delivered with the proper postage affixed, addressed as follows:

> Carolina deOnis
> Barclays Bank, PLC
> Barclays Capital, Inc.
> 200 Park Avenue
> New York, New York 10166[1]

---

[1] The individual and address identified by counsel for Barclays Capital, Inc. and Barclays Bank, PLC as being authorized to accept service of process on behalf of both entities.

3.    Process was in fact received by Barclays Capital, Inc. on October 1, 2007, as evidenced by the signature card obtained from the United States Postal Service's website which is attached and marked as Exhibit "A".

I have read the foregoing and it is true and accurate to the best of my knowledge.

Dated: October 17, 2007

Respectfully submitted,

HELMS MULLISS & WICKER, PLLC

By: _____
William C. Mayberry
John H. Cobb
Grant G. Goldenberg
HELMS MULLISS & WICKER, PLLC
201 North Tryon Street
Charlotte, NC  28202
Telephone: (704) 343-2000
Facsimile: (704) 343-2300

*Attorneys for Defendants Bank of America Corporation, Banc of America Securities LLC, and Bank of America, N.A.*

OF COUNSEL:
J. Patrick Kennedy
BULKLEY, RICHARDSON AND GELINAS, LLP
One Post Office Square, Suite 3700
Boston, MA 02109

Notary Public: *Jennifer B. Sawtell*

My commission expires: *May 15, 2012*

[Seal]

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Defendants'
Amended Affidavit of Service via Certified Mail was electronically served upon all
parties registered with the Court's CM/ECF system in this matter and both electronically
and via certified mail on counsel for non-parties Barclays Bank, PLC and Barclays
Capital, Inc. at the address listed below:

> Russell W. Jacobs
> Hughes Hubbard
> One Battery Park Plaza
> New York, NY 10004-1482
> (212) 837-6738
> jacobsr@HughesHubbard.com

> Carolina deOnis
> Barclays Bank, PLC
> Barclays Capital, Inc.
> 200 Park Avenue
> New York, NY 10166

Grant D. Goldenberg

# EXHIBIT A



**UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: 7005 0390 0004 6282 5559
Status: **Delivered**

Your item was delivered at 12:50 PM on October 1, 2007 in NEW YORK, NY 10017.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

POSTAL INSPECTORS        site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust                 Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy



Direct Query - Intranet                                                    Page 1 of 1



| | |
| --- | --- |
| | **Track/Confirm - Intranet Item Inquiry**<br>**Item Number: 7005 0390 0004 6282 5559** |

### This item was delivered on 10/01/2007 at 12:50



---

**Enter Request Type and Item Number:**

**Quick Search** ◉          **Extensive Search** ○

Explanation of Quick and Extensive Searches

[ Submit ]

*Version 1.0*

Inquire on <u>multiple items</u>.

Go to the Product Tracking System <u>Home Page</u>.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re PARMALAT SECURITIES LITIGATION

This document relates to: 1:07 CV 3790

MASTER DOCKET

04 MD 1653 (LAK) ECF Case

**DEFENDANTS' AMENDED
AFFIDAVIT OF SERVICE VIA
CERTIFIED MAIL**

Grant D. Goldenberg, being first duly sworn, deposes and says:

      1.     That I am an attorney who has been licensed to practice law in the State of North Carolina since 2002, was admitted Pro Hac Vice in this matter in 2006 and that my law firm serves as counsel of record for defendants Bank of America Corporation, Bank of America, N.A. and Banc of America Securities, LLC.

      2.     That on or about September 25, 2007, copies of a subpoena and Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) to Barclays Bank, PLC was deposited in the post office for mailing by certified mail, return receipt requested, to be delivered with the proper postage affixed, addressed as follows:

> Carolina deOnis
> Barclays Bank, PLC
> Barclays Capital, Inc.
> 200 Park Avenue
> New York, New York 10166[1]

---

[1] The individual and address identified by counsel for Barclays Capital, Inc. and Barclays Bank, PLC as being authorized to accept service of process on behalf of both entities.

3.     Process was in fact received by Barclays Bank, PLC on October 1, 2007, as evidenced by the signature card obtained from the United States Postal Service's website which is attached and marked as Exhibit "A".

