# Hughes
# Hubbard

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

September 11, 2007

VIA FEDERAL EXPRESS

Bill Mayberry, Esq.
Helms Mulliss & Wicker, PLLC
201 North Tryon Street
Charlotte, NC 28202

      Re:    In re Parmalat Securities Litigation, Master Docket 04-
              MD-1653 (LAK), Docket No. 1:07-03790

Dear Mr. Mayberry:

      We write in response to the June 29, 2007 subpoena directed to Barclays Capital, Inc., 200 Park Avenue, New York, New York 10166 ("Barclays") in the above-referenced matter. After a thorough review of its records, Barclays has located no documents in its possession, custody, or control that are responsive to the subpoena.

      Thank you for your patience and courtesy.

          Regards,

          Russell W. Jacobs

60017859_1.DOC