| | 1 | | | 3 |
|---|---|---|---|---|
| 1 | . | | 1 | so we're here pursuant to subpoenas that had |
| 2 | THE FOLLOWING TEXT IS AN UNEDITED | | 2 | been duly issued and a deposition duly noticed |
| 3 | Waive Helms | | 3 | under the Rules of Civil Procedure. |
| 4 | | | 4 | Unfortunately despite a number of |
| 5 | (Exname Exhibit ^ for | | 5 | inquiries from counsel about the deposition and |
| 6 | Deposition Exhibit ^ for | | 6 | about an earlier lack of production of documents |
| 7 | 65004 | | 7 | by Barclays, we were not informed until after |
| 8 | for identification, ^, production numbers ^.) | | 8 | the close of business yesterday, October 11th |
| 9 | | | 9 | that Barclays would not be producing a witness, |
| 10 | Test test test test. | | 10 | Barclays has taken the position that they won't |
| 11 | Letter dated 6/29/07 Joshua | | 11 | have a witness appear and apparently takes the |
| 12 | Davey to Barclays Capital, Inc., no production | | 12 | position that neither a motion to quash nor |
| 13 | numbers.) | | 13 | formal objections or something else under Rule |
| 14 | | | 14 | |
| 15 | (Deposition Exhibit ^ for | | 15 | 45 is necessary. It is my view that Barclays |
| 16 | 65005 | | 16 | has not complied with its obligations in |
| 17 | for identification, Responses and Objections to | | 17 | response to the subpoena or taken appropriate |
| 18 | Subpeona By Non-party Barclays Capital, Inc., no | | 18 | steps to join issue they have with the subpoena |
| 19 | production numbers.) | | 19 | under Rule 45. So we are here today for the |
| 20 | (Deposition Exhibit ^ for | | 20 | purposes of the record I will identify myself |
| 21 | identification, ^, production numbers ^.) | | 21 | and have opposing counsel identify himself then |
| 22 | (Deposition Exhibit ^ for | | 22 | we will introduce some exhibits and close the |
| 23 | identification, ^, production numbers ^.) | | 23 | record. |
| 24 | (Deposition Exhibit ^ for | | 24 | I am Jack Cobb from Helms Mulliss |
| 25 | identification, ^, production numbers ^.) | | 25 | Wicker representing the Bank of America |

| | 2 | | | 4 |
|---|---|---|---|---|
| 1 | (Deposition Exhibit ^ for | | 1 | defendants. |
| 2 | production numbers.) | | 2 | MR. PALMER: Bob Palmer, Hennigan |
| 3 | (Deposition Exhibit 65008 | | 3 | Bennett & Dorfman representing the Hancock |
| 4 | for identification, State of New York Banking | | 4 | plaintiffs. |
| 5 | Department: Foreign Branches listing, no | | 5 | MR. COBB: Exhibits have already |
| 6 | production numbers.) | | 6 | been marked. For the record, the first is |
| 7 | (Deposition Exhibit 65009 | | 7 | Exhibit Number 65004. It is two document |
| 8 | for identification, ^, production numbers ^.) | | 8 | subpoenas that were issued on June 29th of 2007 |
| 9 | . | | 9 | to Barclays Bank PLC and Barclays Capital, Inc. |
| 10 | | | 10 | Those subpoenas are not the |
| 11 | U.S. Postal Service Tracking | | 11 | deposition subpoenas that have us here today, |
| 12 | Confirmation, no production numbers.) | | 12 | but they wanted to inclose those for purposes of |
| 13 | MR. COBB: We are here today for | | 13 | making the record and the history here clear. |
| 14 | | | 14 | |
| 15 | the deposition of Barclays Capital, Inc. and | | 15 | In response to those two subpoenas |
| 16 | Barclays Bank PLC under Rule 30(b)(6) of the | | 16 | we received responses and objections from |
| 17 | federal Rules of Civil Procedure. As I will be | | 17 | Barclays Capital, Inc. which had been introduced |
| 18 | clear from the exhibits that I introduce in a | | 18 | as Exhibit 65005, though no response or |
| 19 | few moments, the deposition was noticed back on | | 19 | objection received from Barclays Bank PLC. The |
| 20 | September 20th of 2007 and subpoenas to those | | 20 | responses and objections from Barclays Capital |
| 21 | entities were sent on that date to counsel for | | 21 | indicated that Barclays Capital would be |
| 22 | Barclays and later were also sent to inside | | 22 | producing responsive documents. We were later |
| 23 | counsel at Barclays at the request of the | | 23 | told that Barclays Capital had no documents |
| 24 | outside counsel. The subpoenas were duly served | | 24 | responsive to the document subpoena. |
| 25 | and we have evidence of the proof of service and | | 25 | The next step in the sequence here |

5

```
1   is Exhibit 65006, which is a cover letter dated
2   September 20, 2007, together with two deposition
3   subpoenas of that date, also dated September 20,
4   2007. One directed to Barclays Capital, Inc.,
5   one directed to Barclays Bank PLC, together with
6   a Notice of Deposition.
7       At the end of the exhibit, copies
8   of the witness fees that had been sent included
9   with the deposition to Barclays as set out in
10  Rule 45.
11      And then further, in addition, a
12  proof of service from, it is a form from the
13  U.S.A. Postal service indicating the subpoenas
14
15  had been delivered to the folks internally at
16  Barclays who we were told by their outside
17  counsel at Hughes Hubbard & Reed were authorized
18  to accept service. We have subsequently
19  obtained from the Postal Service, a screen shot
20  of the signature capture for the certified mail
21  indicating and demonstrating that the subpoenas
22  were served on Barclays as of October 1. That
23  document has been introduced as Exhibit 65009.
24  I have only got one copy of that. But have it
25  here for the record.
```

6

```
1       So that it is clear that Barclays
2   had noticed through their counsel of today's
3   deposition as of September 20th and we served
4   with the subpoenas themselves on October 1st.
5       And then I want to introduce a
6   couple of other things in case there is ever a
7   quibble about service. The first is
8   Exhibit 65007 which is a print off from the
9   State of New York banking department showing a
10  list of a number of foreign banks over which the
11  department has supervisory authority and
12  indicating their official location here in the
13  United States and in in New York. And Barclays
14
15  Bank PLC is listed on the second page of the
16  seven page print out from the website from the
17  State of New York Banking Department and it
18  confirms that the address registered with that
19  department for Barclays Bank is 200 Park Avenue,
20  which is also the address where service was
21  effectuated.
22      Further, I have introduced as
23  Exhibit 65007 a Form F-N submitted to the U.S.A.
24  Securities and Exchange Commission by Barclays
25  Bank PLC where they indicate that their address
```

7

```
1   for service of process, at least as relates to
2   the SEC is also 200 Park Avenue in New York.
3       It is disappointing that counsel
4   has had to come today to not have a deposition
5   go forward which is duly noted and subpoenaed.
6   Particularly so for counsel from the Hancock
7   plaintiffs who has flown in from California for
8   this purpose. We reserve the right to seek
9   appropriate relief from the court. And with
10  that the record is closed.
```