HUGHES HUBBARD & REED LLP
David G. Liston
Russell W. Jacobs
One Battery Park Plaza
New York, New York 10004
(212) 837-6000 (telephone)
(212) 422-4726 (facsimile)

*Attorneys for Non-Parties Barclays Capital Inc. and Barclays Bank PLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re PARMALAT SECURITIES LITIGATION<br><br>This document relates to: 07 CV 03790 | MASTER DOCKET<br><br>04 MD 1653 (LK) |
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and JOHN HANCOCK INSURANCE COMPANY OF VERMONT,<br><br>         Plaintiffs,<br><br> -against-<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., and BANC OF AMERICA SECURITIES LLC,<br><br>         Defendant. | **NOTICE OF APPEARANCE** |

To: Clerk of the United States District Court
   for the Southern District of New York

   You are hereby requested to enter the appearance of the undersigned as counsel

60032088_1.DOC

for non-parties Barclays Capital Inc. and Barclays Bank PLC, in the above-entitled action.

Dated: October 22, 2007
New York, New York

                                                HUGHES HUBBARD & REED LLP

                                                By: /s/ David G. Liston
                                                David G. Liston
                                                Russell W. Jacobs
                                                One Battery Park Plaza
                                                New York, New York 10004
                                                (212) 837-6000

TO:    Allison K. Chock
        Bruce R. Macleod
        J. Michael Hennigan
        Robert L. Palmer
        Hennigan, Bennett & Dorman L.L.P.
        685 South Figueroa Street
        29th Floor
        Los Angeles, CA 90017

        Michael J. Liston
        2 Park Plaza
        Suite 619
        Boston, MA 02116

        *Attorneys for Plaintiffs*

        Donn Alexander Randall
        J. Patrick Kennedy
        Bulkey, Richardson and Gelinas, L.L.P.
        One Post Office Square
        Suite 3700
        Boston, MA 02109

        John Howard Cobb
        Joshua Daniel Davey
        William Carter Mayberry
        Helms Mulliss & Wicker, PLLC.
        201 North Tryon Street
        Post Office Box 31247
        Charlotte, NC 28231

        *Attorneys for Defendants*

60032088_1.DOC

HUGHES HUBBARD & REED LLP
David G. Liston
Russell W. Jacobs
One Battery Park Plaza
New York, New York 10004
(212) 837-6000 (telephone)
(212) 422-4726 (facsimile)

*Attorneys for Non-Parties Barclays Capital Inc. and Barclays Bank PLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re PARMALAT SECURITIES LITIGATION<br><br>This document relates to: 07 CV 03790 | MASTER DOCKET<br><br>04 MD 1653 (LK) |
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and JOHN HANCOCK INSURANCE COMPANY OF VERMONT,<br><br>                       Plaintiffs,<br><br>      -against-<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., and BANC OF AMERICA SECURITIES LLC,<br><br>                       Defendant. | |

## CERTIFICATE OF SERVICE

I, Russell W. Jacobs, do hereby certify that I am over the age of 18 and not a party to this action and that on this 22nd day of October 2007, I did cause to be served true and correct copies of the Notice of Appearance in the above-referenced proceeding via ECF and Federal Express on:

60032088_1.DOC

Allison K. Chock
Bruce R. Macleod
J. Michael Hennigan
Robert L. Palmer
Hennigan, Bennett & Dorman L.L.P.
685 South Figueroa Street
29th Floor
Los Angeles, CA 90017

Michael J. Liston
2 Park Plaza
Suite 619
Boston, MA 02116

*Attorneys for Plaintiffs*

Donn Alexander Randall
J. Patrick Kennedy
Bulkey, Richardson and Gelinas, L.L.P.
One Post Office Square
Suite 3700
Boston, MA 02109

John Howard Cobb
Joshua Daniel Davey
William Carter Mayberry
Helms Mulliss & Wicker, PLLC.
201 North Tryon Street
Post Office Box 31247
Charlotte, NC 28231

*Attorneys for Defendants*

    I further certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
   October 22, 2007

                    /s/ Russell W. Jacobs
                    Russell W. Jacobs

60032088_1.DOC