UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re PARMALAT SECURITIES LITIGATION

This document relates to: 07 Civ. 3790

MASTER DOCKET
04 MDL 1653(LAK)

------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      As it appears likely that the parties will resolve the matter amicably, the motion of the Bank of America defendants to compel [04 MD 1653 docket item 1535, 07 Civ. 3790 docket item 48] is denied without prejudice.

      SO ORDERED.

Dated:      October 31, 2007

*/s/ Lewis A. Kaplan*
_____
Lewis A. Kaplan
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/07