UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------------------ x | | |
| In re PARMALAT SECURITIES LITIGATION, | : | MASTER DOCKET |
| | : | 04 MD 1653 (LAK) (HBP) |
| | : | **ECF CASE** |
| ------------------------------------------------------------------ x | | |
| ALLSTATE LIFE INSURANCE COMPANY, an | : | 06 Civ 4453 |
| Illinois Life Insurance Company, | : | |
| | : | |
|                   Plaintiff, | : | |
| | : | |
|    vs. | : | |
| | : | |
| BANK OF AMERICA CORPORATION, a | : | |
| Delaware Corporation; BANK OF AMERICA, N.A., a | : | |
| National Banking Association; and | : | |
| BANC OF AMERICA SECURITIES LLC, a | : | |
| Delaware limited liability company, | : | |
| | : | |
|                   Defendants. | : | |
| ------------------------------------------------------------------ x | | |
| | : | |
| JOHN HANCOCK LIFE INSURANCE | : | 07 CV 03790 |
| COMPANY, JOHN HANCOCK VARIABLE | : | |
| LIFE INSURANCE COMPANY, and JOHN | : | |
| HANCOCK INSURANCE COMPANY OF | : | |
| VERMONT, | : | |
| | : | |
|                   Plaintiffs, | : | |
| | : | |
|    vs. | : | |
| | : | |
| BANK OF AMERICA CORPORATION, BANK OF | : | |
| AMERICA, N.A., and BANC OF AMERICA | : | |
| SECURITIES LLC, | : | |
| | : | |
|                   Defendants. | : | |
| ------------------------------------------------------------------ x | | |

```
------------------------------------------------------------ x
HARTFORD LIFE INSURANCE COMPANY,              :    06 CV 3805
                                              :
                      Plaintiff,              :
                                              :
       vs.                                    :
                                              :
BANK OF AMERICA CORPORATION; BANK OF          :
AMERICA, N.A.; and BANC OF AMERICA            :
SECURITIES LLC,                               :
                                              :
                      Defendants.             :
------------------------------------------------------------ x
                                              :
MONUMENTAL LIFE INSURANCE COMPANY;            :    06 Civ. 01768
TRANSAMERICA OCCIDENTAL LIFE                  :
INSURANCE COMPANY; and TRANSAMERICA           :
LIFE INSURANCE COMPANY,                       :
                                              :
                      Plaintiffs,             :
                                              :
       vs.                                    :
                                              :
BANK OF AMERICA CORPORATION; BANK OF          :
AMERICA, N.A.; and BANC OF AMERICA            :
SECURITIES LLC,                               :
                                              :
                      Defendants.             :
------------------------------------------------------------ x
                                              :
PRINCIPAL GLOBAL INVESTORS, LLC,              :    06 Civ. 01769
PRINCIPAL LIFE INSURANCE COMPANY,             :
AVIVA LIFE INSURANCE COMPANY, and             :
SCOTTISH RE (U.S.), INC.,                     :
                                              :
                      Plaintiffs,             :
                                              :
       vs.                                    :
                                              :
BANK OF AMERICA CORPORATION, BANK OF          :
```

| | | |
|---|---|---|
| AMERICA, N.A., and BANC OF AMERICA SECURITIES LLC, | : : : | |
| Defendants. | : : | |
| ---------------------------------------------------------------- | x | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation; and HARTFORD LIFE INSURANCE COMPANY, a Connecticut Corporation, | : : : : : | 06 Civ. 04449 |
| Plaintiffs, | : : | |
| vs. | : : | |
| BANK OF AMERICA CORPORATION, a Delaware Corporation; BANK OF AMERICA, N.A., a National Banking Association; and BANC OF AMERICA SECURITIES LLC, a Delaware limited liability company, | : : : : : | |
| Defendants. | : | |
| ---------------------------------------------------------------- | x | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that COVINGTON & BURLING LLP hereby appears on behalf of Bank of America Corporation; Bank of America, N.A.; and Banc of America Securities LLC in the above-captioned actions and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following attorney duly admitted to practice before this Court:

        Linda C. Goldstein, Esq.
        COVINGTON & BURLING LLP
        The New York Times Building
        620 Eighth Avenue
        New York, NY 10018
        Tel.: (212) 841-1000
        Fax: (212) 841-1010
        email: lgoldstein@cov.com

Dated:   New York, New York
          January 28, 2008

        COVINGTON & BURLING LLP

        By: /s/ Linda C. Goldstein
            Linda C. Goldstein
        The New York Times Building
        620 Eighth Avenue
        New York, New York 10018
        Tel: (212) 841-1000
        Fax: (212) 841-1010

        *Attorneys for Defendants Bank of America Corporation; Bank of America, N.A.; and Banc of America Securities LLC*

TO:

Lauren Smith, Esq.
Allison K. Chock, Esq.
Hennigan Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017

*Counsel to Plaintiffs Allstate Life Insurance Company; John Hancock Life Insurance Company; John Hancock Variable Life Insurance Company; John Hancock Insurance Company of Vermont; Monumental Life Insurance Company; Transamerica Occidental Life Insurance Company; Transamerica Life Insurance Company; Principal Global Investors, LLC; Principal Life Insurance Company; Scottish Re (U.S.), Inc.; The Prudential Life Insurance Company of America; and Hartford Life Insurance Company.*

Michael Fay, Esq.
Michael Bowen, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019

*Counsel to Plaintiff Hartford Life Insurance Company*