UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- x
In re PARMALAT SECURITIES LITIGATION,        :        MASTER DOCKET
                                             :        04 MD 1653 (LAK) (HBP)
                                             :        ECF CASE
-------------------------------------------------------------- x
ALLSTATE LIFE INSURANCE COMPANY, an          :        06 Civ 4453
Illinois Life Insurance Company,             :
                                             :
                            Plaintiff,       :
                                             :
             vs.                             :
                                             :
BANK OF AMERICA CORPORATION, a               :
Delaware Corporation; BANK OF AMERICA, N.A., a :
National Banking Association; and            :
BANC OF AMERICA SECURITIES LLC, a            :
Delaware limited liability company,          :
                                             :
                            Defendants.      :
-------------------------------------------------------------- x
                                             :
JOHN HANCOCK LIFE INSURANCE                  :        07 CV 03790
COMPANY, JOHN HANCOCK VARIABLE               :
LIFE INSURANCE COMPANY, and JOHN             :
HANCOCK INSURANCE COMPANY OF                 :
VERMONT,                                     :
                                             :
                            Plaintiffs,      :
                                             :
             vs.                             :
                                             :
BANK OF AMERICA CORPORATION, BANK OF         :
AMERICA, N.A., and BANC OF AMERICA           :
SECURITIES LLC,                              :
                                             :
                            Defendants.      :
-------------------------------------------------------------- x
```

```
----------------------------------------------------------------- x
HARTFORD LIFE INSURANCE COMPANY,            :        06 CV 3805
                                            :
                            Plaintiff,      :
                                            :
                vs.                         :
                                            :
BANK OF AMERICA CORPORATION; BANK OF        :
AMERICA, N.A.; and BANC OF AMERICA          :
SECURITIES LLC,                             :
                                            :
                            Defendants.     :
----------------------------------------------------------------- x
                                            :
MONUMENTAL LIFE INSURANCE COMPANY;          :        06 Civ. 01768
TRANSAMERICA OCCIDENTAL LIFE                :
INSURANCE COMPANY; and TRANSAMERICA         :
LIFE INSURANCE COMPANY,                     :
                                            :
                            Plaintiffs,     :
                                            :
                vs.                         :
                                            :
BANK OF AMERICA CORPORATION; BANK OF        :
AMERICA, N.A.; and BANC OF AMERICA          :
SECURITIES LLC,                             :
                                            :
                            Defendants.     :
----------------------------------------------------------------- x
                                            :
PRINCIPAL GLOBAL INVESTORS, LLC,            :        06 Civ. 01769
PRINCIPAL LIFE INSURANCE COMPANY,           :
AVIVA LIFE INSURANCE COMPANY, and           :
SCOTTISH RE (U.S.), INC.,                   :
                                            :
                            Plaintiffs,     :
                                            :
                vs.                         :
                                            :
BANK OF AMERICA CORPORATION, BANK OF        :
```

AMERICA, N.A., and BANC OF AMERICA                :
SECURITIES LLC,                                   :
                                                  :
                              Defendants.         :
------------------------------------------------------------- x
THE PRUDENTIAL INSURANCE COMPANY OF               :        06 Civ. 04449
AMERICA, a New Jersey Corporation; and            :
HARTFORD LIFE INSURANCE COMPANY, a                :
Connecticut Corporation,                          :
                                                  :
                              Plaintiffs,         :
                                                  :
                vs.                               :
                                                  :
BANK OF AMERICA CORPORATION, a                    :
Delaware Corporation; BANK OF AMERICA,            :
N.A., a National Banking Association; and         :
BANC OF AMERICA SECURITIES LLC, a                 :
Delaware limited liability company,               :
                                                  :
                              Defendants.         :
------------------------------------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that COVINGTON & BURLING LLP hereby appears on

behalf of Bank of America Corporation; Bank of America, N.A.; and Banc of America Securities

LLC in the above-captioned actions and respectfully requests that all pleadings, notices, orders,

correspondence and other papers in connection with this action be served upon the following

attorney duly admitted to practice before this Court:

Aaron R. Marcu, Esq.
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 841-1000
Fax: (212) 841-1010
email: amarcu@cov.com


Dated:    New York, New York
          January 28, 2008

                        COVINGTON & BURLING LLP


                        By:  /s/ Aaron R. Marcu
                             Aaron R. Marcu
                        The New York Times Building
                        620 Eighth Avenue
                        New York, New York 10018
                        Tel: (212) 841-1000
                        Fax: (212) 841-1010

                        *Attorneys for Defendants Bank of America
                        Corporation; Bank of America, N.A.; and Banc of
                        America Securities LLC*

TO:

Lauren Smith, Esq.
Allison K. Chock, Esq.
Hennigan Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017

*Counsel to Plaintiffs Allstate Life Insurance Company; John Hancock Life Insurance Company;
John Hancock Variable Life Insurance Company; John Hancock Insurance Company of
Vermont; Monumental Life Insurance Company; Transamerica Occidental Life Insurance
Company; Transamerica Life Insurance Company; Principal Global Investors, LLC; Principal
Life Insurance Company; Scottish Re (U.S.), Inc.; The Prudential Life Insurance Company of
America; and Hartford Life Insurance Company.*

4

Michael Fay, Esq.
Michael Bowen, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019

*Counsel to Plaintiff Hartford Life Insurance Company*