UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re PARMALAT SECURITIES LITIGATION,            :     MASTER DOCKET
                                                 :     04 MD 1653 (LAK) (HBP)
                                                 :     **ECF CASE**
------------------------------------------------------------------ x
ALLSTATE LIFE INSURANCE COMPANY, an              :     06 Civ 4453
Illinois Life Insurance Company,                 :
                                                 :
                    Plaintiff,                   :
                                                 :
       vs.                                       :
                                                 :
BANK OF AMERICA CORPORATION, a                   :
Delaware Corporation; BANK OF AMERICA, N.A., a   :
National Banking Association; and                :
BANC OF AMERICA SECURITIES LLC, a                :
Delaware limited liability company,              :
                                                 :
                    Defendants.                  :
------------------------------------------------------------------ x
                                                 :
JOHN HANCOCK LIFE INSURANCE                      :     07 CV 03790
COMPANY, JOHN HANCOCK VARIABLE                   :
LIFE INSURANCE COMPANY, and JOHN                 :
HANCOCK INSURANCE COMPANY OF                     :
VERMONT,                                         :
                                                 :
                    Plaintiffs,                  :
                                                 :
       vs.                                       :
                                                 :
BANK OF AMERICA CORPORATION, BANK OF             :
AMERICA, N.A., and BANC OF AMERICA               :
SECURITIES LLC,                                  :
                                                 :
                    Defendants.                  :
------------------------------------------------------------------ x

| | | |
|---|---|---|
| ------------------------------------------------------------- | x | |
| HARTFORD LIFE INSURANCE COMPANY, | : | 06 CV 3805 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; and BANC OF AMERICA SECURITIES LLC, | : : : | |
| | : | |
| Defendants. | : | |
| ------------------------------------------------------------- | x | |
| | : | |
| MONUMENTAL LIFE INSURANCE COMPANY; TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY; and TRANSAMERICA LIFE INSURANCE COMPANY, | : : : : | 06 Civ. 01768 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; and BANC OF AMERICA SECURITIES LLC, | : : : | |
| | : | |
| Defendants. | : | |
| ------------------------------------------------------------- | x | |
| | : | |
| PRINCIPAL GLOBAL INVESTORS, LLC, PRINCIPAL LIFE INSURANCE COMPANY, AVIVA LIFE INSURANCE COMPANY, and SCOTTISH RE (U.S.), INC., | : : : : | 06 Civ. 01769 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| BANK OF AMERICA CORPORATION, BANK OF | : | |

| | |
|---|---|
| AMERICA, N.A., and BANC OF AMERICA SECURITIES LLC, : : | |
| : | |
| Defendants. : | |
| ----------------------------------------------------------------- x | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation; and HARTFORD LIFE INSURANCE COMPANY, a Connecticut Corporation, : : : : : | 06 Civ. 04449 |
| Plaintiffs, : | |
| : | |
| vs. : | |
| : | |
| BANK OF AMERICA CORPORATION, a Delaware Corporation; BANK OF AMERICA, N.A., a National Banking Association; and BANC OF AMERICA SECURITIES LLC, a Delaware limited liability company, : : : : : | |
| : | |
| Defendants. : | |
| ----------------------------------------------------------------- x | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that COVINGTON & BURLING LLP hereby appears on behalf of Bank of America Corporation; Bank of America, N.A.; and Banc of America Securities LLC in the above-captioned actions and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following attorney duly admitted to practice before this Court:

                    Adam B. Siegel, Esq.
                    COVINGTON & BURLING LLP
                    The New York Times Building
                    620 Eighth Avenue
                    New York, NY 10018
                    Tel.: (212) 841-1000
                    Fax: (212) 841-1010
                    email: asiegel@cov.com

Dated:   New York, New York
           January 28, 2008

                    COVINGTON & BURLING LLP

                    By:  /s/ Adam B. Siegel
                          Adam B. Siegel
                    The New York Times Building
                    620 Eighth Avenue
                    New York, New York 10018
                    Tel: (212) 841-1000
                    Fax: (212) 841-1010

                    *Attorneys for Defendants Bank of America Corporation; Bank of America, N.A.; and Banc of America Securities LLC*

TO:

Lauren Smith, Esq.
Allison K. Chock, Esq.
Hennigan Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017

*Counsel to Plaintiffs Allstate Life Insurance Company; John Hancock Life Insurance Company; John Hancock Variable Life Insurance Company; John Hancock Insurance Company of Vermont; Monumental Life Insurance Company; Transamerica Occidental Life Insurance Company; Transamerica Life Insurance Company; Principal Global Investors, LLC; Principal Life Insurance Company; Scottish Re (U.S.), Inc.; The Prudential Life Insurance Company of America; and Hartford Life Insurance Company.*

Michael Fay, Esq.
Michael Bowen, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019

*Counsel to Plaintiff Hartford Life Insurance Company*