UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re PARMALAT SECURITIES LITIGATION

This document relates to:   All Cases
------------------------------------------------------------x

MASTER DOCKET
04 MD 1653 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      The Court has considered the parties submission with respect to the first group of summary judgment motions.

      1.    The moving and opposing briefs with respect to the Deloitte defendants' joint motion shall not exceed 40 pages. The reply brief shall not exceed 15 pages.

      2.    The moving and opposing briefs with respect to the Grant Thornton defendants' joint motion in the Class Action, the Bondi Action and the PCFL Action shall not exceed 40 pages. All plaintiffs shall join in a single opposing brief. The reply brief shall not exceed 15 pages.

      3.    The moving and opposing briefs with respect to the joint motion of the Citi Defendants, the Bank of America ("BoA") Defendants, and Pavia e Ansaldo shall not exceed 60 pages. The reply brief shall not exceed 25 pages.

      4.    The Deloitte and Grant Thornton motions shall be filed not later than March 14, 2008. The opposing papers shall be filed not later than April 25, 2008. Reply papers shall be filed not later than May 9, 2008.

      5.    The Citi-BoA-Pavia motion shall be filed not later than February 29, 2008. Opposing papers shall be filed not later than April 4, 2008. The reply papers shall be filed not later than April 25, 2008.

      6.    The Court accepts the parties' offer to provide "i-briefs, electronically linking the briefs and the various Rule 56.1 statements to the evidence cited therein." Two sets of this material shall be submitted to chambers within a reasonable time after the papers are electronically filed.

      SO ORDERED.

Dated:      February 4, 2008

                                        Lewis A. Kaplan
                                        United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08
```