**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

In re PARMALAT SECURITIES LITIGATION                    **MASTER DOCKET**

This document relates to:                               **04-MD-1653 (LAK)**
           1:06 CV01768                    **Electronically Filed**
           1:06 CV01769
           1:06CV04453
           1:06 CV04449
           1:06 CV03805
           1:07 CV03790

--------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To:  Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for    Amy Reeder Worley

☒    *Attorney*

    ☐    I am a U.S.D.C., Southern District of New York attorney.  My Bar Number is:

    ☒    I am a Pro Hac Vice attorney

    ☐    I am a Government agency attorney

☒    *Law Firm/Government Agency Association*

    From:    Helms Mulliss Wicker, PLLC

    To:    McGuireWoods, LLP

    ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency

    ☐    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge _____ _____.

☐    *Address:*    Will remain the same.

☐    *Telephone Number:*    Will remain the same.

☐    *Fax Number:*    Will remain the same.

☒    *E-Mail Address:*    aworley@mcguirewoods.com

Dated:  May 9, 2008          /s/