UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re PARMALAT SECURITIES LITIGATION            MASTER DOCKET

This document relates to:                       04-MD-1653 (LAK)
    1:06 CV01768                            Electronically Filed
    1:06 CV01769
    1:06CV04453
    1:06 CV04449
    1:06 CV03805
    1:07 CV03790

-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:  __Mark Watkins Kinghorn__

☒  *Attorney*

    ☐  I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _____

    ☒  I am a Pro Hac Vice attorney

    ☐  I am a Government agency attorney

☒  *Law Firm/Government Agency Association*

    From:  __Helms Mulliss Wicker, PLLC__

    To:  __McGuireWoods, LLP__

    ☒  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐  *Address:*           __Will remain the same.__

☐  *Telephone Number:*  __Will remain the same.__

☐  *Fax Number:*        __Will remain the same.__

☒  *E-Mail Address:*    __mkinghorn@mcguirewoods.com__

Dated: __May 9, 2008__        _____/s/_____