UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| In re PARMALAT SECURITIES LITIGATION | MASTER DOCKET |
| This document relates to:<br>    1:06 CV01768<br>    1:06 CV01769<br>    1:06CV04453<br>    1:06 CV04449<br>    1:06 CV03805<br>    1:07 CV03790 | 04-MD-1653 (LAK)<br>Electronically Filed |

-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:    Donald Philip Renaldo II

☒ *Attorney*

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _____

    ☒ I am a Pro Hac Vice attorney

    ☐ I am a Government agency attorney

☒ *Law Firm/Government Agency Association*

    From:   Helms Mulliss Wicker, PLLC

    To:   McGuireWoods, LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:*    Will remain the same.

☐ *Telephone Number:*    Will remain the same.

☐ *Fax Number:*    Will remain the same.

☒ *E-Mail Address:*    drenaldo@mcguirewoods.com

Dated:   May 9, 2008                             /s/