UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| In re PARMALAT SECURITIES LITIGATION | MASTER DOCKET |
| This document relates to: | 04-MD-1653 (LAK) |
| 1:06 CV01768 | Electronically Filed |
| 1:06 CV01769 | |
| 1:06CV04453 | |
| 1:06 CV04449 | |
| 1:06 CV03805 | |
| 1:07 CV03790 | |

-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __John Howard Cobb__

☒ *Attorney*

　　☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _____

　　☒ I am a Pro Hac Vice attorney

　　☐ I am a Government agency attorney

☒ *Law Firm/Government Agency Association*

　　From: __Helms Mulliss Wicker, PLLC__

　　To: __McGuireWoods, LLP__

　　☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

　　☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐ *Address:*　　　　　　　Will remain the same.

☐ *Telephone Number:*　　Will remain the same.

☐ *Fax Number:*　　　　　Will remain the same.

☒ *E-Mail Address:*　　　jcobb@mcguirewoods.com

Dated: __May 9, 2008__　　　　　　　__/s/__