UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re PARMALAT SECURITIES LITIGATION          MASTER DOCKET

This document relates to:                                    04-MD-1653 (LAK)
    1:06 CV01768                                       Electronically Filed
    1:06 CV01769
    1:06CV04453
    1:06 CV04449
    1:06 CV03805
    1:07 CV03790

-------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:    William Carter Mayberry

☒ *Attorney*

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _____

    ☒ I am a Pro Hac Vice attorney

    ☐ I am a Government agency attorney

☒ *Law Firm/Government Agency Association*

    From:   Helms Mulliss Wicker, PLLC

    To:   McGuireWoods, LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:*    Will remain the same.

☐ *Telephone Number:*    Will remain the same.

☐ *Fax Number:*    Will remain the same.

☒ *E-Mail Address:*    bmayberry@mcguirewoods.com

Dated:   May 8, 2008      /s/