UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re PARMALAT SECURITIES LITIGATION

This document relates to:
    1:06 CV01768
    1:06 CV01769
    1:06CV04453
    1:06 CV04449
    1:06 CV03805
    1:07 CV03790

MASTER DOCKET

04-MD-1653 (LAK)
Electronically Filed

-------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To:** Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Angela H. Zimmern__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __AH6953__.

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government agency attorney

☒ *Law Firm/Government Agency Association*

    From: __Helms Mulliss Wicker, PLLC__

    To: __McGuireWoods, LLP__

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:* __Will remain the same.__

☐ *Telephone Number:* __Will remain the same.__

☐ *Fax Number:* __Will remain the same.__

☒ *E-Mail Address:* __azimmern@mcguirewoods.com__

Dated: __May 20, 2008__      __/s/__