

KAPLAN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re PARMALAT SECURITIES
LITIGATION,

This document relates to: 07 Civ. 03790

---

JOHN HANCOCK LIFE INSURANCE
COMPANY, JOHN HANCOCK VARIABLE
LIFE INSURANCE COMPANY, and JOHN
HANCOCK INSURANCE COMPANY OF
VERMONT,

   Plaintiffs,

vs.

BANK OF AMERICA CORPORATION,
BANK OF AMERICA, N.A., and BANC OF
AMERICA SECURITIES LLC,

   Defendants.

MASTER DOCKET

04 MD 1653 (LAK)

JOINT STIPULATION AS TO
RULE 56.1 STATEMENTS AND
SUMMARY JUDGMENT OUTLINES



  This Joint Stipulation applies only to the above-captioned action, which was consolidated in the *In Re Parmalat* MDL proceeding on May 17, 2007.

  1. The purpose of this Stipulation is to establish a schedule for the parties to serve upon each other, and submit to the Court, Rule 56.1 statements and summary judgment outlines.

  2. In a November 13, 2007 Joint Stipulation, endorsed by the Court on November 15, 2007, the parties agreed to a schedule for expert discovery, which set the Completion of Expert Discovery for May 16, 2008. The parties further agreed that prior to the conclusion of the expert discovery period they would consult with one another and thereafter submit a proposed schedule to the Court with respect to the filing of dispositive motions.

3. The parties have consulted and agreed to the following schedule for the exchange and submission of Rule 56.1 statements and summary judgment outlines, subject to the Court's approval:

- Exchange With Opposing Counsel Initial Rule 56.1 Statements and Summary Judgment Outlines: July 16, 2008

- Responses to Opposing Counsel Regarding Initial Rule 56.1 Statements and Summary Judgment Outlines: August 18, 2008

- Submissions to the Court of Finalized Rule 56.1 Statements and Summary Judgment Outlines: September 19, 2008

4. Notwithstanding the above, the parties agree that to the extent practicable, any summary judgment motions in the above-captioned action should be heard on the same briefing schedule as the other private placement cases consolidated for pretrial purposes before this Court. Accordingly, the parties will attempt in good faith to conform the schedule in Paragraph 3 above to any briefing schedule that may be set for dispositive motions in the following matters, *Principal Global Investors, LLC, et al. v. Bank of America Corporation, et al.*, 1:06-cv-01769-LAK; *Monumental Life Insurance Company, et al. v. Bank of America Corporation, et al.*, 1:06-cv-1768-LAK; *Allstate Life Insurance Company vs. Bank of America Corp., et al.*, 1:06-cv-04453-LAK; *The Prudential Insurance Company of America; and Hartford Life Insurance Company vs. Bank of America Corporation, et al.*, 1:06-cv-04449-LAK; and *Hartford Life Insurance Co. v. Bank of America Corp., et al.*, 1:06-cv-3805-LAK, should such briefing

schedule be prior to the dates referenced in Paragraph 3. The parties will inform the Court promptly of the results of any such discussions.

Dated: May 23, 2008

| By *(signature)* | By *(signature)* |
|---|---|
| HENNIGAN BENNETT & DORMAN LLP<br>Lauren Smith<br>Allison Chock<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, California 90017<br>(213) 694-1200<br>(213) 694-1234 (fax)<br><br>*Counsel for John Hancock Life Insurance Co., John Hancock Variable Life Insurance Co., and John Hancock Insurance Co. of Vermont.* | COVINGTON & BURLING LLP<br>Aaron R. Marcu<br>Linda C. Goldstein<br>David W. Haller<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 841.1093<br>(646) 441.9093 (fax)<br><br>MCGUIREWOODS LLP<br>Peter J. Covington<br>John H. Cobb<br>201 North Tryon Street<br>Charlotte, North Carolina 28202<br>(704) 343-2000<br>(704) 343-2300 (fax)<br><br>*Counsel for Bank of America Corp., Bank of America, N.A., and Banc of America Securities LLC.* |

*(signature)*
Lewis A. Kaplan
United States District Court Judge
6/13/08

3