I have read the foregoing and it is true and accurate to the best of my knowledge.

Dated: October 17, 2007

Respectfully submitted,

HELMS MULLISS & WICKER, PLLC

By: _____
William C. Mayberry
John H. Cobb
Grant G. Goldenberg
HELMS MULLISS & WICKER, PLLC
201 North Tryon Street
Charlotte, NC  28202
Telephone: (704) 343-2000
Facsimile: (704) 343-2300

*Attorneys for Defendants Bank of America Corporation, Banc of America Securities LLC, and Bank of America, N.A.*

OF COUNSEL:
J. Patrick Kennedy
BULKLEY, RICHARDSON AND GELINAS, LLP
One Post Office Square, Suite 3700
Boston, MA 02109

Notary Public: *Jennifer B. Sawtell*

My commission expires: *May 15, 2012*

[Seal]

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Defendants'
Amended Affidavit of Service via Certified Mail was electronically served upon all
parties registered with the Court's CM/ECF system in this matter and both electronically
and via certified mail on counsel for non-parties Barclays Bank, PLC and Barclays
Capital, Inc. at the address listed below:

        Russell W. Jacobs
        Hughes Hubbard
        One Battery Park Plaza
        New York, NY 10004-1482
        (212) 837-6738
        jacobsr@HughesHubbard.com


        Carolina deOnis
        Barclays Bank, PLC
        Barclays Capital, Inc.
        200 Park Avenue
        New York, NY 10166

                                    Grant D. Goldenberg

# EXHIBIT A



**UNITED STATES POSTAL SERVICE** ®

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7005 0390 0004 6282 5559
Status: Delivered

Your item was delivered at 12:50 PM on October 1, 2007 in NEW YORK, NY 10017.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

**POSTAL INSPECTORS**
Preserving the Trust    site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Direct Query - Intranet                                                    Page 1 of 1



**Track/Confirm - Intranet Item Inquiry**
**Item Number: 7005 0390 0004 6282 5559**

**This item was delivered on 10/01/2007 at 12:50**



| Signature: | John Smith / John Smith |
| Address: | 200 Paul Bauchm |

**Enter Request Type and Item Number:**

Quick Search ⦿          Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on <u>multiple items</u>.

Go to the Product Tracking System <u>Home Page</u>.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re PARMALAT SECURITIES LITIGATION<br><br>This document relates to: 1:07 CV 3790 | **MASTER DOCKET**<br><br>04 MD 1653 (LAK) ECF Case<br><br>**DEFENDANTS' AMENDED AFFIDAVIT OF SERVICE VIA CERTIFIED MAIL** |

Grant D. Goldenberg, being first duly sworn, deposes and says:

      1.    That I am an attorney who has been licensed to practice law in the State of North Carolina since 2002, was admitted Pro Hac Vice in this matter in 2006 and that my law firm serves as counsel of record for defendants Bank of America Corporation, Bank of America, N.A. and Banc of America Securities, LLC.

      2.    That on or about June 29, 2007, a copy of a subpoena duces tecum issued to Barclays Capital, Inc. was deposited in the post office for mailing by certified mail, return receipt requested, to be delivered with the proper postage affixed, addressed as follows:

> Barclays Capital, Inc.
> Attn: Legal Department
> 200 Park Avenue
> New York, New York 10166

3.    Process was in fact received by Barclays Capital, Inc. on July 3, 2007, as evidenced by the stamped Return Receipt 7007 0710 0002 0063 5103 attached and marked as Exhibit "A".

I have read the foregoing and it is true and accurate to the best of my

knowledge.

Dated: October 17, 2007

Respectfully submitted,

HELMS MULLISS & WICKER, PLLC

By: _____
William C. Mayberry
John H. Cobb
Grant G. Goldenberg
HELMS MULLISS & WICKER, PLLC
201 North Tryon Street
Charlotte, NC  28202
Telephone: (704) 343-2000
Facsimile: (704) 343-2300

*Attorneys for Defendants Bank of America*
*Corporation, Banc of America Securities*
*LLC, and Bank of America, N.A.*

OF COUNSEL:
J. Patrick Kennedy
BULKLEY, RICHARDSON AND GELINAS, LLP
One Post Office Square, Suite 3700
Boston, MA 02109

Notary Public: Jennifer B. Sawtell

My commission expires: May 15, 2012

[Seal]



## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Defendants'
Amended Affidavit of Service via Certified Mail was electronically served upon all
parties registered with the Court's CM/ECF system in this matter and both electronically
and via certified mail on counsel for non-parties Barclays Bank PLC and Barclays
Capital, Inc. at the address listed below:

        Russell W. Jacobs
        Hughes Hubbard
        One Battery Park Plaza
        New York, NY 10004-1482
        (212) 837-6738
        jacobsr@HughesHubbard.com

        Carolina deOnis
        Barclays Bank, PLC
        Barclays Capital, Inc.
        200 Park Avenue
        New York, NY 10166

                    Grant D. Goldenberg

# EXHIBIT A

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
V. Stevens     7/3/7

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

JUL 3 2007

1. Article Addressed to:

Barclays Capital, Inc.
Attn: Legal Department
200 Park Avenue
New York, NY 10166

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*      7007 0710 0002 0063 5103

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re PARMALAT SECURITIES LITIGATION

This document relates to: 1:07 CV 3790

**MASTER DOCKET**

04 MD 1653 (LAK) ECF Case

**DEFENDANTS' AMENDED
AFFIDAVIT OF SERVICE VIA
CERTIFIED MAIL**

---

Grant D. Goldenberg, being first duly sworn, deposes and says:

      1.    That I am an attorney who has been licensed to practice law in the State of North Carolina since 2002, was admitted Pro Hac Vice in this matter in 2006 and that my law firm serves as counsel of record for defendants Bank of America Corporation, Bank of America, N.A. and Banc of America Securities, LLC.

      2.    That on or about June 29, 2007, a copy of a subpoena duces tecum issued to Barclays Bank, PLC was deposited in the post office for mailing by certified mail, return receipt requested, to be delivered with the proper postage affixed, addressed as follows:

> Barclays Bank, PLC
> Attn: Legal Department
> 200 Park Avenue
> New York, New York 10166

3.    Process was in fact received by Barclays Bank, PLC on July 3, 2007, as evidenced by the stamped Return Receipt 7007 0710 0002 0063 5080 attached and marked as Exhibit "A".

I have read the foregoing and it is true and accurate to the best of my knowledge.

Dated: October 17, 2007

Respectfully submitted,

HELMS MULLISS & WICKER, PLLC

By: _____
William C. Mayberry
John H. Cobb
Grant G. Goldenberg
HELMS MULLISS & WICKER, PLLC
201 North Tryon Street
Charlotte, NC 28202
Telephone: (704) 343-2000
Facsimile: (704) 343-2300

*Attorneys for Defendants Bank of America Corporation, Banc of America Securities LLC, and Bank of America, N.A.*

OF COUNSEL:
J. Patrick Kennedy
BULKLEY, RICHARDSON AND GELINAS, LLP
One Post Office Square, Suite 3700
Boston, MA 02109

Notary Public: *Jennifer B. Sawtell*

My commission expires: *May 15, 2012*

[Seal]

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Defendants'

Amended Affidavit of Service via Certified Mail was electronically served upon all

parties registered with the Court's CM/ECF system in this matter and both electronically

and via certified mail on counsel for non-parties Barclays Bank PLC and Barclays

Capital, Inc. at the address listed below:

Russell W. Jacobs
Hughes Hubbard
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6738
jacobsr@HughesHubbard.com


Carolina deOnis
Barclays Bank, PLC
Barclays Capital, Inc.
200 Park Avenue
New York, NY 10166

_____
Grant D. Goldenberg

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Barclays Bank, PLC
Attn: Legal Department
200 Park Avenue
New York, NY 10166

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   □ Agent
                     □ Addressee

B. Received by (Printed Name)    C. Date of Delivery
  J.S. Stevens                    7/3/7

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

JUL
3
2007

3. Service Type
   ☒ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
   (Transfer from service label)    7007 0710 0002 0063 5080

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15